# Exhibit B



ELECTRONICALLY FILED
4/5/2018 9:41 AM
02-CV-2017-902787.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| THE ESTATE OF BRUCE BROCKEL, Deceased, by and through DONNA BROCKEL, as Personal Representative | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2017-CV-902787 |
| v. | ) ) | |
| JOHN PATRICK COUCH, RASSAN M. TARABEIN, PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C., C&R PHARMACY, LLC, EASTERN SHORE NEUROLOGY CLINIC, INC., PURDUE PHARMA L.P., PFIZER INC., ENDO PHARMACEUTICALS INC., KVK-TECH, INC., ZYDUS PHARMACEUTICALS (USA) INC., NESHER PHARMACEUTICALS (USA) LLC, WATSON LABORATORIES, INC., MALLINCKRODT BRAND PHARMACEUTICALS, INC., WEST-WARD PHARMACEUTICALS CORP., ACTAVIS PHARMA, INC., ROXANE LABORATORIES, INC., PAR PHARMACEUTICAL, INC., RHODES PHARMACEUTICALS L.P., TEVA PHARMACEUTICALS USA, INC., CEPHALON, INC., K, L, M, N, O, P, Q, R, S,T,U,V,W, X,Y, and Z, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | PLAINTIFF DEMANDS TRIAL BY JURY |
| Defendants. | ) ) | |

## SECOND AMENDED COMPLAINT

Plaintiff, the Estate of Bruce Brockel, deceased, by and through Donna Brockel, as Personal Representative, amends the Complaint to (a) add a cause of action for recklessness/gross negligence; and (b) clarify and/or supplement factual allegations. Plaintiff's Complaint shall hereinafter state as follows:

1

## **PARTIES**

1.    **DONNA BROCKEL** is an individual resident of Mobile, Mobile County, Alabama over the age of 19.    **DONNA BROCKEL** is the duly appointed Personal Representative of the Estate of Bruce Brockel, Deceased, appointed as such on or about October 19, 2017, by the Probate Court of Mobile County, Alabama.    A copy of the Letters of Administration is attached hereto as Exhibit "1".

2.    **DONNA BROCKEL** brings this wrongful death action as the duly appointed Personal Representative of the Estate of Bruce Brockel, Deceased (**DONNA BROCKEL** and the Estate shall hereinafter be collectively referred to as **"PLAINTIFF"**).

3.    On information and belief, Defendant, doctor **JOHN PATRICK COUCH** (hereinafter referred to as "**COUCH**"), is an individual currently serving time in a federal prison in Forrest City, Arkansas. **COUCH** may be served with process at 1400 Dale Bumpers Road, Forrest City, Arkansas 72335.    **COUCH** conducted substantial business activities in Mobile County at all times referred to in this Complaint.

4.    Defendant, doctor **RASSAN M. TARABEIN** (hereinafter referred to as "**TARABEIN**"), is an individual resident of Fairhope, Baldwin County, Alabama. **TARABEIN** may be served with process at 22341 Main Street, Fairhope, Alabama 36532.

5.    Defendant, **PHYSICIANS PAIN SPECIALISTS OF ALABAMA, P.C.** (hereinafter referred to as "**PPSA**",) is an Alabama professional corporation with its principal place of business located in Mobile County, Alabama. **COUCH** is one of the Members and Shareholders of **PPSA**. **PPSA** conducted substantial business activities in Mobile County at all times referred to in this Complaint.

2

6. Defendant, **C&R PHARMACY, LLC** (hereinafter referred to as "**C&R**"), is an Alabama limited liability company with its principal place of business located in Mobile, Mobile County, Alabama. **COUCH** is one of the Members and Shareholders of **C&R**. **C&R** is/was located adjacent to **PPSA's** location on Airport Boulevard in Mobile, Alabama. **C&R** conducted substantial business activities in Mobile County at all times referred to in this Complaint.

7. Defendant, **EASTERN SHORE NEUROLOGY CLINIC, INC.** (hereinafter referred to as "**ESNC**"), is a corporation with its principal place of business located in Daphne, Baldwin County, Alabama. **TARABEIN** is/was the owner of **ESNC**. On information and belief, **TARABEIN** and/or **ESNC** were doing business as Eastern Shore Neurology and Pain Center (a private clinic located at 27535 U.S. HWY 98, Daphne, Alabama 36526) where they provided services relating to neurology and pain management.

8. Defendants **COUCH, TARABEIN, PPSA, C&R** and **ESNC** are collectively referred to as "Provider Defendants" herein.

9. **PLAINTIFF** was prescribed numerous opioids during the 2010 through 2017 time period. These opioids were manufactured by numerous pharmaceutical companies many of which are named Defendants herein. Copies of **PLAINTIFF**'s records from CVS Pharmacy and Walgreens Pharmacy are attached hereto as cumulative Exhibit "2". These records show the types of opioids, the manufacturers of the opioids (either by name and/or NDC Number), the prescriber's names, the dates when the prescriptions were filled, and the quantity of opioids. These are not the complete pharmacy records for the 2010 through 2017 time period. For example, **PLAINTIFF** does not have the records from **C&R** and is still trying to obtain same.

10. Defendant, **PURDUE PHARMA L.P.** (hereinafter referred to as "**PURDUE PHARMA**"), is a Delaware limited partnership headquartered in Stamford, Connecticut.

**PURDUE PHARMA** manufactures, promotes, markets and sells Schedule II controlled substances such as Oxycodone, OxyContin, Oxy IR, MS Contin, and MS IR. On information and belief, these drugs were prescribed to **PLAINTIFF** during the 2010 through 2017 time period. *See* Exhibit "2". **PURDUE PHARMA** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the **PLAINTIFF** sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

11.     Defendant, **PFIZER INC.** (hereinafter referred to as "**PFIZER**"), is a corporation located in New York, New York. **PFIZER** manufactures, markets and sells Schedule II controlled substances such as Avinza. On information and belief, Avinza was prescribed to **PLAINTIFF** during the 2010 through 2017 time period. *See* Exhibit "3". **PFIZER** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the **PLAINTIFF** sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

12.     Defendant, **ENDO PHARMACEUTICALS INC.** (hereinafter referred to as "**ENDO**"), is a Delaware corporation headquartered in Malvern, Pennsylvania. **ENDO** manufactures, promotes, markets and sells Schedule II controlled substances such as Morphine

Sulfate ER, Acetaminophen/Oxycodone (Percocet) and Oxymorphone (Opana). On information and belief, these drugs were prescribed to **PLAINTIFF** during the 2010 through 2017 time period. *See* Exhibit "2". In 2010, Qualitest Pharmaceuticals became a wholly owned subsidiary of **ENDO** (Qualitest effectively dissolved in 2016). **ENDO** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the **PLAINTIFF** sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

13.     Defendant, **KVK-TECH, INC.** (hereinafter referred to as "**KVK-TECH**"), is a corporation located in Newtown, Pennsylvania. **KVK-TECH** manufactures, promotes, markets and sells Schedule II controlled substances such as Oxycodone Hydrochloride and Oxycodone IR. On information and belief, these drugs were prescribed to **PLAINTIFF** during the 2010 through 2017 time period. *See* Exhibit "2". **KVK-TECH** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the **PLAINTIFF** sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

14.     Defendant, **ZYDUS PHARMACEUTICALS (USA) INC.** (hereinafter referred to as "**ZYDUS**"), is a Delaware corporation headquartered in Pennington, New Jersey. **ZYDUS**

manufactures, promotes, markets, sells and/or distributes Schedule II controlled substances such as Morphine Sulfate ER. On information and belief, Morphine Sulfate ER was prescribed to **PLAINTIFF** during the 2010 through 2017 time period. *See* Exhibit "2". According to **ZYDUS**, it does not manufacture Morphine Sulfate ER but only distributes same. According to **ZYDUS**, Nesher Pharmaceuticals (USA) LLC is the manufacturer of Morphine Sulfate ER. However, the records from CVS Pharmacy and Walgreens Pharmacy show otherwise. *See* Exhibit "2". In addition, **ZYDUS**'s own website indicates/implies that it manufactures Morphine Sulfate. *See* cumulative Exhibit "4". Moreover, the actual prescription bottles state that **ZYDUS** is the manufacturer of some of the Morphine Sulfate ER prescribed to **PLAINTIFF**. *See* Exhibit "5". **ZYDUS** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the **PLAINTIFF** sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

15. Defendant, **NESHER PHARMACEUTICALS (USA) LLC** (hereinafter referred to as "**NESHER**"), is a corporation headquartered in Bridgeton, Missouri. **NESHER** is being substituted for former fictitious/unknown party "**A**". **NESHER** is a subsidiary of **ZYDUS**. **NESHER** manufactures, promotes, markets, sells and/or distributes Schedule II controlled substances such as Morphine Sulfate ER. On information and belief, Morphine Sulfate ER was prescribed to **PLAINTIFF** during the 2010 through 2017 time period. *See* Exhibit "2". **NESHER** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting

in the **PLAINTIFF** sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

16.    Defendant, **WATSON LABORATORIES, INC.** (hereinafter referred to as "**WATSON**"), is a Nevada corporation with its principal place of business in Corona, California. **WATSON** is being substituted for former fictitious/unknown party "**B**". **WATSON** manufactures, promotes, markets and sells Schedule II controlled substances such as Oxycodone/APAP, Oxycodone/Acetaminophen and Morphine Sulfate ER. On information and belief, these drugs were prescribed to **PLAINTIFF** during the 2010 through 2017 time period. *See* Exhibit "2". **WATSON** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the **PLAINTIFF** sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

17.    Defendant, **MALLINCKRODT BRAND PHARMACEUTICALS, INC.** (hereinafter referred to as "**MALLINCKRODT**"), is a Delaware corporation with its principal place of business in Hazelwood, Missouri. **MALLINCKRODT** is being substituted for former fictitious/unknown party "**C**". **MALLINCKRODT** is a subsidiary of Mallinckrodt plc which is based in Dublin, Ireland. **MALLINCKRODT** manufactures, promotes, markets, sells and/or distributes Schedule II controlled substances such as Oxycodone/Acetaminophen, Morphine Sulfate ER, Oxycodone Hydrochloride and Roxicodone. On information and belief, these drugs

were prescribed to **PLAINTIFF** during the 2010 through 2017 time period. *See* Exhibits "2" and "6". Xanodyne Pharmaceuticals, Inc. formerly manufactured Roxicodone. In 2012, **MALLINCKRODT** purchased Roxicodone from Xanodyne Pharmaceuticals, Inc. **MALLINCKRODT** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the **PLAINTIFF** sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

18. Defendant, **WEST-WARD PHARMACEUTICALS CORP.** (hereinafter referred to as **"WEST-WARD"**), is a Delaware corporation with its principal place of business in Eatontown, New Jersey. **WEST-WARD** is being substituted for former fictitious/unknown party **"D"**. **WEST-WARD** manufactures, promotes, markets and sells Schedule II controlled substances such as Morphine Sulfate IR. On information and belief, Morphine Sulfate IR was prescribed to **PLAINTIFF** during the 2010 through 2017 time period. *See* Exhibit "2". **WEST-WARD** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the **PLAINTIFF** sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

19. Defendant, **ACTAVIS PHARMA, INC.** (hereinafter referred to as **"ACTAVIS"**), is a Delaware corporation with its principal place of business in Parsippany, New

Jersey. **ACTAVIS** is being substituted for former fictitious/unknown party "E". **ACTAVIS** manufactures, promotes, markets and sells Schedule II controlled substances such as Oxycodone/APAP, Oxycodone/Acetaminophen, Oxycodone IR and Hydrocodone/Acetaminophen. On information and belief, these drugs were prescribed to **PLAINTIFF** during the 2010 through 2017 time period. *See* Exhibit "2". **ACTAVIS** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the **PLAINTIFF** sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

20.    Defendant, **ROXANE LABORATORIES, INC.** (hereinafter referred to as "**ROXANE**"), is a Nevada corporation with its principal place of business in Columbus, Ohio. **ROXANE** is being substituted for former fictitious/unknown party "**F**". **ROXANE** manufactures, promotes, markets and sells Schedule II controlled substances such as Morphine Sulfate IR. On information and belief, Morphine Sulfate IR was prescribed to **PLAINTIFF** during the 2010 through 2017 time period. *See* Exhibit "2". **ROXANE** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the **PLAINTIFF** sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

9

21.     Defendant, **PAR PHARMACEUTICAL, INC.** (hereinafter referred to as "**PAR**"), is a Delaware corporation with its principal place of business in Spring Valley, New York. **PAR** is being substituted for former fictitious/unknown party "**G**". **PAR** manufactures, promotes, markets and sells Schedule II controlled substances such as Hydrocodone/APAP, Hydrocodone/Acetaminophen and Oxycodone HCL. On information and belief, these drugs were prescribed to **PLAINTIFF** during the 2010 through 2017 time period. *See* Exhibit "2". **PAR** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the **PLAINTIFF** sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

22.     Defendant, **RHODES PHARMACEUTICALS L.P** (hereinafter referred to as "**RHODES**"), is a Delaware corporation with its principal place of business in Coventry, Rhode Island. **RHODES** is being substituted for former fictitious/unknown party "**H**". **RHODES** manufactures, promotes, markets and sells Schedule II controlled substances such as Morphine Sulfate ER. On information and belief, Morphine Sulfate ER was prescribed to **PLAINTIFF** during the 2010 through 2017 time period. *See* Exhibit "2". **RHODES** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the **PLAINTIFF** sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled

substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

23.  Defendant, **TEVA PHARMACEUTICALS USA, INC.** (hereinafter referred to as "**TEVA**"), is a Delaware corporation with its principal place of business in North Wales, Pennsylvania. **TEVA** is being substituted for former fictitious/unknown party "**I**". **TEVA** manufactures, promotes, markets, sells and/or distributes Schedule II controlled substances such as Fentora/Fentanyl. On information and belief, Fentora/Fentanyl was prescribed to **PLAINTIFF** during the 2010 through 2017 time period. *See* cumulative Exhibit "7". **TEVA** is a wholly owned subsidiary of Teva Pharmaceutical Industries, Ltd., an Israeli corporation. **TEVA** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County, Alabama; caused tortious and/or contractual injury resulting in the **PLAINTIFF** sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

24.  Defendant, **CEPHALON, INC.** (hereinafter referred to as "**CEPHALON**"), is a Delaware corporation with its principal place of business in Frazer, Pennsylvania. **CEPHALON** is being substituted for former fictitious/unknown party "**J**". **CEPHALON** manufactures, promotes, markets, sells and/or distributes Schedule II controlled substances such as Fentora/Fentanyl. On information and belief, Fentora/Fentanyl was prescribed to **PLAINTIFF** during the 2010 through 2017 time period. *See* cumulative Exhibit "7". In 2011, Teva Pharmaceutical Industries, Ltd. acquired **CEPHALON**. **CEPHALON** has transacted substantial business activities in Mobile County, Alabama; contracted to render services in Mobile County,

Alabama; caused tortious and/or contractual injury resulting in the **PLAINTIFF** sustaining substantial damages by acts or omissions conducted in Mobile County, Alabama; and has derived substantial revenue from the sale of goods, including Schedule II controlled substances in the State of Alabama. Therefore, this Court has personal jurisdiction over the Defendant pursuant to Alabama's Long Arm Statute.

25. **TEVA** and **CEPHALON** work together to manufacture, promote, distribute and sell Fentora/Fentanyl.

26. Defendants **PURDUE PHARMA, PFIZER, ENDO, KVK-TECH, ZYDUS, NESHER, WATSON, MALLINCKRODT, WEST-WARD, ACTAVIS, ROXANE, PAR, RHODES, TEVA** and **CEPHALON** are collectively referred to as "Manufacturing Defendants" herein.

27. Defendants **K, L, M, N, O, P, Q, R, S, T, U, V, W, X, Y** and **Z** are individuals, partnerships, corporations or other legal entities (including but not limited to doctors, manufacturers, distributors, and drug/pharmaceutical representatives) whose identities are currently unknown to the **PLAINTIFF**, and whose wrongful conduct described herein resulted in damage to the **PLAINTIFF** and the death of Bruce Brockel.

## BACKGROUND/FACTS – MANUFACTURING DEFENDANTS

28. Opioids include brand-name drugs like OxyContin and Percocet and generics like oxycodone and hydrocodone. They are derived from or possess properties similar to opium and heroin, and, as such, they are highly addictive and dangerous and therefore are regulated by the Unites States Food and Drug Administration ("FDA") as controlled substances.

29. Opioids provide effective treatment for short-term post-surgical and trauma-related pain, and for palliative end-of-life care. They are approved by the FDA for use in the

management of moderate to severe pain where use of an opioid analgesic is appropriate for more than a few days.

30.     However, the Manufacturing Defendants have manufactured, promoted, marketed and sold opioids for the management of pain by misleading consumers (including **PLAINTIFF**) and medical providers (including **COUCH** and **TARABEIN**) through misrepresentations or omissions regarding the appropriate uses, risks, and safety of opioids, and by flooding Alabama with highly addictive prescription medications without regard for the adverse consequences to the State and its residents like **PLAINTIFF**.

31.     The Manufacturing Defendants knew that, barring exceptional circumstances, opioids are too addictive and debilitating for long-term use for chronic non-cancer pain lasting three months or longer.

32.     The Manufacturing Defendants knew that, with prolonged use, the effectiveness of opioids wanes, requiring increases in doses to achieve pain relief and markedly increasing the risk of significant side effects and addiction.[1]

33.     The Manufacturing Defendants knew that controlled studies of the safety and efficacy of opioids were limited to short-term use (*i.e.*, not longer than 90 days) in managed settings (*e.g.*, hospitals) where the risk of addiction and other adverse outcomes was significantly minimized.

34.     To date, there have been no long-term studies demonstrating the safety and efficacy of opioids for long-term use.

35.     Despite the foregoing knowledge, in order to expand the market for opioids and realize blockbuster profits, the Manufacturing Defendants sought to create a false perception of

---

[1] *See, e.g.*, Russell K. Portenoy, *Opioid Therapy for Chronic Nonmalignant Pain: Current Status*, 1 Progress in Pain Res. & Mgmt., 247-287 (H.L. Fields and J.C. Liebeskind eds. 1994).

the safety and efficacy of opioids in the minds of medical professionals and members of the public that would encourage the use of opioids for longer periods of time and to treat a wider range of problems, including such common aches and pains as lower back pain, arthritis, and headaches.

36.     The Manufacturing Defendants accomplished that false perception through a coordinated, sophisticated, and highly deceptive marketing campaign that began in the late 1990s, became more aggressive in or about 2006, and continues to the present.

37.     The Manufacturing Defendants accomplished their marketing campaign goal by convincing doctors (including **COUCH** and **TARABEIN**), patients (including **PLAINTIFF**), and others that the benefits of using opioids to treat chronic pain outweighed the risks, and that opioids could be safely used by most patients.

38.     The Manufacturing Defendants, individually and collectively, knowing that long-term opioid use causes addiction, misrepresented the dangers of long-term opioid use to physicians (including **COUCH** and **TARABEIN**), pharmacists, and patients (including **PLAINTIFF**) by engaging in a campaign to minimize the risks of, and to encourage, long-term opioid use.

39.     The Manufacturing Defendants' marketing campaign has been extremely successful in expanding opioid use. Since 1999, the amount of prescription opioids sold in the U.S. has nearly quadrupled.[2] In 2010, 254 million prescriptions for opioids were filed in the U.S. – enough to medicate every adult in America around the clock for a month. In that year, 20% of all doctors' visits resulted in the prescription of an opioid (nearly double the rate in 2000).[3]

---

[2] CDC, Injury Prevention & Control:   Opioid Overdose, Understanding the Epidemic, Available at: http://www.cdc.gov/drugoverdose/epidemic/index.html (accessed March 31, 2016)(internal footnotes omitted).
[3] M. Daubresse, et al., Ambulatory Diagnosis and Treatment of Nonmalignant Pain in the United States, 2000-2010, 51(10) Med. Care 870-78 (2013).

While Americans represent only 4.6% of the world's population, they consume 80% of the opioids supplied around the world and 99% of the global hydrocodone supply.[4] By 2014, nearly two million Americans either abused or were dependent on opioids.[5]

40.     The Manufacturing Defendants' campaign has been extremely profitable for them. In 2012 alone, opioids generated $8 billion in revenue for drug companies.[6] Of that amount, $3.1 billion went to **PURDUE PHARMA** for its OxyContin sales.[7]

41.     In 2007, **PURDUE PHARMA**, pleaded guilty and agreed to pay more than $600 million in fines for misleading the public about the risks of OxyContin. But the drug continued to rack up blockbuster sales, generating more than $22 billion over the last decade.[8]

42.     The Manufacturing Defendants' marketing campaign has been extremely harmful to Americans. Overdoses from prescription pain relievers are a driving factor in a 15-year increase in opioid overdose deaths. Deaths from prescription opioids have also quadrupled since 1999. From 2000 to 2016, nearly half a million-people died from such overdoses. One hundred and fifteen Americans die every day from an opioid overdose.[9]

43.     In 2012, an estimated 2.1 million people in the United States suffered from substance use disorders related to prescription opioid pain relievers.[10] Between 30% and 40% of long-term users of opioids experience problems with opioid use disorders.[11]

---

[4] I. Manchikanti, et al., Therapeutic Use, Abuse, and Nonmedical Use of Opioids: A Ten-Year Perspective, 13 Pain Physician 401-435 (2010).

[5] CDC, Injury Prevention & Control: Opioid Overdose, Prescription Opioids.    Available at: http://www.cdc.gov/drugoverdose/opioids/prescribed.html (accessed March 31, 2016).

[6] B. Meier & B. Marsh, *The Soaring Cost of the Opioid Economy*, N.Y. Times (June 22, 2013).

[7] K. Eban, *Purdue Pharma's Painful Medicine*, Fortune Magazine (Nov. 9, 2011).

[8] https://www.publicintegrity.org/2016/09/19/20201/pro-painkiller-echo-chamber-shaped-policy-amid-drug-epidemic.

[9] CDC, Injury Prevention & Control: Opioid Overdose, Understanding the Epidemic, *supra*.

[10] Substance Abuse and Mental Health Services Administration, Results from the 2012 *National Survey on Drug Use and Health: Summary of National Findings*, NSDUH Series H-46, HHS Publication No. (SMA) 13-4795. Rockville, MD: Substance Abuse and Mental Health Services Administration, 2013.

[11] J. Boscarino et al., Risk factors for drug dependence among out-patients on opioid therapy in a large US health-care system, 105(10) Addiction 1776 (2010); J. Boscarino et al., Prevalence of Prescription Opioid-Use Disorder

44.     The National Institutes of Health ("NIH") not only recognizes the opioid abuse problem, but also identifies the Manufacturing Defendants' "aggressive marketing" as a major cause: "Several factors are likely to have contributed to the severity of the current prescription drug abuse problem. They include drastic increases in the number of prescriptions written and dispensed, greater social acceptability for using medications for different purposes, and *aggressive marketing by pharmaceutical companies*.[12]

45.     The Manufacturing Defendants' misrepresentations regarding the safety and efficacy of long-term opioid use proximately caused injury to **PLAINTIFF**.

46.     Due to concerns about their addictive properties, opioids have been regulated at the federal level as controlled substances by the U.S. Drug Enforcement Administration ("DEA") since 1970. The labels for scheduled opioid drugs carry black box warnings of potential addiction and "[s]erious, life-threatening, or fatal respiratory depression," as the result of an excessive dose.

47.     Studies and articles from the 1970s and 1980s also made clear the reasons to avoid opioids. Scientists observed negative outcomes from long-term opioid therapy in pain management programs; opioids' mixed record in reducing pain long-term and failure to improve patients' function; greater pain complaints as most patients developed tolerance to opioids; opioid patients' diminished ability to perform basic tasks; their inability to make use of complementary treatments like physical therapy due to the side effects of opioids; and addiction. Leading authorities discouraged, or even prohibited, the use of opioid therapy for chronic pain.

---

Among Chronic Pain Patients: Comparison of the DSM-4 Diagnostic Criteria, 30(3) Journal of Addictive Diseases 185 (2011).
[12] America's Addiction to Opioids: Heroin and Prescription Drug Abuse. Available at http://www.drugabuse.gov/about-nida/legislative-activities/testimony-to-congress/2015/americas-addiction-to-opioids-heroin-prescription-drug-abuse#_ftn2 (accessed March 31, 2016)(emphasis added).

48.     Discontinuing opioids after more than just a few weeks of therapy will cause most patients to experience withdrawal symptoms.   These withdrawal symptoms include: severe anxiety, nausea, vomiting, headaches, agitation, insomnia, tremors, hallucinations, delirium, pain, and other serious symptoms, which may persist for months after a complete withdrawal from opioids, depending on how long the opioids were used.

49.     When under the continuous influence of opioids over time, patients grow tolerant to their analgesic effects.  As tolerance increases, a patient typically requires progressively higher doses in order to obtain the same levels of pain reduction to which he has become accustomed – up to and including doses that are "frighteningly high."[13]  At higher doses, the effects of withdrawal are more substantial, thus leaving a patient at a much higher risk of addiction.  A patient can take the opioids at the continuously escalating dosages to match pain tolerance and still overdose at recommended levels.

50.     The Manufacturing Defendants promoted the idea that pain should be treated by taking long-acting opioids continuously and supplementing them by also taking short-acting, rapid-onset opioids for episodic pain.

51.     In 2013, in response to a petition to require manufacturers to strengthen warnings on the labels of long-acting opioid products, the FDA warned of the "grave risks" of opioids, including "addiction, overdose, and even death."  The FDA further warned, "[e]ven proper use of opioids under medical supervision can result in life-threatening respiratory depression, coma, and death."  Because of those grave risks, the FDA said that long-acting or extended release opioids "should be used only when alternative treatments are inadequate."[14]  The FDA required

---

[13] M. Katz, Long-term Opioid Treatment of Nonmalignant Pain:  A Believer Loses His Faith, 170(16) Archives of Internal Med. 1422 (2010).
[14] Letter from Janet Woodcock, M.D., Dir., Ctr. For Drug Eval. & Res., to Andrew Kolodny, M.D., Pres. *Physicians for Responsible Opioid Prescribing*, Re Docket No. FDA-2012-P-0818 (Sept. 10, 2013)(emphasis in original).

that – going forward – opioid makers of long-acting formulations clearly communicate these risks in their labels.

52.     In 2016, the FDA expanded its warnings for immediate-release opioid pain medications, requiring similar changes to the labeling of immediate-release opioid pain medications as it had for extended release opioids in 2013. The FDA also required several additional safety-labeling changes across all prescription opioid products to include additional information on the risk of these medications.[15]

53.     The facts on which the FDA relied in 2013 and 2016 were well known to the Manufacturing Defendants in the 1990s when their deceptive marketing began.

54.     There is no scientific evidence supporting the safety or efficacy of opioids for long-term use. The Manufacturing Defendants are well aware of the lack of such scientific evidence. While promoting opioids to treat chronic pain, the Manufacturing Defendants failed to disclose the lack of evidence to support their use long-term and have failed to disclose the substantial scientific evidence that chronic opioid therapy actually makes patients sicker.

55.     There are no controlled studies of the use of opioids beyond 16 weeks, and no evidence that opioids improve patients' pain and function long-term. For example, a 2007 systematic review of opioids for back pain concluded that opioids have limited, if any, efficacy for back pain and that evidence did not allow judgments regarding long-term use.

56.     Substantial evidence exists that opioid drugs are ineffective to treat chronic pain, and actually worsen patients' health. For example, a 2006 study-of-studies found that opioids as

---

[15] FDA announces enhanced warnings for immediate-release opioid pain medications related to risks of misuse, abuse, addiction, overdose and death.  Available at http://www.fda.gov/newsevents/newsroom/pressannouncements/ucm491739htm (accessed March 31, 2016).

a class did not demonstrate improvement in functional outcomes over other non-addicting treatments.[16]

57.     Increasing duration of opioid use is strongly associated with an increasing prevalence of mental health conditions (including depression, anxiety, post-traumatic stress disorder, or substance abuse), increased psychological distress, and greater health care utilization.

58.     While opioids may work acceptably well for a while, when they are used on a long-term basis, function generally declines, as does general health, mental health, and social function.  Over time, even high doses of potent opioids often fail to control pain, and patients exposed to such doses are unable to function normally.[17]

59.     The foregoing is true both generally and for specific pain-related conditions. Studies of the use of opioids long-term for chronic lower back pain have been unable to demonstrate an improvement in patients' function.  Instead, research consistently shows that long-term opioid therapy for patients who have lower back injuries does not cause patients to return to work or physical activity.  This is due partly to addiction and other side effects.

60.     Before the Manufacturing Defendants began the marketing campaign complained of herein, generally accepted standards of medical practice dictated that opioids should only be used short-term, for instance, for acute pain, pain relating to recovery from surgery, or for cancer or palliative care.  In those instances, the risks of addiction are low or of little significance.

---

[16] A. Furlan et al., *Opioids for chronic noncancer pain: a meta-analysis of effectiveness and side effects*, 174(11) Can. Med. Ass'n J. 1589 (2006).  This same study revealed that efficacy studies do not typically include data on opioid addiction.  In many cases, patients who may be more prone to addiction are pre-screened out of the study pool.  This does not reflect how doctors actually prescribe the drugs, because even patients who have past or active substance use disorders tend to receive higher doses of opioids. K. Seal, *Association of Mental Health Disorders With Prescription Opioids and High-Risk Opioids in US Veterans of Iraq and Afghanistan*, 307(9) J. Am. Med. Ass'n 940 (2012).
[17] See A. Rubenstein, *Are we making pain patients worse?*  Sonoma Medicine (Fall 2009).

61.     The market for short-term pain relief is significantly more limited than the market for long-term chronic pain relief. The Manufacturing Defendants recognized that if they could sell opioids not just for short term pain relief but also for long-term chronic pain relief, they could achieve blockbuster levels of sales and profits. Further, they recognized that if they could cause their customers to become physically addicted to their drugs, they would increase the likelihood that their blockbuster profits would continue indefinitely.

62.     The Manufacturing Defendants knew that in order to increase their profits from the sale of opioids they would need to convince doctors (including **COUCH** and **TARABEIN**) and patients (including **PLAINTIFF**) that long-term opioid therapy was safe and effective. The Manufacturing Defendants needed, in other words, to persuade physicians to abandon their long-held apprehensions about prescribing opioids, and instead to prescribe opioids for durations previously understood to be unsafe.

63.     Rather than add to the collective body of medical knowledge concerning the best ways to treat pain and improve patient quality of life, however, The Manufacturing Defendants instead sought to distort medical and public perception of existing scientific data.

64.     The Manufacturing Defendants, collectively and individually, poured vast sums of money into generating articles, continuing medical education courses ("CMEs"), and other "educational" materials, conducting sales visits to individual doctors, and supporting a network of professional societies and advocacy groups, which was intended to, and which did, create a new but phony "consensus" supporting the long-term use of opioids.

65.     Drug companies' promotional activity can be branded or unbranded. Unbranded marketing refers not to a specific drug, but more generally to a disease state or treatment. By

using unbranded communications, drug companies can evade the extensive regulatory framework governing branded communications.

66.     A drug company's branded marketing, which identifies and promotes a specific drug, must: (a) be consistent with its label and supported by substantial scientific evidence; (b) not include false or misleading statements or material omissions; and (c) fairly balance the drug's benefits and risks.

67.     Further, the Federal Food, Drug, and Cosmetic Act ("FDCA") places further restrictions on branded marketing. It prohibits the sale in interstate commerce of drugs that are "misbranded." A drug is "misbranded" if it lacks "adequate directions for use" or if the label is false or misleading "in any particular." "Labeling" includes more than the drug's physical label; it also includes "all … other written, printed, or graphic matter … accompanying "the drug, including promotional material. The term "accompanying" is interpreted broadly to include promotional materials – posters, websites, brochures, books, and the like – disseminated by or on behalf of the manufacturer of the drug. Thus, The Manufacturing Defendants' promotional materials are part of their drugs' labels and required to be accurate, balanced, and not misleading.

68.     The Manufacturing Defendants generally avoided using branded advertisements to spread their deceptive messages and claims regarding opioids. The Manufacturing Defendants did so in order to evade regulatory review.

69.     Instead, the Manufacturing Defendants disseminated much of their false, misleading, imbalanced, and unsupported statements through unregulated unbranded marketing materials -- materials that generally promoted opioid use but did not name a specific opioid while doing so. Through these unbranded materials, the Manufacturing Defendants presented information and instructions concerning opioids generally that were false and misleading.

21

70.     By acting through third parties, the Manufacturing Defendants were able to give the false appearance that their messages reflected the views of independent third parties. Later, the Manufacturing Defendants would cite to these sources as "independent" corroboration of their own statements. Further, as one physician adviser to the Manufacturing Defendants noted, third-party documents had not only greater credibility, but also broader distribution, as doctors did not "push back" at having materials, for example, from the non-profit American Pain Foundation ("APF") on display in their offices, as they would with drug company pieces.

71.     As part of their marketing scheme, the Manufacturing Defendants spread and validated their deceptive messages through the following unbranded vehicles ("the Vehicles"): (i) so-called "key opinion leaders" (*i.e.*, physicians who influence their peers' medical practice, including but not limited to prescribing behavior) ("KOLs"), who wrote favorable journal articles and delivered supportive CMEs, (ii) a body of biased and unsupported scientific literature; (iii) treatment guidelines; (iv) CMEs; and (v) unbranded patient education materials disseminated through groups purporting to be patient-advocacy and professional organizations ("Front Groups"), which exercised their influence both directly and indirectly through Defendant-controlled KOLs who served in leadership roles in these organizations.

72.     The Manufacturing Defendants disseminated many of their false, misleading, imbalanced and unsupported messages through the Vehicles because they appeared to uninformed observers to be independent. Through unbranded materials, the Manufacturing Defendants presented information and instructions concerning opioids generally that were false and misleading.

73.     Even where such unbranded messages were disseminated through third-party vehicles, the Manufacturing Defendants adopted these messages as their own when they cited to,

edited, approved, and distributed such materials knowing they were false, misleading, unsubstantiated, unbalanced, and incomplete. As described herein, the Manufacturing Defendants' sales representatives distributed third-party marketing material to Defendants' target audience that was deceptive.

74. The Manufacturing Defendants took an active role in guiding, reviewing, and approving many of the misleading statements issued by third parties, ensuring that Defendants were consistently in control of their content. By funding, directing, editing, and distributing these materials, Defendants exercised control over their deceptive messages and acted in concert with these third parties fraudulently to promote the use of opioids for the treatment of chronic pain.

75. The unbranded marketing materials that the Manufacturing Defendants assisted in creating and distributing either did not disclose the risks of addiction, abuse, misuse, and overdose, or affirmatively denied or minimized those risks.

76. Rather than actually test the safety and efficacy of opioids for long-term use, the Manufacturing Defendants led physicians (including **COUCH** and **TARABEIN**), patients (including **PLAINTIFF**), and health care payors to believe that such tests had already been done. Upon information and belief, the Manufacturing Defendants created a body of false, misleading, and unsupported medical and popular literature about opioids that (a) understated the risks and overstated the benefits of long-term use; (b) appeared to be the result of independent, objective research; and (c) was likely to shape the perceptions of prescribers, patients, and payors. This literature was, in fact, marketing material intended to persuade doctors and consumers that the benefits of long-term opioid use outweighed the risks.

77.     The Manufacturing Defendants also made sure that favorable articles were disseminated and cited widely in the medical literature, even when they knew that the articles distorted the significance or meaning of the underlying study. Most notably, **PURDUE PHARMA** frequently cited a 1980 item in the well-respected New England Journal of Medicine, J. Porter & H. Jick, *Addiction Rare in Patients Treated with Narcotics,* 302(2) New Eng.J.Med. 123(1980) ("Porter & Jick Letter"), in a manner that makes it appear that the item reported the results of a peer reviewed study. It is also cited in two CME programs sponsored by **ENDO**. The Manufacturing Defendants and those acting on their behalf failed to reveal that this "article" is actually a letter-to-the-editor, not a study, much less a peer-reviewed study. The letter, reproduced in full below, states that the authors examined their files of hospitalized patients who had received opioids.

---

### ADDICTION RARE IN PATIENTS TREATED WITH NARCOTICS

*To the Editor:* Recently, we examined our current files to determine the incidence of narcotic addiction in 39,946 hospitalized medical patients[1] who were monitored consecutively. Although there were 11,882 patients who received at least one narcotic preparation, there were only four cases of reasonably well documented addiction in patients who had no history of addiction. The addiction was considered major in only one instance. The drugs implicated were meperidine in two patients[2], Percodan in one, and hydromorphone in one. We conclude that despite widespread use of narcotic drugs in hospitals, the development of addiction is rare in medical patients with no history of addiction.

JANE PORTER
HERSCHEL JICK, M.D.
Boston Collaborative Drug
Surveillance Program
Boston University Medical Center

Waltham, MA 02154

[1]   Jick H, Miettinen OS, Shapiro S, Lewis GP, Siskind Y, Slone D. Comprehensive drug surveillance. JAMA. 1970; 213:1455-60
[2]   Miller RR, Jick H. Clinical effects of meperidine in hospitalized medical patients. J Clin Pharmacol. 1978; 18:180-8

---

78.     The patients referred to in the letter were all treated prior to the letter, which was published in 1980. Because of standards of care prior to 1980, the treatment of those patients

with opioids would have been limited to acute or end-of-life situations, not chronic pain. The letter notes that, when these patients' records were reviewed, the authors found almost no references to signs of addiction, though there is no indication that caregivers were instructed to look for, assess, or document signs of addiction. Nor, indeed, is there any indication whether the patients were followed after they were discharged from the hospital or, if they were, for how long. None of these serious limitations was disclosed when the Manufacturing Defendants and those acting on their behalf cited the letter, typically as the sole scientific support for the proposition that opioids are rarely addictive.

79.     Dr. Jick has complained that his letter has been distorted and misused – as indeed it has.

80.     The Manufacturing Defendants' strategy – to plant and promote supportive literature and then to cite the pro-opioid evidence in their promotional materials, while failing to disclose evidence that contradicted those claims – was flatly inconsistent with their legal obligations. The strategy was intended to, and did, distort prescribing patterns by distorting the truth regarding the risks and benefits of opioids for chronic pain relief.

81.     Like cigarette makers, which engaged in an industry-wide effort to misrepresent the safety and risks of smoking, the Manufacturing Defendants worked with each other and with the Front Groups and KOLs they funded and directed to carry out a common scheme to deceptively market opioids by misrepresenting the risks, benefits, and superiority of opioids to treat chronic pain.

82.     The Manufacturing Defendants, through their own marketing efforts and publications and through their sponsorship and control of patient advocacy and medical societies and projects, caused deceptive materials and information to be placed into the marketplace,

25

including to prescribers (including **COUCH** and **TARABEIN**) and patients (including **PLAINTIFF**) in Alabama. These promotional messages were intended to and did encourage patients to ask for, doctors to prescribe, and payors to pay for chronic opioid therapy.

83. Doctors are the gatekeepers for all prescription drugs so, not surprisingly, the Manufacturing Defendants focused the bulk of their marketing efforts, and their multimillion-dollar budgets, on the professional medical community. Particularly because of barriers to prescribing opioids, which are regulated as controlled substances, the Manufacturing Defendants knew doctors would not treat patients with common chronic pain complaints with opioids unless doctors were persuaded that opioids had real benefits and minimal risks. Accordingly, the Manufacturing Defendants did not disclose to prescribers (including **COUCH** and **TARABEIN**), patients (including **PLAINTIFF**) or the public that evidence in support of their promotional claims was inconclusive, non-existent or unavailable. Rather, each Manufacturing Defendant disseminated misleading and unsupported messages that caused the target audience to believe those messages were corroborated by scientific evidence. As a result, doctors in Alabama (including **COUCH** and **TARABEIN**) began prescribing opioids long-term to treat chronic pain – something that most never would have considered prior to the Manufacturing Defendants' campaign.

84. As described in detail below, the Manufacturing Defendants:

- misrepresented the truth about how opioids lead to addiction;

- misrepresented that opioids improve function;

- misrepresented that addiction risk can be managed;

- misled doctors (including **COUCH** and **TARABEIN**), patients (including **PLAINTIFF**), and payors through the use of misleading terms like "pseudoaddiction;"

- falsely claimed that withdrawal is simply managed;

- misrepresented that increased doses pose no significant additional risks;

- falsely omitted or minimized the adverse effects of opioids and overstated the risks of alternative forms of pain treatment.

85.    The Manufacturing Defendants' misrepresentations were aimed at doctors (including **COUCH** and **TARABEIN**), patients (including **PLAINTIFF**), and payors.

86.    Underlying each of the Manufacturing Defendants' misrepresentations and deceptions in promoting the long-term continuous use of opioids to treat chronic pain was Defendants' collective effort to hide from the medical community the fact that there exist no adequate and well-controlled studies of opioid use longer than 12 weeks.[18]

87.    The Manufacturing Defendants' fraudulent representation that opioids are rarely addictive is central to Defendants' scheme. Through their well-funded, comprehensive, aggressive marketing efforts, the Manufacturing Defendants succeeded in changing the perceptions of many physicians (including **COUCH** and **TARABEIN**), patients (including **PLAINTIFF**), and health care payors and in getting them to accept that addiction rates are low and that addiction is unlikely to develop when opioids are prescribed for pain. That, in turn, directly led to the expected, intended, and foreseeable result that doctors (including **COUCH** and **TARABEIN**) prescribed more opioids to more patients (including **PLAINTIFF**) – thereby enriching Defendants.

---

[18] Letter from Janet Woodcock, M.D., Dir., Ctr. For Drug Eval. & Res., to Andrew Kolodnay, M.D., Pres. *Physicians for Responsible Opioid Prescribing*, Re Docket No. FDA-2012-P-0818 (Sept. 10, 2013).

88.    Each of the Manufacturing Defendants claimed that the potential for addiction from its drugs was relatively small or non-existent, even though there was no scientific evidence to support those claims.

89.    To help downplay and misrepresent the addictiveness of their opioids, the Manufacturing Defendants used the term "pseudo addiction".  When patients seek more frequent prescriptions or higher doses of opioids, it is often a sign of addictive behavior.  But the "pseudo addiction" approach -- essentially taking the patients at their word -- argues that they are not addicts, they just need more pain relief.  Dr. J. David Haddox coined the term "pseudo addiction" in a 1989 paper in a medical journal.  Dr. Haddox is a physician and paid speaker for **PURDUE PHARMA**.

90.    In 1996, the American Academy of Pain Medicine and the American Pain Society (organizations that receive substantial funding from drug companies) issued a statement endorsing the use of opioids to treat chronic pain and claiming the risk of addiction was low.  The chairman of the group issuing the statement was Dr. Haddox.  Dr. Haddox became a **PURDUE PHARMA** executive just three years later.

91.    From 2001 through 2015, **PURDUE PHARMA** hosted the website www.inthefaceofpain.com, which promoted "the notion that if a patient's doctor does not prescribe what, in the patient's view, is a sufficient dosage of opioids, he or she should find another doctor who will."

92.    Dr. Russell Portenoy is a **PURDUE PHARMA** affiliated pain doctor who received funding from **PURDUE PHARMA**.  He spoke out about the problem of untreated chronic pain and the wisdom of using opioids to treat it.  In 1993, he reportedly told the *Times* that "[t]here is growing literature showing that these drugs can be used for a long time, with few

side effects". In addition, Dr. Portenoy said that opioids needed to be destigmatized and described them as a "gift from nature". Moreover, Dr. Portenoy decried the reticence among clinicians to administer such narcotics for chronic pain, claiming that is was indicative of "opiophobia", and suggesting that concerns about addiction and abuse amounted to a "medical myth". Incredibly, in 2011, Dr. Portenoy conceded that research he relied on to push his and **PURDUE PHARMA**'s pro-opioid campaign did not prove anything about the treatment of chronic pain.

93. **ENDO** was also heavily involved in downplaying and misrepresenting the addictiveness of its opioids. For example, **ENDO** advertised that an abuse-deterrent reformation of Opana ER made it crush-resistant, despite its own studies disproving that claim. On July 6, 2017, in response to pressure from the FDA to stop sales of Opana ER due to abuse risks, **ENDO** pulled Opana ER from the market,

94. As aforementioned, **TEVA** and **CEPHALON** work together to manufacture, promote, distribute and sell Fentora/Fentanyl. In 2006, the FDA approved Fentora/Fentanyl for the management of pain in **cancer** patients who were already receiving, and who were tolerant to, opioid therapy for their underlying persistent cancer related pain. **PLAINTIFF** did not have cancer. Notwithstanding the fact that Fentora/Fentanyl was supposed to be used to treat cancer patients, it was marketed and promoted by **TEVA** and **CEPHALON** for other uses such as to treat chronic pain like **PLAINTIFF** experienced. This was improper and was done to maximize the profits of **TEVA** and **CEPHALON**.

95. Transmucosal instant-release fentanyl ("TIRF") drugs are a subset of other fentanyl-based drugs. TIRF drugs are sold under several brand names, including Fentora and Abstral. Fentora is a buccal tablet placed in the cheek. The only FDA approved indication for

TIRF drugs is "for the management of breakthrough pain in patients with cancer who are already receiving, and who are tolerant to, around-the-clock opioid therapy for their persistent pain." Since fentanyl is approximately 100 times more potent than morphine, and 40-60 times more potent that pure heroin, fentanyl in TIRF drugs is measured in micrograms.

96.     TIRF drugs are extremely expensive.  Due to both the exceptional danger and expense of TIRF drugs, many insurance providers required prior approval before they reimbursed for a TIRF prescription.   For example, Viva Medicare refused to approve **PLAINTIFF**'s prescription for Abstral because he did not have cancer. *See* Exhibit "8".

97.     The brand-name Manufacturing Defendants have a duty to warn of the risks which it knew or reasonably should have known, regardless of whether the consumer (including Plaintiff) is prescribed the brand-name drug or its competitors' generic bioequivalent.  The brand-name Manufacturing Defendants are liable for the generic versions of their opioids because they intentionally failed to update warning labels for their drugs despite knowing the risks.

98.     The generic Manufacturing Defendants colluded/conspired with the brand-name Manufacturing Defendants to cause the brand-name Manufacturing Defendants not to update their warning labels despite knowing the risks.  Therefore, the generic Manufacturing Defendants are liable along with the brand-name Manufacturing Defendants.

99.     Due to many years of taking drugs that were manufactured, marketed, promoted and sold by the Manufacturing Defendants, Mr. Brockel developed severe health problems including chronic obstructive pulmonary disease, shortness of breadth, asthma, anxiety, and depression.  He also had a history of suicidal ideations.  These health problems proximately caused and/or contributed to his death.

100.     Due to the wrongful conduct of the Manufacturing Defendants as outlined herein, Mr. Brockel committed suicide on or about August 7, 2017 in the parking lot of **COUCH's/PPS's** office in Mobile, Alabama.  He was just 48 years old.

101.     **PLAINTIFF** avers that the death of Bruce Brockel was proximately caused by the wrongful conduct of the Manufacturing Defendants.

102.     **PLAINTIFF** brings this action for damages under the Alabama wrongful death statute, i.e., Alabama Code §6-5-410 (1975).

## BACKGROUND/FACTS – PROVIDER DEFENDANTS

103.     In approximately 2004, Bruce Brockel was involved in a motor vehicle accident in Atlanta, Georgia resulting in a broken back, neck and arm.

104.     From 2004 to approximately 2010, Mr. Brockel was treated by doctors in the Dothan, Alabama area for pain caused by the motor vehicle accident.  They primarily prescribed him Lortab and muscle relaxers.

105.     Bruce and Donna Brockel moved to Mobile, Alabama in 2010.

106.     According to the government, between January 1, 2011 and May 20, 2015, **COUCH** and his partner Dr. Xiulu Ruan wrote approximately 285,000 prescriptions for controlled substances.

107.     According to the government, between January 1, 2011 and May 20, 2015, **COUCH** and Dr. Xiulu Ruan wrote over 6,000 prescriptions for TIRF drugs to approximately 1,000 different **PPSA** patients.  Virtually all of these patients filled their expensive TIRF prescriptions at **C&R**, which was owned by **COUCH** and Dr. Xiulu Ruan.

108.     From approximately February 2011 until **COUCH's** arrest in approximately May 2015, **COUCH** treated Mr. Brockel for pain with prescription drugs including Oxycodone,

Oxycodone HCL, Oxycodone/Acetaminophen, Oxymorphone, OxyContin, Oxy IR, MS Contin, MS IR, Morphine Sulfate ER, Morphine Sulfate IR, Hydrocodone/Acetaminophen, Avinza, Percocet, Opana, Roxicodone, Neurontin/Gabapentin and Fentora/Fentanyl. Said treatment took place at **PPSA** in Mobile, Alabama. These opioids were manufactured, marketed, promoted and sold by the Manufacturing Defendants.

109. **COUCH** prescribed drugs (including Oxycodone, Oxycodone HCL, Oxycodone/Acetaminophen, Oxymorphone, OxyContin, Oxy IR, MS Contin, MS IR, Morphine Sulfate ER, Morphine Sulfate IR, Hydrocodone/Acetaminophen, Avinza, Percocet, Opana, Roxicodone, Neurontin/Gabapentin and Fentora/Fentanyl) to Mr. Brockel without medical necessity or justification for profit.

110. During the treatment of Mr. Brockel, **COUCH** kept increasing the amounts, potency, and types of drugs without necessity or justification in order to make a profit.

111. On information and belief, in order to maximize profits and conceal his illegal activity, **COUCH** instructed and persuaded Mr. Brockel to fill his prescriptions at **C&R** which is a pharmacy that he co-owned in Mobile, Alabama. Mr. Brockel followed his doctor's instructions.

112. In 2006, the FDA approved Fentora/Fentanyl for the management of pain in **cancer** patients who were already receiving, and who were tolerant to, opioid therapy for their underlying persistent cancer related pain. Notwithstanding the fact that Fentora/Fentanyl was supposed to be used to treat cancer patients, **COUCH** treated **PLAINTIFF** for his non-cancer chronic pain. This was improper and was done to maximize the profits of **COUCH**.

113. In 2017, **COUCH** was found guilty on a slate of federal charges including health care fraud and unlawful distribution of controlled substances.

114. From approximately June 2015 until approximately April 2017, **TARABEIN** treated Mr. Brockel for pain with prescription drugs including Oxycodone, Oxycodone HCL, OxyContin, Oxy IR, MS Contin, MS IR, Avinza, Morphine Sulfate, Morphine Sulfate ER, Morphine Sulfate IR, Hydrocodone/Acetaminophen and Neurontin/Gabapentin. Said treatment took place at **ESNC** in Daphne, Alabama. These opioids were manufactured, marketed, promoted and sold by the Manufacturing Defendants.

115. **TARABEIN** prescribed drugs (Oxycodone, Oxycodone HCL, OxyContin, Oxy IR, MS Contin, MS IR, Avinza, Morphine Sulfate, Morphine Sulfate ER, Morphine Sulfate IR, Hydrocodone/Acetaminophen and Neurontin/Gabapentin) to Mr. Brockel without medical necessity or justification for profit.

116. During the treatment of Mr. Brockel, **TARABEIN** kept increasing the amounts, potency, and types of drugs without medical necessity or justification in order to make an unjust profit.

117. During **TARABEIN's** treatment of Mr. Brockel, it appears that **TARABEIN** routinely charged him for receiving services and procedures (e.g. epidural blocks even though he was only providing trigger point injections, etc.) that were not actually provided. On information and belief, **TARABEIN** did the same to maximize and unjustly profit which defrauded Mr. Brockel, BCBS of AL, and Medicare.

118. Due to many years of taking drugs that were overprescribed by **COUCH** and **TARABEIN**, Mr. Brockel developed severe health problems including chronic obstructive pulmonary disease, shortness of breadth, asthma, anxiety, and depression. He also had a history of suicidal ideations. These health problems proximately caused and/or contributed to his death.

119.   In approximately April 2017, **TARABEIN** told Mr. Brockel to smoke marijuana for nausea because the government had legalized Cannabidiol ("CBD") oil. Therefore, no one would know that he was smoking marijuana because marijuana and CBD oil would both test positive for THC during a drug test. Mr. Brockel followed **TARABEIN's** instruction and smoked marijuana.

120.   In approximately March 2017, Mr. Brockel asked **TARABEIN** to reduce the dosage of Morphine Sulfate. Accordingly, **TARABEIN** reluctantly reduced the dosage of Morphine Sulfate from 60 mg to 30 mg.

121.   Subsequently, **TARABEIN** ordered a DNA swab test and lied about the results (Patients receiving prescription narcotics are required to submit a one-time DNA swab for analysis to determine the patient's ability to process and metabolize the narcotic drugs). In addition, **TARABEIN** told Mr. Brockel that he was in control of his future and to pay his account balance or he would not be able to get any further pain medication from anyone in the medical field.

122.   **TARABEIN** claimed that Mr. Brockel owed him approximately $2,413 and sent him a bill for same. Mr. Brockel went to **TARABEIN's** office at **ESNC** and tried to pay the balance allegedly owed on the account. However, **TARABEIN's** office refused to accept payment. Instead, **TARABEIN's** office said they would no longer treat him.

123.   Mr. Brockel pleaded for **TARABEIN's** office to help him with detoxification/withdrawal but they refused. Instead, **TARABEIN's** office told Mr. Brockel he was on his own.

124. Thereafter, Mr. Brockel was unable to get the amounts and types of pain medications that he was accustomed to and as a result suffered severe pain, withdrawal, anxiety and depression.

125. Due to the fact that Mr. Brockel had been taking pain medication for approximately 14 years, **TARABEIN** knew (or should have known) that Mr. Brockel would suffer from severe pain, withdrawal, anxiety and depression when he abruptly stopped taking the addictive medications but did nothing to attempt to detoxify Mr. Brockel.

126. Due to **COUCH's** and **TARABEIN's** overprescribing of drugs to Mr. Brockel as well as **TARABEIN's** extortion and abrupt stoppage of treatment without proper detoxification, Mr. Brockel committed suicide on or about August 7, 2017 in the parking lot of **COUCH's/PPS's** office in Mobile, Alabama. He was just 48 years old.

127. August 7, 2017 was the same day **TARABEIN** filed his intent to plead guilty to health care fraud and unlawful distribution of controlled substances.

128. **PLAINTIFF** avers that the death of Bruce Brockel was proximately caused by the wrongful conduct of the Defendants.

129. **PLAINTIFF** brings this action for damages under the Alabama wrongful death statute, i.e., Alabama Code §6-5-410 (1975).

### FIRST CAUSE OF ACTION (AGAINST COUCH & TARABEIN)
### (Medical Malpractice)

130. **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 129 as if fully set out herein including the "Background/Facts" section. **PLAINTIFF** is exclusively pleading causes of action under Alabama Law, and pleads no Federal Law causes of action.

131.   **PLAINTIFF** avers that **COUCH** and **TARABEIN** did not meet the applicable standard of care while treating Bruce Brockel, and that such failure was the proximate cause of Mr. Brockel's injuries and death.  Examples of their failure to meet the applicable standard of care include, but are not limited to: overprescribing of prescription drugs; prescribing drugs to Mr. Brockel without medical necessity/justification; prescribing cancer related drugs to Mr. Brockel even though he did not have cancer; conducting unnecessary procedures; improperly charging for goods/services/procedures not actually performed; improperly charging for goods/services/procedures not medically necessary; billing for physician office visits when Mr. Brockel was only seen by staff; re-using epidural needles and/or needles in radio frequency machines; receiving illegal kickbacks and referral payments from pharmaceutical companies, distributors and/or other third parties; and failing to properly detox Mr. Brockel.

132.   Accordingly, **COUCH** and **TARABEIN** are liable under the Alabama Medical Liability Act (Alabama Code §6-5-480, et seq. (1975)).

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, K, L, M, N, O, P, Q, R, S, T, U, V, W, X, Y** and **Z** in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## SECOND CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Negligence)

133.   **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 132 as if fully set out herein including the "Background/Facts" sections.  **PLAINTIFF** is exclusively pleading causes of action under Alabama Law, and pleads no Federal Law causes of action.

134.    **PLAINTIFF** avers that Defendants negligently failed to properly inform and/or warn Bruce Brockel of the harmful effects, addictiveness, and limited application (i.e. effective treatment for short-term post-surgical and trauma-related pain, and for palliative end-of-life care) of the opioids that were manufactured, marketed, promoted, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel.

135.    **PLAINTIFF** avers that the Manufacturing Defendants negligently failed to properly inform and/or warn the Provider Defendants (e.g. **COUCH** and **TARABEIN**) of the harmful effects, addictiveness, and limited application (i.e. effective treatment for short-term post-surgical and trauma-related pain, and for palliative end-of-life care) of the opioids that they manufactured, marketed, promoted and sold and that were ultimately consumed by Mr. Brockel. But for the Manufacturing Defendants' lack of information/warnings given to the Provider Defendants (e.g. **COUCH** and **TARABEIN**), the Provider Defendants would not have prescribed the subject opioids to **PLAINTIFF**. In other words, the Provider Defendants (e.g. **COUCH** and **TARABEIN**) would have changed their prescribing decisions had different or additional information/warnings accompanied the opioids.

136.    **PLAINTIFF** avers that the Manufacturing Defendants negligently marketed and promoted the opioids as specifically set out in the "Background/Facts" section.

137.    **PLAINTIFF** avers that the Manufacturing Defendants were negligent by failing to properly study/test the opioids for long term treatment of chronic pain. For example, as outlined in the "Background/Facts" section, the Manufacturing Defendants knew that controlled studies of the safety and efficacy of opioids were limited to short-term use (*i.e.,* not longer than 90 days) in managed settings (*e.g.,* hospitals) where the risk of addiction and other adverse

outcomes was significantly minimized. To date, there have been no long-term studies demonstrating the safety and efficacy of opioids for long-term use.

138. **PLAINTIFF** avers that the Manufacturing Defendants negligently failed to provide the FDA with sufficient and vital information when the opioids and their respective warning labels were approved by the FDA. For example, the Manufacturing Defendants failed to inform the FDA that controlled studies of the safety and efficacy of opioids were limited to short-term use (*i.e.,* not longer than 90 days) in managed settings (*e.g.,* hospitals) where the risk of addiction and other adverse outcomes was significantly minimized. Had the FDA been aware of this information, it likely would have limited the scope of opioid use and/or required changes to the warning labels.

139. **PLAINTIFF** avers that the Manufacturing Defendants negligently failed to inform the FDA of "newly acquired information" that would have allowed them to change their warning labels unilaterally after FDA approval through the FDA's Changes Being Effected ("CBE") process. This newly acquired information includes, but is not limited to: (1) opioids being only effective for treatment of short-term post-surgical and trauma-related pain, and for palliative end-of-life care; and (2) the full magnitude of the dangers associated with opioids as evidenced by the incredible number of overdoses and deaths across the Country.

140. **PLAINTIFF** avers that Defendants negligently misrepresented the harmful effects and addictiveness of the opioids and drugs that were manufactured, marketed, promoted, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel. **PLAINTIFF** also avers that Defendants negligently misrepresented that the opioids were effective for long term treatment of chronic pain, and that they should be prescribed for long term use.

141.    **PLAINTIFF** avers that Defendants were negligent by manufacturing, marketing, promoting, selling, distributing, and/or prescribing opioids to Mr. Brockel which were dangerously unsafe.

142.    **PLAINTIFF** avers that the Manufacturing Defendants negligently supplied opioids to suspicious physicians (including **COUCH** and **TARABEIN**) and pharmacies (including **C&R**).  Indeed, on information and belief, a disproportional amount of opioids were being prescribed by **COUCH** and **TARABEIN** and filled at **C&R**.  Yet, the Manufacturing Defendants did not do anything to help stop same because it would have adversely affected their profits.  Had the Manufacturing Defendants adequately monitored and reported these suspicious purchases, **COUCH** and **TARABEIN** would not have been able to prescribe the opioids to **PLAINTIFF** which ultimately caused his death.

143.    **PLAINTIFF** avers that Defendants negligently failed to alert the U.S. Drug Enforcement Administration of suspicious purchases of opioids, such as orders of unusual size, frequency or pattern.  Defendants negligently failed to monitor and/or report the suspicious purchases and orders of controlled substances.

144.    **PLAINTIFF** avers that **TEVA** and **CEPHALON** negligently marketed and promoted Fentora/Fentanyl for off label uses.  In 2006, the FDA approved Fentora/Fentanyl for the management of pain in **cancer** patients who were already receiving, and who were tolerant to, opioid therapy for their underlying persistent cancer related pain.  **PLAINTIFF** did not have cancer.  Notwithstanding the fact that Fentora/Fentanyl was supposed to be used to treat cancer patients, it was marketed and promoted by **TEVA** and **CEPHALON** for other uses such as to treat chronic pain like **PLAINTIFF** experienced.  This was improper and was done to maximize the profits of **TEVA** and **CEPHALON**.

145.     Among other things, **PLAINTIFF** avers that **COUCH** and **TARABEIN** were negligent by: overprescribing prescription drugs to Bruce Brockel; prescribing drugs to Mr. Brockel without medical necessity/justification; conducting unnecessary procedures; prescribing cancer related drugs to Mr. Brockel even though he did not have cancer; improperly charging for goods/services/procedures not actually performed; improperly charging for goods/services/procedures not medically necessary; billing for physician office visits when Mr. Brockel was only seen by staff; re-using epidural needles and/or needles in radio frequency machines; receiving illegal kickbacks and referral payments from pharmaceutical companies, distributors and/or other third parties; and failing to properly detox Mr. Brockel.

146.     **PLAINTIFF** avers that Bruce Brockel's injuries and death were the direct and proximate result of the aforementioned negligent conduct of Defendants.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO, KVK-TECH, ZYDUS, NESHER, WATSON, MALLINCKRODT, WEST-WARD, ACTAVIS, ROXANE, PAR, RHODES, TEVA, CEPHALON, K, L, M, N, O, P, Q, R, S, T, U, V, W, X, Y** and **Z** for compensatory damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## THIRD CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Wantonness)

147.     **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 146 as if fully set out herein including the "Background/Facts" sections. **PLAINTIFF** is exclusively pleading causes of action under Alabama Law, and pleads no Federal Law causes of action.

148. **PLAINTIFF** avers that Bruce Brockel's injuries and death were the direct and proximate result of the wanton and/or reckless conduct of the Defendants as outlined herein including in the "Background/Facts" sections. In addition, **PLAINTIFF** avers that Defendants knowingly and/or recklessly supplied opioids to suspicious physicians (including **COUCH** and **TARABEIN**) and pharmacies (including **C&R**) to maximize profits.

149. The brand-name Manufacturing Defendants have a duty to warn of the risks which it knew or reasonably should have known, regardless of whether the consumer (including Plaintiff) is prescribed the brand-name drug or its competitors' generic bioequivalent. The brand-name Manufacturing Defendants are liable for the generic versions of their opioids because they intentionally failed to update warning labels for their drugs despite knowing the risks. Therefore, said Defendants are liable for wantonness and/or recklessness.

150. The generic Manufacturing Defendants colluded with the brand-name Manufacturing Defendants to cause the brand-name Manufacturing Defendants not to update their warning labels despite knowing the risks. Therefore, the generic Manufacturing Defendants are liable for wantonness and/or recklessness along with the brand-name Manufacturing Defendants.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO, KVK-TECH, ZYDUS, NESHER, WATSON, MALLINCKRODT, WEST-WARD, ACTAVIS, ROXANE, PAR, RHODES, TEVA, CEPHALON, K, L, M, N, O, P, Q, R, S, T, U, V, W, X, Y** and **Z** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## FOURTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Alabama Extended Manufacturer's Liability Doctrine)

151.   **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 150 as if fully set out herein including the "Background/Facts" sections. **PLAINTIFF** is exclusively pleading causes of action under Alabama Law, and pleads no Federal Law causes of action.

152.   **PLAINTIFF** avers that opioids are products that are unreasonably dangerous to the ultimate user or consumer including Bruce Brockel.

153.   **PLAINTIFF** avers that Bruce Brockel's injuries and ultimate death were proximately caused by Defendants who sold and/or distributed opioids in a defective condition that made them unreasonably dangerous to Mr. Brockel as the ultimate user and consumer; that Defendants were engaged in the business of selling and/or distributing opioids; and that the opioids were expected to, and did, reach Mr. Brockel without substantial change in the condition in which they were sold.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO, KVK-TECH, ZYDUS, NESHER, WATSON, MALLINCKRODT, WEST-WARD, ACTAVIS, ROXANE, PAR, RHODES, TEVA, CEPHALON, K, L, M, N, O, P, Q, R, S, T, U, V, W, X, Y** and **Z** for compensatory damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## FIFTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Fraud & Misrepresentation)

154.   **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 153 as if fully set out herein including the "Background/Facts" section. **PLAINTIFF** is

exclusively pleading causes of action under Alabama Law, and pleads no Federal Law causes of action.

155.   **PLAINTIFF** avers that Defendants committed fraud by misrepresenting and/or concealing the harmful effects and addictiveness of the opioids that were manufactured, marketed, promoted, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel.  **PLAINTIFF** also avers that Defendants fraudulently misrepresented that the opioids were effective for long term treatment of chronic pain, and that they should be prescribed for long term use.

156.   **PLAINTIFF** avers that Defendants **PURDUE PHARMA, PFIZER, ENDO, KVK-TECH, ZYDUS, NESHER, WATSON, MALLINCKRODT, WEST-WARD, ACTAVIS, ROXANE, PAR, RHODES, TEVA, CEPHALON, K, L, M, N, O, P, Q, R, S, T, U, V, W, X, Y** and **Z** exaggerated the benefits of the medication and knew the drugs were being overprescribed, yet failed to warn doctors (including **COUCH** and **TARABEIN**) and others (including **PLAINTIFF**) of the extremely addictive nature of the narcotics and the need to strictly limit the dose.  In addition, **PLAINTIFF** avers that Defendants knowingly and/or recklessly supplied opioids to suspicious physicians (including **COUCH** and **TARABEIN**) and pharmacies (including **C&R**) to maximize profits.

157.   **PLAINTIFF** avers that Defendants **PURDUE PHARMA, PFIZER, ENDO, KVK-TECH, ZYDUS, NESHER, WATSON, MALLINCKRODT, WEST-WARD, ACTAVIS, ROXANE, PAR, RHODES, TEVA, CEPHALON, K, L, M, N, O, P, Q, R, S, T, U, V, W, X, Y** and **Z** lobbied politicians and doctors in an effort to artificially increase the use of opioids.

158.    The brand-name Manufacturing Defendants have a duty to warn of the risks which it knew or reasonably should have known, regardless of whether the consumer (including Plaintiff) is prescribed the brand-name drug or its competitors' generic bioequivalent.  The brand-name Manufacturing Defendants are liable for the generic versions of their opioids because they intentionally failed to update warning labels for their drugs despite knowing the risks.  Therefore, said Defendants are liable for fraud.

159.    The generic Manufacturing Defendants committed fraud by colluding/conspiring with the brand-name Manufacturing Defendants to cause the brand-name Manufacturing Defendants not to update their warning labels despite knowing the risks.  Therefore, the generic Manufacturing Defendants are liable for fraud along with the brand-name Manufacturing Defendants.

160.    **PLAINTIFF** avers that **TEVA** and **CEPHALON** committed fraud and misrepresentation by marketing and promoting Fentora/Fentanyl for off label uses.  In 2006, the FDA approved Fentora/Fentanyl for the management of pain in <u>**cancer**</u> patients who were already receiving, and who were tolerant to, opioid therapy for their underlying persistent cancer related pain.  Notwithstanding the fact that Fentora/Fentanyl was supposed to be used to treat cancer patients, it was marketed and promoted by **TEVA** and **CEPHALON** for other uses such as to treat chronic pain like **PLAINTIFF** experienced.  This was improper and was done to maximize the profits of **TEVA** and **CEPHALON**.

161.    **PLAINTIFF** avers that Defendants **COUCH** and **TARABEIN** routinely charged for procedures that were not done in order to maximize profits.  For example, during **TARABEIN's** treatment of Mr. Brockel, it appears that **TARABEIN** routinely charged him for epidural blocks even though he was only providing trigger point injections.  On information and

belief, **TARABEIN** did same to maximize profits which defrauded Mr. Brockel, BCBS of AL, and Medicare.

162. Moreover, **COUCH** and **TARABEIN** committed fraud/misrepresentation by doing the following: prescribing drugs to Mr. Brockel without medical necessity or justification to make a profit; conducting unnecessary procedures; submitting improper charges for goods, services and procedures not actually performed; submitting improper charges for goods, services and procedures not medically necessary; billing for physician office visits when Mr. Brockel was only seen by staff; re-using epidural needles and/or needles in radio frequency machines; and receiving illegal kickbacks and referral payments from pharmaceutical companies, distributors and/or other third parties.

163. **PLAINTIFF** avers that these actions were misrepresentations of material facts made willfully to deceive, or recklessly without knowledge, and were acted on by Mr. Brockel. Accordingly, Defendants are liable for fraud and misrepresentation pursuant to Alabama Code §6-5-100 and §6-5-101 (1975).

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO, KVK-TECH, ZYDUS, NESHER, WATSON, MALLINCKRODT, WEST-WARD, ACTAVIS, ROXANE, PAR, RHODES, TEVA, CEPHALON, K, L, M, N, O, P, Q, R, S, T, U, V, W, X, Y** and **Z** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## SIXTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Suppression & Concealment)

164. **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 163 as if fully set out herein including the "Background/Facts" sections. **PLAINTIFF**

is exclusively pleading causes of action under Alabama Law, and pleads no Federal Law causes of action.

165. **PLAINTIFF** avers that Defendants committed fraud by suppressing and/or concealing the harmful effects and addictiveness of the opioids that were manufactured, marketed, promoted, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel. **PLAINTIFF** also avers that Defendants misrepresented that the opioids were effective for long term treatment of chronic pain, and that they should be prescribed for long term use.

166. The generic Manufacturing Defendants are guilty of suppression/concealment by colluding/conspiring with the brand-name Manufacturing Defendants to cause the brand-name Manufacturing Defendants not to update their warning labels despite knowing the risks. Therefore, the generic Manufacturing Defendants are liable for suppression/concealment along with the brand-name Manufacturing Defendants.

167. **PLAINTIFF** avers that said suppression/concealment of material facts was in violation of Alabama Code §6-5-102 (1975), and tolled the applicable statutes of limitations regarding the Causes of Action alleged herein.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO, KVK-TECH, ZYDUS, NESHER, WATSON, MALLINCKRODT, WEST-WARD, ACTAVIS, ROXANE, PAR, RHODES, TEVA, CEPHALON, K, L, M, N, O, P, Q, R, S, T, U, V, W, X, Y** and **Z** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## SEVENTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Deceit)

168.     **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 167 as if fully set out herein including the "Background/Facts" section. **PLAINTIFF** is exclusively pleading causes of action under Alabama Law, and pleads no Federal Law causes of action.

169.     **PLAINTIFF** avers that Defendants deceived Mr. Brockel regarding the harmful effects and addictiveness of the opioids that were manufactured, marketed, promoted, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel. **PLAINTIFF** also avers that Defendants misrepresented that the opioids were effective for long term treatment of chronic pain, and that they should be prescribed for long term use.

170.     The brand-name Manufacturing Defendants have a duty to warn of the risks which it knew or reasonably should have known, regardless of whether the consumer (including Plaintiff) is prescribed the brand-name drug or its competitors' generic bioequivalent. The brand-name Manufacturing Defendants are liable for the generic versions of their opioids because they intentionally failed to update warning labels for their drugs despite knowing the risks. Therefore, said Defendants are liable for deceit.

171.     The generic Manufacturing Defendants deceptively colluded/conspired with the brand-name Manufacturing Defendants to cause the brand-name Manufacturing Defendants not to update their warning labels despite knowing the risks. Therefore, the generic Manufacturing Defendants are liable for deceit along with the brand-name Manufacturing Defendants.

172.     **PLAINTIFF** avers that these actions were willful misrepresentations of material facts made to induce Mr. Brockel to act, and which he did causing his injuries and death. Accordingly, Defendants are liable for deceit pursuant to Alabama Code §6-5-103 (1975).

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO, KVK-TECH, ZYDUS, NESHER, WATSON, MALLINCKRODT, WEST-WARD, ACTAVIS, ROXANE, PAR, RHODES, TEVA, CEPHALON, K, L, M, N, O, P, Q, R, S, T, U, V, W, X, Y** and **Z** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## EIGHTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Unjust Enrichment)

173. **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 172 as if fully set out herein including the "Background/Facts" section. **PLAINTIFF** is exclusively pleading causes of action under Alabama Law, and pleads no Federal Law causes of action.

174. **PLAINTIFF** avers that Defendants have been unjustly enriched as a result of their wrongful actions as outlined herein. Defendants should not be able to retain the profits made by their wrongful actions.

175. **PLAINTIFF** avers that Defendants have retained and continue to retain the benefits conferred upon them as a result of their unlawful conduct and to the detriment of **PLAINTIFF**. Defendants' retention of the benefits is unjust.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO, KVK-TECH, ZYDUS, NESHER, WATSON, MALLINCKRODT, WEST-WARD, ACTAVIS, ROXANE, PAR, RHODES, TEVA, CEPHALON, K, L, M, N, O, P, Q, R, S, T, U, V, W, X, Y** and **Z** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## NINTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Civil Conspiracy)

176.     **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 175 as if fully set out herein including the "Background/Facts" sections. **PLAINTIFF** is exclusively pleading causes of action under Alabama Law, and pleads no Federal Law causes of action.

177.     **PLAINTIFF** avers that Defendants conspired to suppress and/or conceal the harmful effects and addictiveness of the opioids that were manufactured, marketed, promoted, sold, distributed, and/or prescribed by Defendants and consumed by Mr. Brockel.

178.     The generic Manufacturing Defendants colluded/conspired with the brand-name Manufacturing Defendants to cause the brand-name Manufacturing Defendants not to update their warning labels despite knowing the risks. Therefore, the generic Manufacturing Defendants are liable along with the brand-name Manufacturing Defendants.

179.     **PLAINTIFF** avers that said suppression and concealment constitutes conspiracy.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO, KVK-TECH, ZYDUS, NESHER, WATSON, MALLINCKRODT, WEST-WARD, ACTAVIS, ROXANE, PAR, RHODES, TEVA, CEPHALON, K, L, M, N, O, P, Q, R, S, T, U, V, W, X, Y** and **Z** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## TENTH CAUSE OF ACTION (AGAINST ALL DEFENDANTS)
### (Recklessness and Gross Negligence)

180.     **PLAINTIFF** adopts by reference all allegations contained in paragraphs 1 through 179 as if fully set out herein including the "Background/Facts" sections. **PLAINTIFF**

is exclusively pleading causes of action under Alabama Law, and pleads no Federal Law causes of action.

181.    Defendants' aforesaid acts and omissions were done and omitted knowing that injury to **PLAINTIFF** would likely or probably result; were done or omitted with a reckless or conscious disregard of the rights of **PLAINTIFF**; were done or omitted without the exercise of even a slight degree of care; were done or omitted with conscious indifference to the consequences; and/or constituted a substantial deviation from the standard of care applicable.

182.    **PLAINTIFF** avers that the damages sustained by **PLAINTIFF** were the direct and proximate result of the recklessness and/or gross negligence of the Defendants as outlined herein.  In addition, **PLAINTIFF** avers that the Manufacturing Defendants knowingly and/or recklessly supplied opioids to suspicious physicians and pharmacies to maximize profits.

183.    The brand-name Manufacturing Defendants have a duty to warn of the risks which it knew or reasonably should have known, regardless of whether the consumer (including Plaintiff) is prescribed the brand-name drug or its competitors' generic bioequivalent.  The brand-name Manufacturing Defendants are liable for the generic versions of their opioids because they intentionally failed to update warning labels for their drugs despite knowing the risks.  Therefore, said Defendants are liable for recklessness and/or gross negligence.

184.    The generic Manufacturing Defendants colluded/conspired with the brand-name Manufacturing Defendants to cause the brand-name Manufacturing Defendants not to update their warning labels despite knowing the risks.  Therefore, the generic Manufacturing Defendants are liable for recklessness and/or gross negligence along with the brand-name Manufacturing Defendants.

185.  By reason of the foregoing, and as a direct and proximate result of Defendants' recklessness and/or gross negligence, **PLAINTIFF** has suffered damages.

WHEREFORE, **PLAINTIFF** demands judgment against Defendants **COUCH, TARABEIN, PPSA, C&R, ESNC, PURDUE PHARMA, PFIZER, ENDO, KVK-TECH, ZYDUS, NESHER, WATSON, MALLINCKRODT, WEST-WARD, ACTAVIS, ROXANE, PAR, RHODES, TEVA, CEPHALON, K, L, M, N, O, P, Q, R, S, T, U, V, W, X, Y** and **Z** for compensatory and punitive damages in an amount in excess of the minimum jurisdictional limit of this Court, as well as such other and further relief as the Court may deem just and proper.

## PLAINTIFF RESPECTFULLY DEMANDS TRIAL BY JURY

Respectfully submitted,

**DAVID A. BUSBY** (BUS021)
**JONATHON R. LAW** (LAW039)
DANIELL, UPTON & PERRY, P.C.
30421 HIGHWAY 181
DAPHNE, AL 36527
jrl@dupm.com (E-mail)
dab@dupm.com (E-mail)
(251) 625-0046 (Voice)
(251) 625-0464 (Fax)
Attorneys for the ESTATE OF BRUCE BROCKEL,
deceased, by and through DONNA BROCKEL, as
Personal Representative
**C. BENNETT, LONG**
LONG & LONG
301 ST. LOUIS STREET
MOBILE, AL 36602
bennett@longandlong.com
(251) 432-2277 (Voice)

# CERTIFICATE OF SERVICE

I hereby certify that I have on Aril 5, 2018, electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will automatically serve the same via electronic mail and/or by placing same in the United States mail, first class postage prepaid, and properly addressed to the following:

**Counsel for Defendant Purdue Pharma L.P.**
Michael E. Upchurch, Esquire
Blair Graffeo Mattei, Esquire
Frazer, Green, Upchurch & Baker, LLC
P.O. Box 1686
Mobile, AL 36633
334-431-6020
meu@frazergreene.com
bgm@frazergreene.com

Hayden A. Coleman, Esquire
Mark S. Cheffo, Esquire
Quinn, Emanuel, Urquhart & Sullivan, LLP
51 Madison Avenue
New York, NY 10010
212-849-7000
haydencoleman@quinnemanuel.com
markcheffo@quinnemanuel.com

Patrick J. Fitzgerald, Esquire
R. Ryan Stoll, Esquire.
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, IL 60606
312 407-0700
patrick.fitzgerald@skadden.com
ryan.stoll@skadden.com

**Counsel for Defendants Endo Pharmaceuticals Inc. & Par Pharmaceutical, Inc.**
Lee E. Bains, Jr., Esquire
Maynard, Cooper and Gale, PC
1901 6th Avenue N., Ste. 2400
Birmingham, AL 35203
205-254-1000
lbains@mcglaw.com

Ingo W. Sprie, Jr., Esquire
Arnold & Porter, Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
212-836-8000
Ingo.sprie@apks.com

Sean Morris, Esquire
Arnold & Porter Kaye Scholer LLP
777 S. Figueroa Street
44th Floor
Los Angeles, CA 90017
213-243-4000
Sean.morris@apks.com

F. Grey Redditt, Jr., Esquire
Maynard, Cooper and Gale, P.C.
RSA Battle House Tower
11 N. Water Street, Suite 24290
Mobile, AL 36602
251-405-8647
gredditt@maynardcooper.com

**Counsel for Defendant Pfizer, Inc.**
Fred M. Haston, III, Esquire
Angelique A. Ciliberti, Esquire
Bradley, Arant, Boult, Cummings, LLP
One Federal Place
1819 Fifth Ave. N.
Birmingham, AL 35203
205-521-8000
thaston@babc.com
aciliberti@bradley.com

Loren H. Brown, Esquire
DLA Piper
1251 Avenue of the Americas
New York, NY 10020-1104
212-335-4846
Loren.brown@dlapiper.com

**Counsel for Defendants Zydus Pharmaceuticals (USA) Inc. & Nesher Pharmaceuticals (USA) LLC**
Arthur J. Liederman, Esquire
Morris, Mahoney LLP
120 Broadway
New York, NY 10271
212-428-2480
aliederman@morrismahoney.com

Clifford C. Brady, Esquire
Brady, Radcliff & Brown, LLP
P.O. Box 1668
Mobile, AL 36633
251-405-0077
251-405-0076 Fax
cbrady@brblawyers.com

**Counsel for Defendant KVK-Tech, Inc.**
Thomas E. Rice, Esquire
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2533
816-471-2121
rice@bscr-law.com

Frederick G. Helmsing, Jr., Esquire
T. Hart Benton, III, Esquire
Archibald T. Reeves, IV, Esquire
McDowell, Knight, Roedder & Sledge, LLC
P.O. Box 350
Mobile, AL 36601
251-432-5300
fhelmsing@mcdowellknight.com
tbenton@mcdowellknight.com
areeves@mcdowellknight.com

**Counsel Defendants for Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Actavis Pharma, Inc. & Watson Laboratories, Inc.**
Terry M. Henry, Esquire.
BlankRome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
215-569-5644
THenry@BlankRome.com

**Counsel for Defendant Rhodes Pharmaceuticals L.P.**
Steven F. Napolitano, Esquire
Skarzynski Black LLC
One Battery Park Plaza, 32nd Floor
New York, NY 10004
212-820-7746
snapolitano@skarzynski.com

**Counsel for Defendant West-Ward Pharmaceuticals Corp.**
Thomas E. Walker, Esquire
H. Eli Lightner, II, Esquire
White Arnold & Dowd P.C.
2025 Third Avenue North, Suite 500
Birmingham, AL 35203
205-323-1888
twalker@whitearnolddowd.com
elightner@whitearnolddowd.com

**Defendant Roxane Laboratories, Inc.**
Roxane Laboratories, Inc.
1809 Wilson Rd.
Columbus, OH 43216-6532

**Defendant Mallinckrodt Pharmaceuticals, Inc.**
Mallinckrodt Pharmaceuticals, Inc.
675 McDonnell Blvd.
Hazelwood, MO 63042

**Defendant Eastern Shore Neurology Clinic, Inc.**
Eastern Shore Neurology Clinic, Inc.
c/o Rassan M. Tarabein
22341 Main Street
Fairhope, AL 36532

**Defendant John Patrick Couch**
John Patrick Couch
Register No. #14290-003
c/o FCI Forrest City Low
1400 Dale Bumpers Road
Forrest City, AR 72335

**Defendant Physicians Pain Specialists of Alabama, P.C.**
c/o John Patrick Couch
Register No. #14290-003
c/o FCI Forrest City Low
1400 Dale Bumpers Road
Forrest City, AR 72335

**Defendant C & R Pharmacy, LLC**
C & R Pharmacy, LLC
c/o John Patrick Couch
Register No. #14290-003
c/o FCI Forrest City Low
1400 Dale Bumpers Road
Forrest City, AR 72335

**Defendant Rassan M. Tarabein**
Rassan M. Tarabein
22341 Main Street
Fairhope, AL 36532

DAVID A. BUSBY

# EXHIBIT 1

THE STATE OF ALABAMA          COURT OF PROBATE

COUNTY OF MOBILE          CASE NO. 2017-1954

RE: BRUCE RUSSELL BROCKEL, DECEASED

## LETTERS OF ADMINISTRATION

Letters of Administration of the Estate of BRUCE RUSSELL BROCKEL, are hereby granted to DONNA J BROCKEL, who has duly qualified and given bond as such Personal Representative and is authorized to administer such estate with authority to take actions as set forth in §43-2-830, et seq. (1975). The powers and duties of said Personal Representative specifically include, but are not limited to, gathering and retaining estate assets, preparing an inventory of estate assets, paying taxes, uncontested claims, fees, and expenses, including court costs, incident to the administration of the estate. The authority of the Personal Representative is restricted as follows:

---

*Restrictions:*

**(1) With the exception of wrongful death matters, the Personal Representative shall not distribute any monies or estate assets to heirs, legatees, and/or beneficiaries resulting from litigation or settlement of litigation without prior Court approval.**
**(2) Personal Representative must immediately report to the Court the receipt of any monies or assets which were not reported in the initial inventory and/or are received while these Letters are in effect.**

---

Ordered this 19th day of October, 2017.

_____
DON DAVIS, Judge of Probate

**CERTIFIED COPY**
**DON DAVIS, JUDGE OF PROBATE**
**MOBILE COUNTY, ALABAMA**

By: _____
C. MARK ERWIN, Chief Clerk

# EXHIBIT 2

# DOCUMENT 124

PHARMACY NAME
ADDRESS: 3100 DAUPHIN ISLAND PKWY
CITY, ST, ZIP: MOBILE AL 36605

PATIENT KEY: 480051374
PATIENT NAME: BROCKEL, BRUCE DECEAS
ADDRESS: 4013 MARYDALE DR
CITY, ST, ZIP: MOBILE AL 36605

**CVS PHARMACY**
**PATIENT PRESCRIPTION RECORD**
**BETWEEN 01/01/2007 AND 10/05/2017**
**PHARMACY# 4963**

TELEPHONE 251-727-8511

| RX NUMBER | REL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | QUANT DISP | PATIENT PD AMT | PAYER # | TP AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|
| 789933 | 0 | 00093044301 | GABAPENTIN 600 MG TABLET TEV | JANUSH, RACHE B | 03/23/2010 | 75 | 6.00 | 23635 | 10082500282700359998 |
| 789933 | 2 | 00093044301 | GABAPENTIN 600 MG TABLET TEV | JANUSH, RACHE B | 04/22/2010 | 75 | 6.00 | 23635 | 10112442420050999 |
| 789933 | 1 | 00093044301 | GABAPENTIN 600 MG TABLET TEV | JANUSH, RACHE B | 06/21/2010 | | 155.99 | 1 | *NO AUTH NO |
| 789934 | 3 | 00378115001 | BUSPIRONE HCL 10 MG TABLET MYL | JANUSH, RACHE B | 03/23/2010 | 120 | 6.00 | 23635 | 10082501043000998 |
| 789934 | 1 | 00378115001 | BUSPIRONE HCL 10 MG TABLET MYL | JANUSH, RACHE B | 04/22/2010 | 120 | 6.00 | 23635 | 10112442401901999 |
| 789935 | 0 | 00054457125 | METHADONE HCL 10 MG TABLET ROX | JANUSH, RACHE B | 03/23/2010 | 240 | 12.00 | 23635 | 10082501694700598 |
| 783936 | 0 | 00591093201 | OXYCODONE-APAP 10-325 MG TAWAT | JANUSH, RACHE B | 03/23/2010 | 45 | 6.00 | 23635 | 10082502080540999 |
| 783946 | 2 | 59762491005 | SERTRALINE HCL 100 MG TABLEGRE | JANUSH, RACHE B | 03/25/2010 | 6.00 | 3.00 | 23635 | 10082524010910999 |
| 783946 | 1 | 59762491005 | SERTRALINE HCL 100 MG TABLEGRE | JANUSH, RACHE B | 04/22/2010 | 60 | 3.00 | 23635 | 10112442027000996 |
| 783265 | 0 | 00093007401 | SERTRALINE HCL 100 MG TABLEGRE | JANUSH, RACHE B | 04/19/2010 | 60 | 4.84 | 23635 | 10109427137005999 |
| 788405 | 0 | 00591093201 | OXYCODONE-APAP 10-325 MG TABTEV | JANUSH, RACHE B | 04/22/2010 | 45 | 6.00 | 23635 | 10112442360200999 |
| 788960 | 0 | 00093007401 | ZOLPIDEM TARTRATE 10 MG TABTEV | JANUSH, RACHE B | 05/05/2010 | 30 | 4.84 | 23635 | 10125427137005999 |
| 792081 | 0 | 00378115001 | BUSPIRONE HCL 10 MG TABLET ROX | JANUSH, RACHE B | 04/19/2010 | 240 | 12.00 | 23635 | 10112445362800296 |
| 792081 | 1 | 00378115001 | BUSPIRONE HCL 10 MG TABLET MYL | JANUSH, RACHE B | 05/11/2010 | 180 | 6.00 | 23635 | 10131510501200999 |
| 792081 | 2 | 00378115001 | BUSPIRONE HCL 10 MG TABLET MYL | JANUSH, RACHE B | 06/25/2010 | 180 | 6.00 | 23635 | 10178325063003999 |
| 792081 | 3 | 00378115001 | BUSPIRONE HCL 10 MG TABLET | JANUSH, RACHE B | 08/29/2010 | 180 | 6.00 | 23635 | 10241409569600499 |
| 792081 | 4 | 00378115001 | BUSPIRONE HCL 10 MG TABLET | JANUSH, RACHE B | 08/29/2010 | 180 | 6.00 | 23635 | 10241468202800595 |
| 792082 | 5 | 00378115001 | BUSPIRONE HCL 10 MG TABLET | JANUSH, RACHE B | 11/27/2010 | 180 | 6.00 | 23635 | 10327100971600260999 |
| 792082 | 1 | 00378115001 | GABAPENTIN 600 MG TABLET TEV | JANUSH, RACHE B | 11/21/2010 | 60 | 6.00 | 23635 | 10315115997602999 |
| 792083 | 0 | 00093044301 | AMBIEN CR 12.5 MG TABLET SAN | JANUSH, RACHE B | 05/11/2010 | 60 | 60.00 | 23635 | 10131511889500195 |
| 792499 | 0 | 00024552131 | GABAPENTIN 600 MG TABLET ROX | JANUSH, RACHE B | 05/13/2010 | 90 | 6.00 | 23635 | 10131513730000599 |
| 795876 | 0 | 00093007401 | METHADONE HCL 10 MG TABLET ROX | JANUSH, RACHE B | 06/03/2010 | 350 | 67.59 | 1 | *NO AUTH NO |
| 800621 | 1 | 00093007401 | ZOLPIDEM TARTRATE 10 MG TABLET | JANUSH, RACHE B | 07/01/2010 | 30 | 4.84 | 23635 | 10154520005002999 |
| 800621 | 2 | 00093007401 | ZOLPIDEM TARTRATE 10 MG TABLET | JANUSH, RACHE B | 07/01/2010 | 30 | 4.84 | 23635 | 10182600505010999 |
| 800621 | 0 | 00093007401 | ZOLPIDEM TARTRATE 10 MG TABLET | JANUSH, RACHE B | 08/02/2010 | 30 | 4.84 | 23635 | 10214662025000999 |
| 800623 | 4 | 59762491005 | SERTRALINE HCL 100 MG TABLET | JANUSH, RACHE B | 09/01/2010 | 30 | 3.00 | 23635 | 10244542795900899 |
| 800623 | 3 | 59762491005 | SERTRALINE HCL 100 MG TABLET | JANUSH, RACHE B | 07/31/2010 | 60 | 3.00 | 23635 | 10212739496600999 |
| 800623 | 2 | 59762491005 | SERTRALINE HCL 100 MG TABLET | JANUSH, RACHE B | 08/29/2010 | 60 | 3.00 | 23635 | 10182605694500899 |
| 800623 | 1 | 59762491005 | SERTRALINE HCL 100 MG TABLET | JANUSH, RACHE B | 10/01/2010 | 60 | 3.00 | 23635 | 10241396398000999 |
| 800623 | 0 | 59762491005 | SERTRALINE HCL 100 MG TABLET | JANUSH, RACHE B | 11/02/2010 | 60 | 3.00 | 23635 | 10274457832007999 |
| 800623 | 0 | 00093510905 | SERTRALINE HCL 100 MG TABLET | JANUSH, RACHE B | 12/02/2010 | 60 | 3.00 | 23635 | 10306376715400799 |
| 801446 | 0 | 00093510905 | AMOXICILLIN 500 MG CAPSULE | DEVANEY, JAMES O | 07/07/2010 | 21 | 5.36 | 23635 | 10335427280020999 |
| 801447 | 0 | 00603889728 | HYDROCODONE-APAP 10-325 TABLET | DEVANEY, JAMES O | 07/07/2010 | 60 | 3.00 | 23635 | 10186672157000399 |
| 803302 | 0 | 00093510905 | AMOXICILLIN 500 MG CAPSULE | DICKERSON, MARY | 07/07/2010 | 21 | 5.36 | 23635 | 10204082956300699 |
| 808904 | 2 | 00093044301 | GABAPENTIN 600 MG TABLET | JANUSH, RACHE B | 08/20/2010 | 90 | 6.00 | 23635 | 10228674781300999 |
| 808904 | 1 | 00093044301 | GABAPENTIN 600 MG TABLET | JANUSH, RACHE B | 07/19/2010 | 90 | 6.00 | 23635 | 10255097758200899 |
| 808904 | 4 | 00093044301 | GABAPENTIN 600 MG TABLET | JANUSH, RACHE B | 09/16/2010 | 90 | 6.00 | 23635 | 10259977458200999 |
| 808904 | 3 | 00093044301 | GABAPENTIN 600 MG TABLET | JANUSH, RACHE B | 10/13/2010 | 90 | 6.00 | 23635 | 10286450820001999 |
| 808904 | 5 | 00093044301 | GABAPENTIN 600 MG TABLET | JANUSH, RACHE B | 11/18/2010 | 90 | 6.00 | 23635 | 10324092740005999 |
| 810024 | 0 | 59310057920 | PROAIR HFA 90 MCG INHALER | INFIRMARY WEST | 09/28/2010 | 9 | 35.00 | 23635 | 10240559005800499 |

PHARMACY NAME
ADDRESS: 3190 DAUPHIN ISLAND PKWY
CITY, ST, ZIP: MOBILE AL 36605

PATIENT KEY: 4903513741
PATIENT NAME: BROCKEL BRUCE DECEAS
ADDRESS: 4013 MARYDALE DR
CITY, ST, ZIP: MOBILE AL 36605

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 07/01/2007 AND 10/05/2017
PHARMACY #4963

TELEPHONE 251-727-3631

| RX NUMBER | REL NUMBER | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | QUANT DISP | PATIENT PD AMT | PAYER # | TP AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|
| 810026 | 0 | 59746000103 | METHYLPREDNISOLONE 4 MG | INFIRMARY, WEST | 08/28/2010 | 21 | 5.11 | 29635 | 102403567848001999 |
| 810027 | 0 | 00143211205 | DOXYCYCLINE HYCLATE 100 MG TAB | TYON, WAYNE G | 08/28/2010 | 30 | 3.76 | 29635 | 102403567630019999 |
| 813234 | 0 | 00378421001 | TEMAZEPAM 15 MG CAPSULE | JANUSH, RACHE B | 09/16/2010 | 30 | 11.99 | 1 | |
| 813234 | 1 | 00378421001 | TEMAZEPAM 15 MG CAPSULE | JANUSH, RACHE B | 10/21/2010 | 30 | 11.99 | 1 | |
| 814356 | 0 | 00591093201 | OXYCODONE APAP 10-325 MG TAB | JANUSH, RACHE B | 09/23/2010 | 300 | 6.00 | 29635 | 102404537468001999 |
| 814362 | 0 | 00054571725 | METHADONE HCL 10 MG TABLET | MITCHELL, BARBA | 10/01/2010 | 18 | 6.00 | 29635 | 102744652010159999 |
| 815787 | 1 | 00173068220 | VENTOLIN HFA 90 MCG INHALER | MITCHELL, BARBA | 04/12/2011 | 18 | 33.61 | 29635 | 102744652060100599 |
| 815787 | 1 | 00173068220 | VENTOLIN HFA 90 MCG INHALER | MITCHELL, BARBA | 05/10/2011 | 18 | 36.31 | 29635 | 111026706139019999 |
| 815789 | 2 | 00054239099 | VENTOLIN HFA 90 MCG INHALER | MITCHELL, BARBA | 12/28/2010 | 16 | 36.31 | 23635 | 111304356084029999 |
| 815789 | 3 | 00054239099 | FLUTICASONE PROP 50 MCG SPRAY | MITCHELL, BARBA | 10/01/2010 | 16 | 6.00 | 23635 | 103562559512001099 |
| 815789 | 3 | 00054239099 | FLUTICASONE PROP 50 MCG SPRAY | MITCHELL, BARBA | 01/01/2010 | 16 | 7.00 | 23635 | 103625595123010999 |
| 815790 | 2 | 66993010902 | FLUTICASONE PROP 50 MCG SPRAY | MITCHELL, BARBA | 04/12/2011 | 16 | 7.00 | 23635 | 111026706134000999 |
| 815790 | 3 | 66993010902 | FLUTICASONE PROP 50 MCG SPRAY | MITCHELL, BARBA | 10/01/2010 | 16 | 6.00 | 23635 | 112014373180020999 |
| 815790 | 3 | 66993010902 | FEXOFENADINE HCL 180 MG TABLET | MITCHELL, BARBA | 11/02/2010 | 30 | 6.00 | 23635 | 102744652847030999 |
| 815791 | 2 | 68180030060 | FEXOFENADINE HCL 180 MG TABLET | MITCHELL, BARBA | 12/28/2010 | 30 | 6.00 | 23635 | 103026359134000999 |
| 815791 | 3 | 16714019401 | FEXOFENADINE HCL 180 MG TABLET | MITCHELL, BARBA | 11/23/2010 | 30 | 6.00 | 23635 | 102744658670501099 |
| 816114 | 1 | 00093007401 | CEFUROXIME AXETIL 500 MG TAB | MITCHELL, BARBA | 12/04/2010 | 14 | 6.00 | 23635 | 102774410901010999 |
| 816114 | 2 | 00093007401 | ZOLPIDEM TARTRATE 10 MG TABLET | JANUSH, RACHE B | 11/02/2010 | 30 | 4.84 | 23635 | 103063730134009999 |
| 826630 | 0 | 00093007401 | ZOLPIDEM TARTRATE 10 MG TABLET | JANUSH, RACHE B | 12/02/2010 | 30 | 4.84 | 23635 | 103063426986000999 |
| 827405 | 2 | 00591093201 | ALBUTEROL 0.083% INHAL SOLN | JANUSH, RACHE B | 01/14/2011 | 75 | 16.09 | 27165 | 334754281 |
| 827406 | 1 | 00406052031 | OXYCODONE-ACETAMINOPHEN | JANUSH, RACHE B | 11/11/2010 | 100 | 10.68 | 27165 | 334754281 |
| 827407 | 1 | 00378699052 | OXYCODONE-ACETAMINOPHEN | JANUSH, RACHE B | 12/13/2010 | 28 | 6.00 | 23635 | 103446306870089999 |
| 827407 | 2 | 00378405505 | ALBUTEROL 0.083% INHAL SOLN | MITCHELL, BARBA | 12/10/2010 | 75 | 10.68 | 22415 | 000075445283201 |
| 828960 | 0 | 00378405505 | ALPRAZOLAM 1 MG TABLET | MITCHELL, BARBA | 02/16/2011 | 60 | 10.68 | 23302 | 3302948566 |
| 829159 | 1 | 00591374001 | ALPRAZOLAM 1 MG TABLET | MITCHELL, BARBA | 12/15/2010 | 60 | 10.68 | 27165 | 3327235193 |
| 829160 | 2 | 00054457125 | HYDROCODONE-ACETAMINOPHN | MITCHELL, BARBA | 12/21/2010 | 90 | 12.00 | 27165 | 334754281 |
| 833982 | 0 | 00591374001 | MORPHINE SULF ER 15 MG TABLET | JANUSH, RACHE B | 12/21/2010 | 28 | 6.00 | 23635 | 103556090620071999 |
| 845083 | 0 | 00054457125 | METHADONE HCL 10 MG TABLET | JANUSH, RACHE B | 01/21/2011 | 60 | 10.68 | 23635 | 103556895109001999 |
| 845083 | 0 | 00093007401 | GABAPENTIN 800 MG TABLET | JANUSH, RACHE B | 04/28/2010 | 240 | 12.00 | 23635 | 103556098522860569999 |
| 845084 | 0 | 00591374001 | ZOLPIDEM TARTRATE 10 MG TABLET | COUCH, JOHN P | 03/28/2011 | 90 | 4.86 | 23635 | 111837625480071999 |
| 845056 | 0 | 00054023825 | ZOLPIDEM TARTRATE 10 MG TABLET | COUCH, JOHN P | 04/28/2011 | 90 | 4.86 | 23635 | 111837625535701099 |
| 845056 | 0 | 00603258220 | MORPHINE SULF ER 30 MG TAB | COUCH, JOHN P | 03/28/2011 | 90 | 7.00 | 23635 | 110874367642014999 |
| 849057 | 0 | 00603258822 | MORPHINE SULF ER 30 MG TAB | COUCH, JOHN P | 04/21/2011 | 30 | 13.59 | 22415 | 000877182784301 |
| 849061 | 0 | 00054023825 | CARISOPRODOL 350 MG TABLET | COUCH, JOHN P | 04/21/2011 | 15 | 4.08 | 23635 | 111114804782010999 |
| | | 00054023825 | HYDROCODONE-ACETAMINOPHN | COUCH, JOHN P | 04/27/2011 | 90 | 7.00 | 23635 | 111173947766017999 |
| | | | MORPHINE SULFATE IR 30 MG TAB | COUCH, JOHN P | | | | | |

# DOCUMENT 124

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 07/01/2007 AND 10/05/2017
PHARMACY # 4903

PHARMACY NAME
ADDRESS    3100 DAUPHIN ISLAND PKWY
CITY, ST, ZIP    MOBILE AL 36605

PATIENT KEY    4903513741
PATIENT NAME    BROCKEL, BRUCE DECEAS
ADDRESS    4013 MARYDALE DR
CITY, ST, ZIP    MOBILE AL 36605

TELEPHONE    251-727-8611

| RX NUMBER | REL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | QUANT DISP | PATIENT PD AMT | PAYER TP | AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|
| 849882 | 0 | 60951065370 | MORPHINE SULF ER 30 MG TABLET | COUCH, JOHN P | 04/27/2011 | 120 | 7.00 | 29635 | 11117289141007996 |
| 851976 | 0 | 00378699052 | ALBUTEROL 0.083% INHAL SOLN | MITCHELL, BARBA | 05/10/2011 | 75 | 16.09 | 27165 | 339628281919 |
| 851976 | 1 | 00378699052 | ALBUTEROL 0.083% INHAL SOLN | MITCHELL, BARBA | 11/03/2011 | 75 | 16.09 | 27165 | 3507052047 |
| 852670 | 0 | 59762356001 | AZITHROMYCIN 250 MG TABLET | RAO, SUDEE N | 05/13/2011 | 6 | 7.00 | 29635 | 11313573311901-3997 |
| 852671 | 0 | 55111015810 | OMEPRAZOLE DR 20 MG CAPSULE | RAO, SUDEE N | 05/13/2011 | 30 | 7.00 | 29635 | 11313577356060023996 |
| 854381 | 0 | 59011042010 | OXYCONTIN 20 MG TABLET | COUCH, JOHN P | 05/25/2011 | 45 | 72.38 | 29635 | 11145435505020723996 |
| 854403 | 0 | 00093544401 | GABAPENTIN 800 MG TABLET | JANUSH, RACHE B | 05/25/2011 | 90 | 7.00 | 29635 | 111454756066602999 |
| 861060 | 0 | 13668001005 | CITALOPRAM HBR 20 MG TABLET | COUCH, JOHN P | 07/08/2011 | 30 | 6.27 | 29635 | 111454756066602999 |
| 861060 | 1 | 13668001005 | CITALOPRAM HBR 20 MG TABLET | COUCH, JOHN P | 07/08/2011 | 30 | 6.27 | 29635 | 11189528148100899 |
| 861091 | 0 | 50111034301 | TRAZODONE 100 MG TABLET | SAITZ, MARIA | 07/08/2011 | 30 | 3.60 | 29635 | 11189528148100899 |
| 861091 | 1 | 50111034301 | TRAZODONE 100 MG TABLET | SAITZ, MARIA | 09/05/2011 | 30 | 3.60 | 29635 | 11217735606840104999 |
| 865702 | 0 | 13668000805 | ZOLPIDEM TARTRATE 10 MG TABLET | COUCH, JOHN P | 07/20/2011 | 30 | 4.86 | 29635 | 11200477245401199 |
| 865703 | 0 | 13668000805 | ZOLPIDEM TARTRATE 10 MG TABLET | COUCH, JOHN P | 08/18/2011 | 30 | 4.86 | 29635 | 112008772454011999 |
| 865703 | 1 | 00406853001 | MORPHINE SULF ER 30 MG TABLET | COUCH, JOHN P | 09/18/2011 | 120 | 4.86 | 29635 | 11261486606270072999 |
| 865704 | 0 | 00054265625 | MORPHINE SULFATE IR 30 MG TAB | COUCH, JOHN P | 08/08/2011 | 30 | 7.00 | 29635 | 112388196303026998 |
| 868540 | 0 | 00093544401 | GABAPENTIN 800 MG TABLET | COUCH, JOHN P | 08/26/2011 | 90 | 7.00 | 29635 | 11238519630302699 |
| 868540 | 1 | 68462012705 | GABAPENTIN 800 MG TABLET | COUCH, JOHN P | 10/27/2011 | 90 | 7.00 | 29635 | 11300234055691699 |
| 868540 | 2 | 68462012705 | GABAPENTIN 800 MG TABLET | COUCH, JOHN P | 12/21/2011 | 90 | 2.60 | 29635 | 11355483193200699 |
| 868540 | 3 | 68462012705 | GABAPENTIN 800 MG TABLET | COUCH, JOHN P | 01/20/2012 | 90 | 2.60 | 29635 | 12031731164812999 |
| 868540 | 4 | 68462012705 | GABAPENTIN 800 MG TABLET | COUCH, JOHN P | 04/17/2012 | 90 | 2.60 | 29635 | 12108030243910629999 |
| 874572 | 0 | 00591035960 | DICLOFENAC SOD EC 75 MG TAB | COUCH, JOHN P | 10/04/2011 | 60 | 7.00 | 29635 | 11277356113906999 |
| 874572 | 1 | 00591035960 | DICLOFENAC SOD EC 75 MG TAB | COUCH, JOHN P | 10/27/2011 | 60 | 7.00 | 29635 | 11300331148600999 |
| 887469 | 0 | 00054383801 | MORPHINE SULF ER 60 MG TABLET | COUCH, JOHN P | 12/21/2011 | 60 | 7.00 | 29635 | 11355475190010997 |
| 887460 | 0 | 00054265625 | MORPHINE SULFATE IR 30 MG TAB | COUCH, JOHN P | 12/21/2011 | 30 | 7.00 | 29635 | 113554776601027999 |
| 887461 | 0 | 13668000805 | ZOLPIDEM TARTRATE 10 MG TABLET | COUCH, JOHN P | 12/21/2011 | 30 | 4.86 | 29635 | 11355477156000997 |
| 894354 | 0 | 00172606220 | VENTOLIN HFA 90 MCG INHALER | RUSSELL, JOY | 01/31/2012 | 18 | 6.50 | 29065 | 12031708781012199 |
| 894356 | 0 | 00054270991 | FLUTICASONE PROP 50 MCG SPRAY | RUSSELL, JOY | 01/31/2012 | 16 | 6.50 | 29065 | 3607521273 |
| 903512 | 0 | 00378699052 | ALBUTEROL 0.083% INHAL SOLN | RUSSELL, JOY | 03/20/2012 | 75 | 2.60 | 29065 | 1208064894261229999 |
| 903512 | 1 | 59310057920 | PROAIR HFA 90 MCG INHALER | PERCY, ROBER E | 05/09/2012 | 9 | 6.50 | 29065 | 12130565669029999 |
| 903512 | 2 | 59310057920 | PROAIR HFA 90 MCG INHALER | PERCY, ROBER E | 07/08/2012 | 9 | 6.50 | 29065 | 12190485140288999 |
| 903512 | 3 | 59310057920 | PROAIR HFA 90 MCG INHALER | PERCY, ROBER E | 10/08/2012 | 9 | 6.50 | 29065 | 12282715470141269999 |
| 903512 | 4 | 59310057920 | PROAIR HFA 90 MCG INHALER | PERCY, ROBER E | 12/15/2012 | 9 | 6.69 | 29065 | 12350312744707299 |
| 903512 | 5 | 59310057920 | PROAIR HFA 90 MCG INHALER | PERCY, ROBER E | 10/07/2013 | 9 | 0.88 | 29065 | 13007145515370709 |
| 912430 | 0 | 13668000805 | ZOLPIDEM TARTRATE 10 MG TABLET | COUCH, JOHN P | 05/09/2012 | 30 | 6.69 | 29065 | 12130951860709999 |
| 916280 | 0 | 42858080805 | MORPHINE SULF ER 60 MG TAB | COUCH, JOHN P | 05/30/2012 | 60 | 2.60 | 29065 | 12151543450105299 |
| 929128 | 0 | 00054023625 | MORPHINE SULFATE IR 30 MG TAB | COUCH, JOHN P | 08/20/2012 | 90 | 2.60 | 29065 | 12233489586510699 |
| 933195 | 0 | 42858080301 | MORPHINE SULF ER 60 MG TABLET | COUCH, JOHN P | 09/17/2012 | 90 | 2.60 | 29065 | 12261025609111355999 |
| 933196 | 0 | 65862052405 | GABAPENTIN 800 MG TABLET | COUCH, JOHN P | 09/17/2012 | 90 | 2.60 | 29065 | 12261326490260849999 |

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 07/01/2007 AND 10/05/2017
PHARMACY# 4563

PAGE 4 of 10
RUN DATE 11/03/2017 TIME 09:01:48
Request NBR 3639613

PHARMACY NAME:  3100 DAUPHIN ISLAND PKWY
ADDRESS:  MOBILE AL 36605
CITY ST ZIP:

PATIENT KEY  49035137 41
PATIENT NAME:  BROCKEL BRUCE DECEAS
ADDRESS:  4013 MARYDALE DR
CITY ST ZIP:  MOBILE AL 36605

TELEPHONE  251-727-6511

| RX NUMBER | REL NUMBER | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | QUANT DISP. | PATIENT PD AMT | PAYER TP AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|
| 933196 | 1 | 65862052405 | GABAPENTIN 800 MG TABLET | COUCH, JOHN P | 10/19/2012 | 90 | 2.60 | 23065 | 1229334157117115999 |
| 933196 | 3 | 65862052405 | GABAPENTIN 800 MG TABLET | COUCH, JOHN P | 12/10/2012 | 90 | 2.60 | 23065 | 1234543956608093999 |
| 933196 | 3 | 65862052405 | GABAPENTIN 800 MG TABLET | COUCH, JOHN P | 02/01/2013 | 90 | 2.65 | 23065 | 1303257454632073999 |
| 933196 | 4 | 65862052405 | GABAPENTIN 800 MG TABLET | COUCH, JOHN P | 03/02/2013 | 90 | 2.60 | 23065 | 1306149731703609999 |
| 927055 | 0 | 00591322379 | TESTOSTERONE CYP 200 MG/ML | COUCH, JOHN P | 09/17/2012 | 10 | 2.60 | 23065 | 1226132845910524999 |
| 928470 | 0 | 00781091201 | OXYCODONE-ACETAMINOPHEN | COUCH, JOHN P | 10/08/2012 | 30 | 2.60 | 23065 | 1282826065712199999 |
| 941679 | 0 | 00591093201 | AMOXICILLIN 500 MG CAPSULE | COUCH, JOHN P | 10/26/2012 | 30 | 2.60 | 23065 | 1295269106521419999 |
| 941881 | 0 | 00781261305 | OXYCODONE ACETAMINOPHEN | COUCH, JOHN P | 11/06/2012 | 40 | 2.60 | 23065 | 1211379736721999999 |
| 942739 | 0 | 00591093201 | AMOXICILLIN 500 MG CAPSULE | COUCH, JOHN P | 11/12/2012 | 90 | 2.60 | 23065 | 1311737820735084999 |
| 942738 | 0 | 42858068301 | MORPHINE SULF ER 60 MG TABLET | COUCH, JOHN P | 11/22/2012 | 90 | 2.60 | 23065 | 1317736612340092999 |
| 943082 | 0 | 00054327099 | FLUTICASONE PROP 50 MCG SPRAY | PERCY, ROBER E | 11/13/2012 | 16 | 2.65 | 23065 | 1318569082802099999 |
| 943082 | 2 | 00054327099 | FLUTICASONE PROP 50 MCG SPRAY | PERCY, ROBER E | 12/10/2012 | 16 | 2.65 | 23065 | 1234543957680089999 |
| 943082 | 3 | 00054327099 | FLUTICASONE PROP 50 MCG SPRAY | PERCY, ROBER E | 02/17/2013 | 16 | 2.65 | 23065 | 1304604570951142999 |
| 951870 | 0 | 00555170310 | ZOLPIDEM TART ER 12.5 MG TAB | COUCH, JOHN P | 01/07/2013 | 60 | 1.41 | 23065 | 1300759533109609999 |
| 951871 | 0 | 00555170310 | ZOLPIDEM TART ER 12.5 MG TAB | COUCH, JOHN P | 01/07/2013 | 30 | 1.41 | 23065 | 1300745474643069999 |
| 951883 | 0 | 00603258228 | CARISOPRODOL 350 MG TABLET | COUCH, JOHN P | 02/06/2013 | 60 | 2.65 | 23065 | 1305457845441459999 |
| 951884 | 0 | 42858080001 | MORPHINE SULF ER 60 MG TABLET | COUCH, JOHN P | 02/23/2013 | 90 | 2.65 | 23065 | 1300746323782999999 |
| 964243 | 0 | 00603258228 | CARISOPRODOL 350 MG TABLET | COUCH, JOHN P | 01/07/2013 | 60 | 2.66 | 23065 | 1300746071253039999 |
| 964243 | 1 | 00603258228 | CARISOPRODOL 350 MG TABLET | COUCH, PATRI | 03/04/2013 | 60 | 2.66 | 23065 | 1363561992110599999 |
| 964939 | 0 | 63402019310 | LUNESTA 3 MG TABLET | COUCH, PATRI | 03/07/2013 | 30 | 1.41 | 23065 | 1309444262441219999 |
| 964999 | 0 | 63402019310 | LUNESTA 3 MG TABLET | COUCH, PATRI | 04/06/2013 | 30 | 6.60 | 23065 | 1306663701713699999 |
| 964999 | 1 | 00093511298 | DILTIAZEM 24HR ER 120 MG CAP | PERCY, ROBER E | 03/07/2013 | 30 | 6.60 | 23065 | 1309654493620739999 |
| 970863 | 0 | 00093511298 | DILTIAZEM 24HR ER 120 MG CAP | PERCY, ROBER E | 04/12/2013 | 30 | 2.65 | 23065 | 1310227928750349999 |
| 972667 | 0 | 00054327099 | FLUTICASONE PROP 50 MCG SPRAY | PERCY, ROBER E | 04/04/2013 | 120 | 2.65 | 23065 | 1309464182371299999 |
| 972667 | 2 | 00054327099 | FLUTICASONE PROP 50 MCG SPRAY | PERCY, ROBER E | 07/16/2013 | 32 | 2.65 | 23065 | 1319749705099034999 |
| 972667 | 1 | 00054327099 | FLUTICASONE PROP 50 MCG SPRAY | PERCY, ROBER E | 06/06/2013 | 32 | 2.65 | 23065 | 1310258304131409999 |
| 972605 | 0 | 00093511298 | DILTIAZEM 24HR ER 120 MG CAP | PERCY, ROBER E | 07/16/2013 | 32 | 0.00 | 23065 | 1319803481763099098 |
| 979205 | 1 | 00093511298 | DILTIAZEM 24HR ER 120 MG CAP | PERCY, ROBER E | 05/16/2013 | 30 | 2.65 | 23065 | 1316754817781359999 |
| 979205 | 2 | 00093511298 | DILTIAZEM 24HR ER 120 MG CAP | PERCY, ROBER E | 06/06/2013 | 30 | 2.65 | 23065 | 1319651397741079999 |
| 979205 | 3 | 00093511298 | DILTIAZEM 24HR ER 120 MG CAP | PERCY, ROBER E | 07/16/2013 | 30 | 2.65 | 23065 | 1319749700204599999 |
| 979205 | 4 | 00093511298 | DILTIAZEM 24HR ER 120 MG CAP | PERCY, ROBER E | 08/15/2013 | 30 | 2.65 | 23065 | 1322758358270866999 |
| 979205 | 5 | 00093511298 | DILTIAZEM 24HR ER 120 MG CAP | PERCY, ROBER E | 09/17/2013 | 30 | 2.65 | 23065 | 1326034794601359999 |
| 979324 | 0 | 63402019310 | LUNESTA 3 MG CAP | COUCH, JOHN P | 10/17/2013 | 30 | 6.60 | 23065 | 1329041457150739999 |
| 979324 | 1 | 63402019310 | LUNESTA 3 MG TABLET | COUCH, JOHN P | 05/16/2013 | 30 | 6.60 | 23065 | 1316754379652701999 |

# DOCUMENT 124

**CVS PHARMACY**
**PATIENT PRESCRIPTION RECORD**
**BETWEEN 07/01/2007 AND 10/05/2017**
**PHARMACY # 4903**

PHARMACY NAME
ADDRESS    3100 DAUPHIN ISLAND PKWY
CITY, ST, ZIP    MOBILE AL 36605

PATIENT KEY    4903513741
PATIENT NAME    BROCKEL BRUCE DECEAS
ADDRESS    4013 MARYDALE E DR
CITY, ST, ZIP    MOBILE AL 36605

TELEPHONE    251-727-8511

| RX NUMBER | REL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | QUANT DISP | PATIENT PD AMT | PAYER # | TP AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|
| 980361 | 0 | 5931005792 2 | PROAIR HFA 90 MCG INHALER | PERCY, ROBER E | 05/22/2013 | 9 | 6.60 | 23065 | 1314249733590037999 |
| 980361 | 0 | 5931005792 2 | PROAIR HFA 90 MCG INHALER | PERCY, ROBER E | 07/08/2013 | 9 | 6.60 | 23065 | 1318000708010499 |
| 980361 | 2 | 5931005792 2 | PROAIR HFA 90 MCG INHALER | PERCY, ROBER E | 08/02/2013 | 9 | 6.60 | 23065 | 1321400881021319 |
| 980361 | 3 | 5931005792 2 | PROAIR HFA 90 MCG INHALER | PERCY, ROBER E | 11/16/2013 | 9 | 0.00 | 23065 | 1332044584407041998 |
| 980361 | 3 | 5931005792 2 | PROAIR HFA 90 MCG INHALER | PERCY, ROBER E | 07/16/2013 | 0 | 0.00 | 23065 | 1334672577299129598 |
| 980361 | 4 | 5931005792 2 | PROAIR HFA 90 MCG INHALER | PERCY, ROBER E | 09/15/2013 | 9 | 2.66 | 23065 | 1319749932608097 |
| 950236 | 0 | 0096517031 0 | ZOLPIDEM TART ER 12.5 MG TAB | COUCH, JOHN P | 10/10/2013 | 30 | 2.66 | 23065 | 1322764041751049998 |
| 950236 | 0 | 0096517031 0 | ZOLPIDEM TART ER 12.5 MG TAB | COUCH, JOHN P | 10/02/2013 | 30 | 2.65 | 23065 | 1328355020031971997 |
| 950236 | 2 | 1037001610 1 | ZOLPIDEM TART ER 12.5 MG TAB | COUCH, JOHN P | 07/22/2013 | 30 | 2.65 | 23065 | 1320331013714799 |
| 991184 | 2 | 1037001610 1 | ZOLPIDEM TART ER 12.5 MG TAB | COUCH, JOHN P | 09/24/2013 | 120 | 2.65 | 23065 | 1327685925403739999 |
| 1031283 | 0 | 0005402562 5 | MORPHINE SULFATE ER 30 MG TAB | BOROCKY, DAVID J | 10/05/2013 | 20 | 11.39 | 23415 | 1327882369000009999 |
| 1031283 | 0 | 0037801470 1 | INDOMETHACIN 50 MG CAPSULE | COUCH, JOHN P | 11/20/2013 | 30 | 11.39 | 22415 | 1316377896100399 |
| 1039073 | 1 | 0037801470 1 | INDOMETHACIN 50 MG CAPSULE | COUCH, JOHN P | 12/12/2013 | 30 | 0.00 | 23065 | 1334672556884139999 |
| 1039073 | 0 | 0093051129 8 | DILTIAZEM 24HR ER 120 MG CAP | PERCY, ROBER E | 01/08/2014 | 30 | 2.55 | 23065 | 1400696989823126999 |
| 1039073 | 2 | 0093051129 8 | DILTIAZEM 24HR ER 120 MG CAP | PERCY, ROBER E | 02/01/2014 | 30 | 2.55 | 23065 | 1403247941721569999 |
| 1039073 | 2 | 0093051129 8 | DILTIAZEM 24HR ER 120 MG CAP | PERCY, ROBER E | 03/01/2014 | 30 | 2.55 | 23065 | 1400249911461419999 |
| 1039073 | 3 | 0093051129 8 | DILTIAZEM 24HR ER 120 MG CAP | PERCY, ROBER E | 04/29/2014 | 30 | 2.55 | 23065 | 1408844019433729999 |
| 1039073 | 4 | 0093051129 8 | DILTIAZEM 24HR ER 120 MG CAP | PERCY, ROBER E | 11/29/2013 | 30 | 0.00 | 23065 | 1333349607310169999 |
| 1039073 | 5 | 0093051129 8 | DILTIAZEM 24HR ER 120 MG CAP | PERCY, ROBER E | 11/29/2013 | 0 | 11.99 | 1 | 1 |
| 1039073 | 1 | 6818003006 0 | CEFUROXIME AXETIL 500 MG TAB | ANDREWS, STEPH J | 12/09/2013 | 14 | 11.99 | 23065 | 1334343271990679999 |
| 1011932 | 0 | 6043204551 6 | HYDROCODONE-HOMATROPINE | COUCH, JOHN P | 01/30/2014 | 60 | 1.00 | 23065 | 1402056617041655999 |
| 1011934 | 0 | 0603295822 8 | CARISOPRODOL 350 MG TABLET | COUCH, JOHN P | 01/02/2014 | 120 | 1.34 | 23065 | 1402056521671709999 |
| 1013260 | 1 | 0603295822 8 | CARISOPRODOL 350 MG TABLET | COUCH, JOHN P | 01/09/2014 | 60 | 1.34 | 23065 | 1409292106030021998 |
| 1013260 | 0 | 0603295822 8 | CARISOPRODOL 350 MG TABLET | COUCH, JOHN P | 03/01/2014 | 16 | 2.55 | 23065 | 1409037670002125998 |
| 1016891 | 0 | 0005402362 5 | MORPHINE SULFATE IR 30 MG TAB | PERCY, ROBER E | 01/01/2014 | 16 | 2.55 | 23065 | 1408049247209910999 |
| 1017805 | 1 | 0005402709 9 | FLUTICASONE PROP 50 MCG SPRAY | PERCY, ROBER E | 01/09/2014 | 16 | 2.55 | 23065 | 1408367583781209998 |
| 1017805 | 2 | 0005402709 9 | FLUTICASONE PROP 50 MCG SPRAY | PERCY, ROBER E | 03/23/2014 | 10 | 2.55 | 23065 | 1400941723779050997 |
| 1017805 | 3 | 0005402709 9 | FLUTICASONE PROP 50 MCG SPRAY | PERCY, ROBER E | 01/23/2014 | 10 | 2.55 | 23065 | 1408242201900149999 |
| 1017805 | 0 | 0059132237 9 | TESTOSTERON CYP 2,000 MG/10 ML | COUCH, JOHN P | 03/23/2014 | 30 | 1.27 | 23065 | 1404529323621129998 |
| 1017923 | 1 | 0059132237 9 | TESTOSTERON CYP 2,000 MG/10 ML | COUCH, JOHN P | 11/09/2014 | 20 | 2.55 | 23065 | 1404554577450079998 |
| 1017923 | 3 | 0022829831 1 | OXYCODONE-ACETAMINOPHEN | COUCH, JOHN P | 01/20/2014 | 7 | 2.55 | 23065 | 1406004821731169999 |
| 1019725 | 0 | 0059155530 5 | DOXYCYCLINE HYCLATE 100 MG TAB | MITCHELL, BARBA | 02/18/2014 | 60 | 2.55 | 23065 | 1404962487231169999 |
| 1025138 | 0 | 5511102850 0 | LEVOFLOXACIN 500 MG TAB | MITCHELL, BARBA | 02/24/2014 | 90 | 1.34 | 23065 | 1406034178435018099 |
| 1026185 | 0 | 5974600010 3 | METHYLPREDNISOLONE 4 MG | RAO, SUDEE N | 03/01/2014 | 120 | 6.35 | 23065 | 1406369891811092999 |
| 1027266 | 0 | 0603295822 8 | CARISOPRODOL 350 MG TABLET | COUCH, JOHN P | 03/01/2014 | 60 | 6.35 | 23065 | 1403336700021256998 |
| 1027270 | 0 | 4285808030 1 | MORPHINE SULFATE ER 60 MG TABLET | COUCH, JOHN P | 03/04/2014 | 36 | 2.55 | 23065 | 1406369564031092999 |
| 1027271 | 0 | 0005402362 5 | MORPHINE SULFATE IR 30 MG TAB | COUCH, JOHN P | 05/04/2014 | 60 | 2.55 | 23065 | 1412444097540399996 |
| 1027748 | 0 | 6340201931 0 | LUNESTA 3 MG TABLET | COUCH, JOHN P | 03/07/2014 | 10 | 2.55 | 23065 | 1406369564031092999 |
| 1027748 | 0 | 6340201931 0 | LUNESTA 3 MG TABLET | COUCH, JOHN P | 03/24/2014 | 90 | 2.55 | 23065 | 1406369564031092999 |
| 1028453 | 1 | 5511102850 0 | LEVOFLOXACIN 500 MG TABLET | MITCHELL, BARBA | 04/27/2014 | 90 | 2.55 | 23065 | 1408365092621732999 |
| 1031268 | 0 | 0005378115 01 | BUSPIRONE HCL 10 MG TABLET | MITCHELL, BARBA | | | 2.55 | 23065 | 1411759411011236999 |
| 1031808 | 0 | 0037811590 1 | BUSPIRONE HCL 10 MG TABLET | MITCHELL, BARBA | | | 2.55 | 23065 | |
| 1031808 | 1 | 0037811590 1 | BUSPIRONE HCL 10 MG TABLET | MITCHELL, BARBA | | | | 23065 | |

PHARMACY NAME
ADDRESS 3100 DAUPHIN ISLAND PKWY
CITY, ST, ZIP MOBILE AL 36605

PATIENT KEY 4903513741
PATIENT NAME BROCKEL, BRUCE DECEAS
ADDRESS 4013 MARYDALE DR
CITY, ST, ZIP MOBILE AL 36605

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 07/01/2007 AND 10/05/2017
PHARMACY # 4903

TELEPHONE 251 727 8511

| RX NUMBER | REL NUMBER | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | QUANT DISP | PATIENT PD AMT | PAYER # | TR AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|
| 10318308 | 2 | 00378115001 | BUSPIRONE HCL 10 MG TABLET | MITCHELL, BARBA | 06/01/2014 | 90 | 2.55 | 23065 | 1415263091961121999 |
| 10318308 | 3 | 00378115001 | BUSPIRONE HCL 10 MG TABLET | MITCHELL, BARBA | 07/17/2014 | 90 | 2.55 | 23065 | 1419863496607130999 |
| 10388815 | 0 | 00093511298 | DILTIAZEM 24HR ER 120 MG CAP | MITCHELL, BARBA | 04/28/2014 | 90 | 2.55 | 23065 | 1411831186861058999 |
| 1046261 | 0 | 00591322379 | TESTOSTERON CYP 2,000 MG/10 ML | COUCH, JOHN P | 06/02/2014 | 10 | 2.55 | 23065 | 1415343170730111999 |
| 1054405 | 0 | 00093499221 | OXYCODONE HCL 30 MG TABLET | COUCH, JOHN P | 07/17/2014 | 90 | 1.87 | 23065 | 1419683619541126999 |
| 1052519 | 2 | 00382002810 | METFORMIN HCL 500 MG TABLET | PERCY, ROBER E | 07/22/2014 | 90 | 2.55 | 23065 | 1420349784470129999 |
| 1052519 | 2 | 00382002810 | METFORMIN HCL 500 MG TABLET | PERCY, ROBER E | 09/24/2014 | 90 | 0.00 | 23065 | 1426745522981121999 |
| 1052519 | 2 | 00382002810 | METFORMIN HCL 500 MG TABLET | PERCY, ROBER E | 01/10/2015 | 90 | 2.55 | 23065 | 1501057912501369999 |
| 1055220 | 1 | 00378001005 | HYDROCHLOROTHIAZIDE 12.5 MG CP | PERCY, ROBER E | 07/22/2014 | 90 | 2.55 | 23065 | 1420349825931621999 |
| 1055220 | 2 | 00378001005 | HYDROCHLOROTHIAZIDE 12.5 MG CP | PERCY, ROBER E | 09/24/2014 | 90 | 2.55 | 23065 | 1426745528021621999 |
| 1055220 | 2 | 00378001005 | METFORMIN HCL 500 MG TABLET | PERCY, ROBER E | 01/10/2015 | 90 | 0.00 | 23065 | 1501057913041369999 |
| 1055222 | 2 | 00378001005 | HYDROCHLOROTHIAZIDE 12.5 MG CP | PERCY, ROBER E | 07/22/2014 | 90 | 2.55 | 23065 | 1420350119081609999 |
| 1055222 | 3 | 00093511298 | DILTIAZEM 24HR ER 120 MG CAP | PERCY, ROBER E | 09/24/2014 | 90 | 2.55 | 23065 | 1426745522993141999 |
| 1055222 | 2 | 00093511298 | DILTIAZEM 24HR ER 120 MG CAP | PERCY, ROBER E | 11/30/2014 | 90 | 2.55 | 23065 | 1505966424717122999 |
| 1055222 | 2 | 00093511298 | DILTIAZEM 24HR ER 120 MG CAP | PERCY, ROBER E | 02/27/2015 | 90 | 2.55 | 23065 | 1433481885724739999 |
| 1059344 | 0 | 00093499221 | OXYCODONE HCL 30 MG TABLET | COUCH, JOHN P | 08/15/2014 | 90 | 2.65 | 23065 | 1432154199577165999 |
| 1063785 | 0 | 53746046050 | OXYCODONE HCL 30 MG TABLET | COUCH, JOHN P | 09/12/2014 | 90 | 0.70 | 23065 | 1514549137314599997 |
| 1074487 | 0 | 69180035209 | METHYL PREDNISOLONE 4 MG | MITCHELL, BARBA | 11/24/2014 | 21 | 0.00 | 23065 | 1514631576005046997 |
| 1105317 | 0 | 69995066530 | IBUPROFEN 600 MG TABLET | COLLINS, DAMIA J | 05/25/2015 | 30 | 2.38 | 23065 | 1516260736412399999 |
| 1105318 | 0 | 69995066530 | SERTRALINE HCL 50 MG TABLET | COLLINS, DAMIA J | 05/26/2015 | 30 | 2.38 | 23065 | 1518159539272109999 |
| 1106501 | 0 | 69995066530 | DULOXETINE HCL DR 30 MG CAP | LINTON, JANET L | 06/01/2015 | 60 | 0.00 | 23065 | 1515264552089099999 |
| 1106514 | 0 | 13668000805 | ZOLPIDEM TARTRATE 10 MG TABLET | LINTON, JANET L | 06/09/2015 | 30 | 1.93 | 23065 | 1516406934616639999 |
| 1107733 | 0 | 13668000805 | ZOLPIDEM TARTRATE 10 MG TABLET | SIMPSON, STEPH T | 06/09/2015 | 180 | 2.65 | 23065 | 1516041226911191999 |
| 1107735 | 0 | 00382002810 | METFORMIN HCL 500 MG TABLET | SIMPSON, STEPH T | 06/09/2015 | 30 | 2.65 | 23065 | 1518751315361183999 |
| 1111941 | 0 | 00378072419 | TIZANIDINE HCL 4 MG TABLET | LINTON, JANET L | 07/06/2015 | 30 | 0.08 | 23065 | 1519735523097122999 |
| 1111941 | 0 | 00093754456 | ALPRAZOLAM 1 MG TABLET | LINTON, JANET L | 07/16/2015 | 2 | 0.08 | 23065 | 1520548051141136999 |
| 1113386 | 0 | 00093754456 | ALPRAZOLAM 1 MG TABLET | LINTON, JANET L | 07/15/2015 | 2 | 2.65 | 23065 | 1527264970141699999 |
| 1115470 | 0 | 00781107905 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 09/02/2015 | 120 | 2.65 | 23065 | 1528328579890509999 |
| 1116400 | 0 | 00781107905 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 09/02/2015 | 120 | 0.00 | 23065 | 1527264970142209999 |
| 1118984 | 0 | 65962052405 | TIZANIDINE HCL 4 MG TABLET | TARABEIN, RASSA | 07/16/2015 | 120 | 0.00 | 23065 | 1530824897156155999 |
| 1125504 | 2 | 65962052405 | DULOXETINE HCL DR 60 MG TABLET | TARABEIN, RASSA | 09/29/2015 | 120 | 2.65 | 23065 | 1529948571630081999 |
| 1125504 | 1 | 00378072419 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 09/29/2015 | 120 | 0.00 | 23065 | 1527246769951172999 |
| 1125505 | 2 | 00378072419 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 11/25/2015 | 120 | 2.65 | 23065 | 1529948264413499999 |
| 1125505 | 2 | 69840012705 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 09/29/2015 | 90 | 0.00 | 23065 | 1529948673913399999 |
| 1125505 | 0 | 69840012705 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 11/25/2015 | 90 | 0.00 | 23065 | 1527246769951172999 |
| 1126066 | 0 | 00378072419 | TIZANIDINE HCL 4 MG TABLET | TARABEIN, RASSA | 10/26/2015 | 90 | 0.00 | 23065 | 1529948264413499999 |
| 1126050 | 1 | 00378072419 | TIZANIDINE HCL 4 MG TABLET | TARABEIN, RASSA | 10/03/2015 | 30 | 1.93 | 23065 | 1529948571655999 |
| 1126050 | 1 | ZOLPIDEM TARTRATE 10 MG TABLET | DULOXETINE HCL DR 30 MG CAP | LINTON, JANET L | 10/26/2015 | 60 | 2.65 | 23065 | 1529986829211145999 |
| 1126050 | 1 | 69995066530 | DULOXETINE HCL DR 30 MG CAP | LINTON, JANET L | 12/19/2015 | 60 | 0.00 | 23065 | 1535350963111131999 |

# DOCUMENT 124

**PHARMACY NAME:** CVS PHARMACY
**ADDRESS:** 3100 DAUPHIN ISLAND PKWY
**CITY, ST, ZIP:** MOBILE AL 36605

**PATIENT PRESCRIPTION RECORD**
**BETWEEN 07/01/2007 AND 10/05/2017**
**PHARMACY# 4903**

**PATIENT KEY:** 490351374 1
**PATIENT NAME:** BROCKEL BRUCE DECEAS
**ADDRESS:** 4013 MARYDALE DR
**CITY, ST, ZIP:**
**MOBILE AL 36605**

**TELEPHONE** 251-727-8511

| RX NUMBER | REL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | QUAN DISP | PATIENT PD AMT | PAYER # | TP AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|
| 1126500 | 2 | 66993006030 | DULOXETINE HCL DR 30 MG CAP | LINTON, JANET L | 02/24/2016 | 60 | 2.95 | 23065 | 1605560905117999 |
| 1126518 | 0 | 66993006430 | DULOXETINE HCL DR 60 MG CAP | LINTON, JANET L | 10/26/2015 | 30 | 0.00 | 23065 | 1529984905061949999 |
| 1126518 | 1 | 66993006430 | DULOXETINE HCL DR 60 MG CAP | LINTON, JANET L | 11/25/2015 | 30 | 0.00 | 23065 | 1532949007091114999 |
| 1126518 | 2 | 66993006430 | DULOXETINE HCL DR 60 MG CAP | LINTON, JANET L | 12/19/2015 | 30 | 0.00 | 23065 | 1535350393601709999 |
| 1126518 | 3 | 66993006430 | DULOXETINE HCL DR 60 MG CAP | LINTON, JANET L | 01/31/2016 | 30 | 2.95 | 23065 | 1603157225026200999 |
| 1131039 | 0 | 13868000805 | ZOLPIDEM TARTRATE 10 MG TABLET | TARABEIN, RASSA | 11/02/2015 | 30 | 0.00 | 23065 | 1530648031705409999 |
| 1135932 | 0 | 13868000805 | ZOLPIDEM TARTRATE 10 MG TABLET | TARABEIN, RASSA | 12/02/2015 | 30 | 0.00 | 23065 | 1530648031705409999 |
| 1139744 | 0 | 00378072419 | TIZANIDINE HCL 4 MG TABLET | TARABEIN, RASSA | 12/28/2015 | 90 | 0.00 | 23065 | 1536413157822929999 |
| 1139744 | 1 | 00378072419 | TIZANIDINE HCL 4 MG TABLET | TARABEIN, RASSA | 01/25/2016 | 90 | 2.95 | 23065 | 1536232957526026999 |
| 1139744 | 2 | 00378072419 | TIZANIDINE HCL 4 MG TABLET | TARABEIN, RASSA | 02/24/2016 | 90 | 2.95 | 23065 | 1602554757717729999 |
| 1139753 | 0 | 68682052405 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 12/28/2015 | 120 | 0.00 | 23065 | 1536539607441192999 |
| 1139753 | 1 | 68682052405 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 02/03/2016 | 120 | 2.95 | 23065 | 1536232907044192999 |
| 1142616 | 0 | 68682072601 | CIPROFLOXACIN HCL 250 MG TAB | TARABEIN, RASSA | 02/24/2016 | 120 | 2.95 | 23065 | 1603447755301509999 |
| 1143393 | 0 | 00378091005 | HYDROCHLOROTHIAZIDE 12.5 MG CP | SIMPSON, STEPH T | 01/14/2016 | 20 | 2.95 | 23065 | 1605563904062618999 |
| 1143600 | 0 | 68382017510 | METFORMIN HCL 500 MG TABLET | SIMPSON, STEPH T | 01/20/2016 | 60 | 2.95 | 23065 | 1602049140822239999 |
| 1144792 | 0 | 65454014030 | INVOKANA 100 MG TABLET | SIMPSON, STEPH T | 01/20/2016 | 180 | 7.40 | 23065 | 1602050025850690999 |
| 1144680 | 0 | 50458014030 | INVOKANA 300 MG TABLET | SIMPSON, STEPH T | 01/31/2016 | 30 | 7.40 | 23065 | 1602742090420201999 |
| 1145448 | 0 | 13668000805 | ZOLPIDEM TARTRATE 10 MG TABLET | TARABEIN, RASSA | 01/31/2016 | 30 | 0.48 | 23065 | 1603036502684141999 |
| 1145153 | 0 | 68682052405 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 03/23/2016 | 120 | 2.95 | 23065 | 1603143726712999 |
| 1145153 | 1 | 68682052405 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 03/23/2016 | 120 | 0.48 | 23065 | 1608312867200989999 |
| 1145153 | 2 | 68682052405 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 04/29/2016 | 120 | 2.95 | 23065 | 1613086862060599999 |
| 1145154 | 0 | 00378072419 | TIZANIDINE HCL 4 MG TABLET | TARABEIN, RASSA | 05/19/2016 | 90 | 2.95 | 23065 | 1611365096001689999 |
| 1145154 | 1 | 00378072419 | TIZANIDINE HCL 4 MG TABLET | TARABEIN, RASSA | 03/23/2016 | 90 | 2.95 | 23065 | 1614020075361059998 |
| 1145154 | 2 | 00378072419 | TIZANIDINE HCL 4 MG TABLET | TARABEIN, RASSA | 04/22/2016 | 90 | 2.95 | 23065 | 1608335945051059999 |
| 1145171 | 0 | 65162052110 | ZOLPIDEM TARTRATE 10 MG TABLET | TARABEIN, RASSA | 05/20/2016 | 12 | 0.53 | 23065 | 1611365082010209999 |
| 1145049 | 0 | 69097015007 | PROMETHAZINE 25 MG TABLET | TARABEIN, RASSA | 03/29/2016 | 90 | 2.95 | 23065 | 1690947414520609999 |
| 1155439 | 0 | 69097015007 | MELOXICAM 15 MG TABLET | MCINTYRE, MATTH | 03/29/2016 | 30 | 0.48 | 23065 | 1608336889017183999 |
| 1155439 | 1 | 69097015007 | MELOXICAM 15 MG TABLET | MCINTYRE, MATTH | 03/31/2016 | 30 | 1.19 | 23065 | 1609156408200669999 |
| 1155587 | 0 | 69993006430 | DULOXETINE HCL DR 60 MG CAP | LINTON, JANET L | 04/28/2016 | 30 | 1.74 | 23065 | 1611954034916299 |
| 1155607 | 0 | 50458014130 | INVOKANA 300 MG TABLET | LINTON, JANET L | 04/01/2016 | 30 | 7.40 | 23065 | 1611954034916299 |
| 1156608 | 0 | 68180038109 | FENOFIBRATE 145 MG TABLET | LINTON, JANET L | 04/01/2016 | 30 | 7.40 | 23065 | 1609242550091199999 |
| 1156608 | 1 | 68180038109 | FENOFIBRATE 145 MG TABLET | SIMPSON, STEPH T | 04/28/2016 | 30 | 2.95 | 23065 | 1610294983706099999 |
| 1157772 | 0 | 69993006430 | DULOXETINE HCL DR 60 MG CAP | SIMPSON, STEPH T | 04/28/2016 | 30 | 2.95 | 23065 | 1611295726119999 |
| 1157772 | 1 | 69993006430 | DULOXETINE HCL DR 60 MG CAP | LINTON, JANET L | 06/15/2016 | 30 | 2.95 | 23065 | 1611954159952179999 |
| 1157772 | 2 | 69993006430 | DULOXETINE HCL DR 60 MG CAP | LINTON, JANET L | 07/18/2016 | 30 | 2.95 | 23065 | 1617542124619699 |
| 1157772 | 3 | 69993006430 | DULOXETINE HCL DR 60 MG CAP | LINTON, JANET L | 08/24/2016 | 30 | 2.95 | 23065 | 1620297267178799 |
| 1157799 | 0 | 00378245710 | LORAZEPAM 1 MG TABLET | LINTON, JANET L | 04/14/2016 | 60 | 0.00 | 23065 | 1623734527072141999 |

# DOCUMENT 124

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 07/01/2007 AND 10/05/2017
P-PHARMACY 14903

| PHARMACY NAME | |
|---|---|
| ADDRESS | 3100 DAUPHIN ISLAND PKWY |
| CITY_ST_ZIP | MOBILE AL 36605 |

| PATIENT KEY | 490351374 |
|---|---|
| PATIENT NAME | BROCKEL BRUCE DECEAS |
| ADDRESS | 4013 MARYDALE DR |
| CITY_ST_ZIP | MOBILE AL 36605 |

TELEPHONE 251-727-8511

| RX NUMBER | REF NUMBER | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | QUANT DISP | PATIENT PD AMT | PAYER # | TR AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|
| 1157799 | 1 | 00378245710 | LORAZEPAM 1 MG TABLET | LINTON, JANET L | 05/12/2016 | 60 | 2.95 | 23065 | 16133517924610?7999 |
| 1159639 | 0 | 00378015210 | CLONIDINE HCL 0.1 MG TABLET | TARABEIN, RASSA | 04/27/2016 | 30 | 0.57 | 23065 | 16118440405177999 |
| 1159639 | 0 | 65162052110 | PROMETHAZINE 25 MG TABLET | TARABEIN, RASSA | 04/27/2016 | 12 | 0.53 | 23065 | 16118442312919?6999 |
| 1159991 | 0 | 13668000805 | ZOLPIDEM TARTRATE 10 MG TABLET | TARABEIN, RASSA | 04/29/2016 | 30 | 1.93 | 23065 | 16118442881233?7999 |
| 1163281 | 0 | 10702001901 | OXYCODONE HCL 5 MG TABLET | MCINTYRE, MATTH | 05/20/2016 | 45 | 0.78 | 23065 | 16143456889312999 |
| 1163282 | 0 | 45802048678 | DOCUSATE SODIUM 100 MG SOFTGEL | MCINTYRE, MATTH | 05/20/2016 | 30 | 2.40 | 23065 | 27735 |
| 1166847 | 0 | 00378245710 | LORAZEPAM 1 MG TABLET | LINTON, JANET L | 06/15/2016 | 28 | 1.27 | 23065 | 6112617 |
| 1167606 | 0 | 00378015210 | CLONIDINE HCL 0.1 MG TABLET | TARABEIN, RASSA | 06/22/2016 | 30 | 2.43 | 23065 | 16175097191062999 |
| 1167607 | 0 | 65862052405 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 06/22/2016 | 120 | 2.95 | 23065 | 16174522202171999 |
| 1167607 | 2 | 65862052405 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 07/20/2016 | 120 | 2.95 | 23065 | 16174235010211999 |
| 1167608 | 0 | 65862052405 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 08/21/2016 | 120 | 2.95 | 23065 | 16202483357905?7999 |
| 1167608 | 0 | 00378072419 | TIZANIDINE HCL 4 MG TABLET | TARABEIN, RASSA | 06/22/2016 | 90 | 2.95 | 23065 | 16173445362215?505999 |
| 1167609 | 2 | 00378072419 | TIZANIDINE HCL 4 MG TABLET | TARABEIN, RASSA | 07/18/2016 | 90 | 2.95 | 23065 | 16174338075671111999 |
| 1170290 | 0 | 00378072419 | TIZANIDINE HCL 4 MG TABLET | TARABEIN, RASSA | 08/14/2016 | 90 | 2.95 | 23065 | 16200236822991149999 |
| 1171214 | 0 | 00378072419 | TIZANIDINE HCL 4 MG TABLET | TARABEIN, RASSA | 06/29/2016 | 12 | 2.15 | 23065 | 16227340149205?5999 |
| 1171215 | 0 | 69482010530 | ONDANSETRON HCL 4 MG TABLET | SIMPSON, STEPH T | 07/21/2016 | 30 | 0.98 | 23065 | 16193363037051099? |
| 1172648 | 0 | 65162052110 | PROMETHAZINE 25 MG TABLET | SIMPSON, STEPH T | 07/13/2016 | 12 | 2.15 | 23065 | 16195552790198099? |
| 1172848 | 0 | 65162052110 | PROMETHAZINE 25 MG TABLET | TARABEIN, RASSA | 08/02/2016 | 90 | 2.43 | 23065 | 16181343048875199999 |
| 1175220 | 0 | 64180051403 | LISINOPRIL 10 MG TABLET | SIMPSON, STEPH T | 11/13/2016 | 90 | 0.00 | 23065 | 16203356249205?169999 |
| 1175221 | 0 | 65162052110 | LISINOPRIL 10 MG TABLET | SIMPSON, STEPH T | 08/18/2016 | 12 | 2.16 | 23065 | 16213175464782331064999 |
| 1175222 | 0 | 00378015210 | PROMETHAZINE 25 MG TABLET | TARABEIN, RASSA | 08/25/2016 | 30 | 1.36 | 23065 | 16311846266807013?7999 |
| 1176470 | 0 | 00574200815 | NYSTOP 100,000 UNITS/GM POWDER | SIMPSON, STEPH T | 08/25/2016 | 15 | 1.36 | 23065 | 1623137662529100999 |
| 1176477 | 0 | 00172541346 | CLONIDINE HCL 0.1 MG TABLET | SIMPSON, STEPH T | 09/21/2016 | 7 | 0.68 | 23065 | 1623137671151139999 |
| 1180526 | 0 | 65862052405 | FLUCONAZOLE 200 MG TABLET | SIMPSON, STEPH T | 10/18/2016 | 120 | 0.68 | 23065 | 16228651132816999 |
| 1180527 | 0 | 65862052405 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 11/14/2016 | 120 | 2.95 | 23065 | 16298652022309?2999 |
| 1180527 | 2 | 65862052405 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 10/18/2016 | 120 | 2.95 | 23065 | 1626557512212400?999 |
| 1180528 | 1 | 00378015210 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 09/21/2016 | 30 | 2.95 | 23065 | 1629323584880949999 |
| 1180528 | 2 | 00378015210 | CLONIDINE HCL 0.1 MG TABLET | TARABEIN, RASSA | 11/23/2016 | 30 | 0.00 | 23065 | 16319296573437249999 |
| 1180529 | 0 | 00378072419 | CLONIDINE HCL 0.1 MG TABLET | TARABEIN, RASSA | 10/26/2016 | 90 | 1.36 | 23065 | 16265575533122999 |
| 1180529 | 1 | 00378072419 | TIZANIDINE HCL 4 MG TABLET | TARABEIN, RASSA | 11/14/2016 | 90 | 0.00 | 23065 | 16300345314901659999 |
| 1180529 | 2 | 00378072419 | TIZANIDINE HCL 4 MG TABLET | TARABEIN, RASSA | 09/21/2016 | 90 | 2.95 | 23065 | 16288556200421049999 |
| 1184795 | 0 | 68100028109 | TIZANIDINE HCL 4 MG TABLET | SIMPSON, STEPH T | 10/18/2016 | 30 | 2.16 | 23065 | 16282339839131999 |
| 1185341 | 0 | 55111029336 | PROMETHAZINE 25 MG TABLET | SIMPSON, STEPH T | 10/26/2016 | 9 | 2.95 | 23065 | 16304013355510499? |
| 1185365 | 0 | 68100028109 | FENOFIBRATE 145 MG TABLET | SIMPSON, STEPH T | 10/26/2016 | 15 | 0.00 | 23065 | 16300347446291189999 |
| 1185366 | 1 | 50458014130 | SUMATRIPTAN SUCC 100 MG TABLET | SIMPSON, STEPH T | 01/06/2017 | 30 | 0.00 | 23065 | 16304747157181999 |
| 1189561 | 1 | 00378015210 | NYSTOP 100,000 UNITS/GM POWDER | SIMPSON, STEPH T | 02/11/2017 | 30 | 1.36 | 23065 | 16302633862099?299? |
| 1189561 | 1 | 00378015210 | INVOKANA 300 MG TABLET | TARABEIN, RASSA | | 30 | 0.34 | 23065 | 17006473649425?2999 |
| | | | CLONIDINE HCL 0.1 MG TABLET | | | | | | 17024240?417130?1999 |

# DOCUMENT 124

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 07/01/2007 AND 10/05/2017
PHARMACY# 4903

PAGE 9 of 10
RUN DATE 11/03/2017 TIME 09:01:48
Request NBR 3639613

PHARMACY NAME:
ADDRESS: 3100 DAUPHIN ISLAND PKWY
CITY, ST, ZIP  MOBILE AL 36605

PATIENT KEY: 4903051741
PATIENT NAME: BROCKEL, BRUCE DECEAS
ADDRESS: 4913 MARYDALE DR
CITY, ST, ZIP  MOBILE AL 36605

TELEPHONE 251-727-4611

| RX NUMBER | REL NUMBER | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | QUANT DISP | PATIENT PD AMT | PAYER | TP AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|
| 1189561 | 2 | 00378015210 | CLONIDINE HCL 0.1 MG TABLET | TARABEIN, RASSA | 03/22/2017 | 30 | 0.34 | 23065 | 170413558098145999 |
| 1189562 | 1 | 65862052405 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 12/13/2016 | 120 | 0.00 | 23065 | 163482742285157999 |
| 1189562 | 1 | 69367013506 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 01/12/2017 | 120 | 3.30 | 23065 | 170124155360129998 |
| 1189562 | 2 | 69367013506 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 02/12/2017 | 120 | 3.30 | 23065 | 170433155024415998 |
| 1189563 | 0 | 00378072419 | TIZANIDINE HCL 4 MG TABLET | TARABEIN, RASSA | 12/13/2016 | 90 | 0.00 | 23065 | 163482744098431999 |
| 1189563 | 1 | 00378072419 | TIZANIDINE HCL 4 MG TABLET | TARABEIN, RASSA | 01/10/2017 | 90 | 3.30 | 23065 | 170102873551072999 |
| 1189582 | 2 | 00378072419 | TIZANIDINE HCL 4 MG TABLET | TARABEIN, RASSA | 02/12/2017 | 90 | 3.30 | 23065 | 170433149243102999 |
| 1189582 | 0 | 50458014130 | INVOKANA 300 MG TABLET | SIMPSON, STEPH T | 03/31/2017 | 90 | 8.25 | 23065 | 170493287355107499 |
| 1197003 | 2 | 55110029336 | SUMATRIPTAN SUCC 100 MG TABLET | TARABEIN, RASSA | 02/11/2017 | 9 | 0.99 | 23065 | 170590087306207999 |
| 1197003 | 0 | 68180051403 | LISINOPRIL 10 MG TABLET | SIMPSON, STEPH T | 02/07/2017 | 90 | 2.43 | 23065 | 170424026654149999 |
| 1199621 | 0 | 68462012701 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 06/03/2017 | 90 | 0.00 | 23065 | 171544334448199999 |
| 1199621 | 1 | 68180098003 | LISINOPRIL 10 MG TABLET | SIMPSON, STEPH T | 03/12/2017 | 90 | 3.30 | 23065 | 170714371061218997 |
| 1201966 | 0 | 68462012701 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 04/07/2017 | 120 | 3.30 | 23065 | 170970474315131999 |
| 1201966 | 2 | 65862052405 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 05/10/2017 | 120 | 3.30 | 23065 | 171305507162709999 |
| 1201366 | 2 | 65862052405 | GABAPENTIN 800 MG TABLET | TARABEIN, RASSA | 03/12/2017 | 90 | 3.30 | 23065 | 170713642894078999 |
| 1201367 | 0 | 00378072419 | TIZANIDINE HCL 4 MG TABLET | TARABEIN, RASSA | 04/07/2017 | 90 | 3.30 | 23065 | 170974741513134999 |
| 1201367 | 1 | 00378072419 | TIZANIDINE HCL 4 MG TABLET | TARABEIN, RASSA | 05/10/2017 | 90 | 3.30 | 23065 | 171305027034162999 |
| 1201367 | 2 | 00378072419 | TIZANIDINE HCL 4 MG TABLET | TARABEIN, RASSA | 04/07/2017 | 90 | 3.30 | 23065 | 170970474311534999 |
| 1201406 | 0 | 10702005601 | OXYCODONE HCL 10 MG TABLET | TARABEIN, RASSA | 02/20/2017 | 40 | 3.38 | 23065 | 170515443090159999 |
| 1201406 | 1 | 68462010530 | ONDANSETRON HCL 4 MG TABLET | SIMPSON, STEPH T | 03/29/2017 | 90 | 3.38 | 23065 | 170884027241715899 |
| 1205069 | 0 | 55110029336 | SUMATRIPTAN SUCC 100 MG TABLET | SIMPSON, STEPH T | 03/29/2017 | 90 | 3.38 | 23065 | 170738705601012999 |
| 1209856 | 0 | 59305057922 | PROAIR HFA 90 MCG INHALER | SIMPSON, STEPH T | 04/17/2017 | 9 | 8.25 | 23065 | 171573163110081999 |
| 1214824 | 0 | 60603459315 | METHYLPREDNISOLONE 4 MG | SIMPSON, STEPH T | 06/06/2017 | 21 | 3.30 | 23065 | 171586408241763999 |
| 1215004 | 0 | 65862053750 | LEVOFLOXACIN 500 MG TABLET | ALVARADO, ROGER | 06/07/2017 | 7 | 0.00 | 23065 | 171584826931772999 |
| 1215005 | 0 | 24656003125 | DOXYCYCLINE HYCLATE 100 MG TAB | ALVARADO, ROGER | 06/07/2017 | 20 | 3.30 | 23065 | 171584826931772999 |
| 1217742 | 0 | 65862052405 | GABAPENTIN 800 MG TABLET | SIMPSON, STEPH T | 06/29/2017 | 120 | 3.30 | 23065 | 171805380026188999 |
| 1217745 | 0 | 00603389121 | HYDROCODON-ACETAMINOPH 7.5-325 | SIMPSON, STEPH T | 06/29/2017 | 90 | 3.30 | 23065 | 171805400902918999 |
| 1217773 | 0 | | | SIMPSON, STEPH T | 06/29/2017 | | | 23065 | 171805123521699 |

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 07/01/2007 AND 10/05/2017
PHARMACY# 4903

PHARMACY NAME:
ADDRESS:          3100 DAUPHIN ISLAND PKWY
CITY, ST, ZIP     MOBILE AL 36605

PATIENT KEY:      4903513741
PATIENT NAME:     BROCKEL BRUCE DECEAS
ADDRESS:          4013 MARYDALE DR
CITY, ST, ZIP     MOBILE AL 36605

TELEPHONE    251-727-8611

SCRIPT COUNT: 346          TOTAL PATIENT PAID AMOUNT: 1765.29

36596:3

*1111000002*

*122Z2N1/XXXXXXX*

*Walgreens* There's a way™

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 11/01/2017

# INSURANCE PROFILE

01/01/2007 through 11/01/2017

BRUCE BROCKEL
4013 MARYDALE DR
MOBILE, AL 36605
Patient Phone: (251) 721-5962          Gender: M

Allergy Conditions: None on file
Health                None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1038633-6507 | OXYCODONE 10MG IMMEDIATE REL TABS | TAKE 1 TABLET BY MOUTH TWICE DAILY | KVK TECH | 10702-0056-01 | C2 | 5 | 07/25/2016 | 10 | | LGD | TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD | 0.49 |
| | | | | | | | | | | | **Total** | **1** | **Subtotal:** | **10** | **$ 0.49** |
| 1038634-6507 | MORPHINE SULF 60MG ER TABS (12H) | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | ENDO | 60951-0655-70 | C2 | 1 | 07/25/2016 | 2 | | LGD | TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD | 0.09 |
| | | | | | | | | | | | **Total** | **1** | **Subtotal:** | **2** | **$ 0.09** |
| 1644436-7609 | ZOLPIDEM 10MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME | TEVA | 00093-0074-01 | C4 | 30 | 05/30/2016 | 30 | | KDT | TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD | 0.49 |
| 1644436-7609 | ZOLPIDEM 10MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME | TEVA | 00093-0074-01 | C4 | 30 | 05/30/2016 | 25 | | CMH | TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD | 1.94 |
| 2164232-6085 | INVOKANA 300MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | JANSSEN | 50458-0141-30 | RX | 30 | 05/26/2016 | 30 | | DNN | SIMPSON, STEPHEN | BS8273423 | (251)633-4949 | CMRKM PD | 7.40 |
| 2164232-6085 | INVOKANA 300MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | JANSSEN | 50458-0141-30 | RX | 30 | 06/27/2016 | 30 | | ECC | SIMPSON, STEPHEN | BS8273423 | (251)633-4949 | CMRKM PD | 7.40 |
| | | | | | | | | | | | **Total** | **2** | **Subtotal:** | **30** | **$ 2.43** |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

# Walgreens There's a way™

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 11/01/2017

# INSURANCE PROFILE

01/01/2007 through 11/01/2017

BRUCE BROCKEL
4013 MARYDALE DR
MOBILE, AL 36605
Patient Phone: (251) 721-5962

Gender: M

Allergy Conditions: None on file
Health None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2164232-6085 | INVOKANA 300MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | JANSSEN | 50458-0141-30 | RX | 30 | 07/28/2016 | 30 | | ECC | SIMPSON, STEPHEN | BS8273423 | (251)633-4949 | CMRKM PD | 7.40 |
| 2164232-6085 | INVOKANA 300MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | JANSSEN | 50458-0141-30 | RX | 30 | 08/27/2016 | 30 | | JPD | SIMPSON, STEPHEN | BS8273423 | (251)633-4949 | CMRKM PD | 7.40 |
| | | | | | | | | | | | Total | 4 | Subtotal: | 120 | $ 29.60 |
| 2164231-6085 | FENOFIBRATE 145MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | TEVA | 00093-2060-98 | RX | 30 | 05/26/2016 | 30 | | DNN | SIMPSON, STEPHEN | BS8273423 | (251)633-4949 | CMRKM PD | 2.95 |
| 2164233-6085 | FENOFIBRATE 145MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | TEVA | 00093-2060-98 | RX | 30 | 06/27/2016 | 30 | | ECC | SIMPSON, STEPHEN | BS8273423 | (251)633-4949 | CMRKM PD | 2.95 |
| 2164233-6085 | FENOFIBRATE 145MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | TEVA | 00093-2060-98 | RX | 30 | 07/28/2016 | 30 | | ECC | SIMPSON, STEPHEN | BS8273423 | (251)633-4949 | CMRKM PD | 2.95 |
| 2164233-6085 | FENOFIBRATE 145MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | TEVA | 00093-2060-98 | RX | 30 | 08/27/2016 | 30 | | JPD | SIMPSON, STEPHEN | BS8273423 | (251)633-4949 | CMRKM PD | 2.95 |
| | | | | | | | | | | | Total | 4 | Subtotal: | 120 | $ 11.80 |
| 2164455-6085 | MORPHINE SULFATE IMM REL 15MG TAB | TAKE 1 TABLET BY MOUTH DAILY | ROXANE | 00054-0235-25 | C2 | 30 | 05/27/2016 | 30 | | EAP | TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD | 2.95 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | $ 2.95 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

*Walgreens* There's a way

# INSURANCE PROFILE

01/01/2007 through 11/01/2017

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 11/01/2017

BRUCE BROCKEL
4013 MARYDALE DR
MOBILE, AL 36605
Patient Phone: (251) 721-5962
Gender: M

Allergy Conditions: None on file
Health None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2165076-6085 | MORPHINE SULF 60MG ER TABS (12H) | TAKE 1 TABLET BY MOUTH TWICE DAILY | ZYDUS | 68382-0905-01 | C2 | 30 | 05/28/2016 | 60 | | JPD | MEGGINSON, AUTRY | AM0463098 | (251)433-1895 | CMRKM PD | 2.95 |
| | | | | | | | | | | | | Total | | Subtotal: 1 60 | $2.95 |
| 2177536-6085 | ZOLPIDEM 10MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME | TEVA | 00093-0074-01 | C4 | 30 | 06/27/2016 | 30 | | JPD | TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD | 2.43 |
| | | | | | | | | | | | | Total | | Subtotal: 1 30 | $2.43 |
| 2177537-6085 | MORPHINE SULF 60MG ER TABS (12H) | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | ZYDUS | 68382-0905-01 | C2 | 30 | 06/27/2016 | 60 | | ECC | TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD | 2.95 |
| | | | | | | | | | | | | Total | | Subtotal: 1 60 | $2.95 |
| 2190782-6085 | ZOLPIDEM 10MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME | TEVA | 00093-0074-01 | C4 | 30 | 07/28/2016 | 30 | | ECC | TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD | 1.75 |
| | | | | | | | | | | | | Total | | Subtotal: 1 30 | $1.75 |
| 2190783-6085 | MORPHINE SULF 60MG ER TABS (12H) | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | ZYDUS | 68382-0905-01 | C2 | 30 | 07/28/2016 | 60 | | ECC | TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD | 2.95 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

*Walgreens* There's a way™

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 11/01/2017

## INSURANCE PROFILE

01/01/2007 through 11/01/2017

BRUCE BROCKEL
4013 MARYDALE DR
MOBILE, AL 36605
Patient Phone: (251) 721-5962          Gender: M

Allergy Conditions: None on file
Health                None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Date | Fill Qty | Fill Nbr | RPH Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21911262-6085 | OXYCODONE 10MG IMMEDIATE REL TABS | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | KVK TECH | 10702-0056-01 | C2 | 20 | | 07/29/2016 | 40 | | EAP TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD | 1.96 |
| | | | | | | | | | | Total | 1 | Subtotal: | 60 | $ 2.95 |
| 22037114-6085 | ZOLPIDEM 10MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME | TEVA | 00093-0074-01 | C4 | 30 | | 08/27/2016 | 30 | | JPD TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD | 1.75 |
| | | | | | | | | | | Total | 1 | Subtotal: | 30 | $ 1.75 |
| 22037115-6085 | MORPHINE SULF 60MG ER TABS (12H) | TAKE 1 TABLET BY MOUTH TWICE DAILY | ZYDUS | 68382-0905-01 | C2 | 30 | | 08/27/2016 | 60 | | JPD TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD | 2.95 |
| | | | | | | | | | | Total | 1 | Subtotal: | 60 | $ 2.95 |
| 22038980-6085 | OXYCODONE 10MG IMMEDIATE REL TABS | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | KVK TECH | 10702-0056-01 | C2 | 20 | | 09/28/2016 | 40 | | JPD TARABEIN, RASSAN | BT4052798 | (251)625-PD | CMRKM PD | 1.96 |
| | | | | | | | | | | Total | 1 | Subtotal: | 40 | $ 1.96 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may
contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby
notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in
error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

# *Walgreens* There's a way™

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 11/01/2017

## INSURANCE PROFILE

01/01/2007 through 11/01/2017

**BRUCE BROCKEL**
4013 MARYDALE DR
MOBILE, AL 36605
Patient Phone: (251) 721-5962        Gender: M

Allergy Conditions: None on file
Health                None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2217297-6085 | OXYCODONE 10MG IMMEDIATE REL TABS | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR 30 DAYS | KVK TECH | 10702-0056-01 | C2 | 30 | 09/27/2016 | 40 | | DNN | TARABEIN, RASSAN | BT4052798 | (251) 625-0909 | CMRKM PD | 2.95 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 40 | $2.95 |
| 2217298-6085 | ZOLPIDEM 10MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME | TEVA | 00093-0074-01 | C4 | 30 | 09/27/2016 | 30 | | DNN | TARABEIN, RASSAN | BT4052798 | (251) 625-0909 | CMRKM PD | 1.75 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | $1.75 |
| 2217300-6085 | MORPHINE SULF 60MG ER TABS (12H) | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | ZYDUS | 68382-0905-01 | C2 | 30 | 09/27/2016 | 60 | | DNN | TARABEIN, RASSAN | BT4052798 | (251) 625-0909 | CMRKM PD | 2.95 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 60 | $2.95 |
| 2220347-6085 | INVOKANA 300MG TABLETS | TAKE 1 TABLET BY MOUTH DAILY | JANSSEN | 50458-0141-30 | RX | 30 | 10/03/2016 | 30 | | RLW | SIMPSON, STEPHEN | BS8273423 | (251) 633-4949 | CMRKM PD | 7.40 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | $7.40 |
| 2231341-6085 | ZOLPIDEM 10MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME | TEVA | 00093-0074-01 | C4 | 30 | 10/27/2016 | 30 | | RLW | TARABEIN, RASSAN | BT4052798 | (251) 625-0909 | CMRKM PD | 0.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and privileged from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

# *Walgreens* There's a way

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 11/01/2017

## INSURANCE PROFILE

01/01/2007 through 11/01/2017

**BRUCE BROCKEL**
4013 MARYDALE DR
MOBILE, AL 36605

Patient Phone: **(251) 721-5962**          Gender: M

Allergy Conditions:     None on file
                 Health    None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2231342-6085 | MORPHINE SULF 60MG ER TABS (12H) | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | ZYDUS | 68382-0905-01 | C2 | 30 | 10/27/2016 | 60 | | RLW | TARABEIN, RASSAN | BT4052798 | (251) 625-0909 | CMRKM PD | 0.00 |
| | | | | | | | | | | **Total** | **1** | | **Subtotal:** | **60** | **$ 0.00** |
| 2231343-6085 | OXYCODONE 10MG IMMEDIATE REL TABS | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR 30 DAYS | KVK TECH | 10702-0059-01 | C2 | 30 | 10/27/2016 | 40 | | RLW | TARABEIN, RASSAN | BT4052798 | (251) 625-0909 | CMRKM PD | 0.00 |
| | | | | | | | | | | **Total** | **1** | | **Subtotal:** | **40** | **$ 0.00** |
| 2244555-6085 | ZOLPIDEM 10MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME | TEVA | 00093-0074-01 | C4 | 30 | 01/25/2017 | 30 | | DNN | TARABEIN, RASSAN | BT4052798 | (251) 625-0909 | CMRKM PD | 1.75 |
| 2244555-6085 | ZOLPIDEM 10MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME | TEVA | 00093-0074-01 | C4 | 30 | 11/26/2016 | 30 | | DNN | TARABEIN, RASSAN | BT4052798 | (251) 625-0909 | CMRKM PD | 0.00 |
| 2244555-6085 | ZOLPIDEM 10MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME | TEVA | 00093-0074-01 | C4 | 30 | 12/26/2016 | 30 | | JPD | TARABEIN, RASSAN | BT4052798 | (251) 625-PD | CMRKM | 0.00 |
| 2244555-6085 | ZOLPIDEM 10MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME | TEVA | 00093-0074-01 | C4 | 30 | | 30 | | | | | | | 0.00 |
| | | | | | | | | | | **Total** | **1** | | **Subtotal:** | **40** | **$ 0.00** |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

*Walgreens* There's a way™

# INSURANCE PROFILE

01/01/2007 through 11/01/2017

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 11/01/2017

BRUCE BROCKEL
4013 MARYDALE DR
MOBILE, AL 36605
Patient Phone: (251) 721-5962

Gender: M

Allergy Conditions: None on file
Health None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2244556-6085 | OXYCODONE 10MG IMMEDIATE REL TABS | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR 60 DAYS | KVK TECH | 10702-0056-01 | C2 | 60 | 11/26/2016 | 80 | | DNN | | TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD | 0.00 |
| | | | | | | | | | | | | | **Total** | **3** | **Subtotal:** | **90** | **$ 1.75** |

*Walgreens* There's a way™

# INSURANCE PROFILE

01/01/2007 through 11/01/2017

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 11/01/2017

BRUCE BROCKEL
4013 MARYDALE DR
MOBILE, AL 36605
Patient Phone: (251) 721-5962

Gender: M

Allergy Conditions: None on file
Health None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2244556-6085 | OXYCODONE 10MG IMMEDIATE REL TABS | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR 60 DAYS | KVK TECH | 10702-0056-01 | C2 | 60 | 11/26/2016 | 80 | | DNN | TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD | 0.00 |
| | | | | | | | | | | | | | **Total** **3** | **Subtotal:** **90** | **$ 1.75** |
| 2244557-6085 | MORPHINE SULF 60MG ER TABS (12H) | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR 60 DAYS | ZYDUS | 68382-0905-01 | C2 | 60 | 11/26/2016 | 120 | | DNN | TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD | 0.00 |
| | | | | | | | | | | | | | **Total** **1** | **Subtotal:** **80** | **$ 0.00** |
| 2247707-6085 | INVOKANA 300MG TABLETS | TAKE 1 TABLET BY MOUTH DAILY | JANSSEN | 50458-0141-30 | RX | 30 | 12/02/2016 | 30 | | EAP | SIMPSON, STEPHEN | BS8273423 | (251)633-4949 | CMRKM PD | 0.00 |
| | | | | | | | | | | | | | **Total** **1** | **Subtotal:** **120** | **$ 0.00** |
| 2249237-6085 | DULOXETINE DR 30MG CAPSULES | TAKE 1 CAPSULE BY MOUTH DAILY | TEVA | 00093-7543-56 | RX | 90 | 12/06/2016 | 90 | | EAP | SIMPSON, STEPHEN | BS8273423 | (251)633-4949 | CMRKM PD | 0.00 |
| | | | | | | | | | | | | | **Total** **1** | **Subtotal:** **30** | **$ 0.00** |
| | | | | | | | | | | | | | **Total** **1** | **Subtotal:** **90** | **$ 0.00** |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed, and may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

*Walgreens* There's a way™

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

**INSURANCE PROFILE**

01/01/2007 through 11/01/2017

DATE PRINTED: 11/01/2017

BRUCE BROCKEL
4013 MARYDALE DR
MOBILE, AL 36605
Patient Phone: (251) 721-5962          Gender: M

Allergy Conditions: None on file
Health                None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2260121-6085 | INVOKANA 300MG TABLETS | TAKE 1 TABLET BY MOUTH DAILY | JANSSEN | 50458-0141-30 | RX | 30 | 12/30/2016 | 30 | | TJP | SIMPSON, STEPHEN | BS8273423 | (251)633-4949 | CMRKM PD | 0.00 |
| | | | | | | | | | **Total** | | **1** | **Subtotal:** | | **30** | **$ 0.00** |
| 2260122-6085 | ATORVASTATIN 40MG TABLETS | TAKE 1 TABLET BY MOUTH DAILY | DR.REDDY'S 55111-0123-90 | | RX | 90 | 12/30/2016 | 90 | | TJP | SIMPSON, STEPHEN | BS8273423 | (251)633-4949 | CMRKM PD | 0.00 |
| | | | | | | | | | **Total** | | **1** | **Subtotal:** | | **90** | **$ 0.00** |
| 2272017-6085 | OXYCODONE 10MG IMMEDIATE REL TABS | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR 30 DAYS | KVK TECH | 10702-0056-01 | C2 | 30 | 01/23/2017 | 40 | | DNN | SIMPSON, STEPHEN | BS8273423 | (251)633-4949 | CMRKM PD | 3.30 |
| | | | | | | | | | **Total** | | **1** | **Subtotal:** | | **40** | **$ 3.30** |
| 2273550-6085 | MORPHINE SULF 60MG ER TABS (12H) | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | ZYDUS | 68382-0905-01 | C2 | 30 | 01/25/2017 | 60 | | RLW | TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD | 3.30 |
| | | | | | | | | | **Total** | | **1** | **Subtotal:** | | **60** | **$ 3.30** |
| 2274627-6085 | INVOKANA 300MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | JANSSEN | 50458-0141-30 | RX | 90 | 01/27/2017 | 90 | | EAP | SIMPSON, STEPHEN | BS8273423 | (251)633-4949 | CMRKM PD | 8.25 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

*Walgreens* There's a way™

# INSURANCE PROFILE

01/01/2007 through 11/01/2017

DATE PRINTED: 11/01/2017

BRUCE BROCKEL
4013 MARYDALE DR
MOBILE, AL 36605

Patient Phone: (251) 721-5962          Gender: M

Allergy Conditions:  None on file
Health                None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2274631-6085 | FENOFIBRATE 145MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | TEVA | 00093-7756-88 | RX | 90 | 01/27/2017 | 90 | | EAP | SIMPSON, STEPHEN | BS8273423 | (251)633-4949 | CMRKM PD |
| | | | | | | | | | | | **Total:** | 1 | **Subtotal:** | 90 |
| | | | | | | | | | | | | | | $ 8.25 |
| 2289031-6085 | ZOLPIDEM 10MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME | TEVA | 00093-0074-01 | C4 | 30 | 02/24/2017 | 30 | | SBS | TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD |
| | | | | | | | | | | | | | | 0.43 |
| | | | | | | | | | | | **Total:** | 1 | **Subtotal:** | 90 |
| | | | | | | | | | | | | | | $ 3.30 |
| 2289031-6085 | ZOLPIDEM 10MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME | TEVA | 00093-0074-01 | C4 | 30 | 03/26/2017 | 30 | | KML | TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD |
| | | | | | | | | | | | | | | 0.48 |
| 2289031-6085 | ZOLPIDEM 10MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME | TEVA | 00093-0074-01 | C4 | 30 | 04/24/2017 | 30 | | DNN | TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD |
| | | | | | | | | | | | | | | 0.87 |
| | | | | | | | | | | | **Total:** | 3 | **Subtotal:** | 90 |
| | | | | | | | | | | | | | | $ 1.78 |
| 2289032-6085 | MORPHINE SULF 60MG ER TABS (12H) | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | ZYDUS | 68382-0905-01 | C2 | 30 | 02/24/2017 | 60 | | SBS | TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD |
| | | | | | | | | | | | | | | 3.30 |
| | | | | | | | | | | | **Total:** | 1 | **Subtotal:** | 60 |
| | | | | | | | | | | | | | | $ 3.30 |

******THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION******
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may
contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby
notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in
error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

*Walgreens* There's a way™

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 11/01/2007

## INSURANCE PROFILE

01/01/2007 through 11/01/2007

BRUCE BROCKEL
4013 MARYDALE DR
MOBILE, AL 36605
Patient Phone: (251) 721-5962

Gender: M

Allergy Conditions: None on file
Health None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2301806-6085 | OXYCODONE 10MG IMMEDIATE REL TABS | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | KVK TECH | 10702-0056-01 | C2 | 30 | 03/22/2017 | 40 | | TJP | TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD | 3.30 |
| | | | | | | | | | | Total | | 1 | Subtotal: | 40 | $ 3.30 |
| 2303730-6085 | MORPHINE SULFATE 30MG ER TABS (12H) | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | ZYDUS | 68382-0904-01 | C2 | 30 | 03/26/2017 | 60 | | KML | TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD | 3.30 |
| | | | | | | | | | | Total | | 1 | Subtotal: | 60 | $ 3.30 |
| 2316278-6085 | OXYCODONE 10MG IMMEDIATE REL TABS | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR 30 DAYS | KVK TECH | 10702-0056-01 | C2 | 30 | 04/21/2017 | 40 | | EAP | TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD | 3.30 |
| | | | | | | | | | | Total | | 1 | Subtotal: | 40 | $ 3.30 |
| 2317168-6085 | MORPHINE SULFATE 30MG ER TABS (12H) | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | ZYDUS | 68382-0904-01 | C2 | 30 | 04/24/2017 | 60 | | JPD | TARABEIN, RASSAN | BT4052798 | (251)625-0909 | CMRKM PD | 3.30 |
| | | | | | | | | | | Total | | 1 | Subtotal: | 60 | $ 3.30 |
| 2329989-6085 | HYDROCODONE/ ACETAMINOPHEN | TAKE 1 TABLET BY MOUTH EVERY 8 | ACTAVIS | 00591-2605-05 | C2 | 30 | 05/25/2017 | 90 | | DNN | SIMPSON, STEPHEN | BS8273423 | (251)633-4949 | CMRKM PD | 3.30 |
| | | | | | | | | | | Total | | 1 | Subtotal: | 60 | $ 3.30 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

*Walgreens* There's a way™

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

## INSURANCE PROFILE

01/01/2007 through 11/01/2017

DATE PRINTED: 11/01/2017

BRUCE BROCKEL
4013 MARYDALE DR
MOBILE, AL 36605
Patient Phone: (251) 721-5962    Gender: M

Allergy Conditions: None on file
Health                None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7.5-325 T | | HOURS AS NEEDED FOR MODERATE PAIN FOR UP TO 10 DAYS | | | | | | | | | | | | |

|  | Total | 1 | Subtotal: | 90 |
|---|---|---|---|---|

Total Scripts: 51

|  | Total Price: |  |
|---|---|---|
| | | $ 125.54 |
| Using generics you saved a total of: | | $ 0.00 |
| Using more generics you could have saved a total | | $ 0.00 |
| Your insurance saved you a total of: | | $ 10,094.43 |
| Your cash quantity discount saved you a total | | $ 0.00 |

$ 3.30

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REPORT: RX42U | AU | | | | | (251)727-8511 | |
| PAT LAST NAME | FIRST | PAT ADDRESS | | | CTL | PLAN | PAT PHONE# BIRTH DATE |
| RX NUMBER   DRUG NAME | | DRUG MFR | | | | RX IMAGE ID | |
| DOC NAME   DOC ADDRESS | | | | | | DOC PHONE# | DEA# |
| ORIG DATE   QTY   REFILLS   DAYS SUPPLY   RX COMMENTS | | | CUST AMT | TOT AMT | | FILL SOLD DATE   CLAIM # | PARTIAL CODE   PLAN |
| ENTER DATE  CIND  ENT/VER  FILL QTY   REFILL | | | | | | | |
| AUTH NBR        AUTH BY | | | | | | | |

BROCKEL        , BRUCE        4013 MARYDALE DR MOBILE, AL 36605

| RX 2030527 | OXYCONTIN 30MG CONTROLLED REL TABS | PURDUE | | 406.09 | C2 | | |
| TARABEIN, R 27535 US HIGHWAY 98 DAPHNE, AL 36605 | | | | | | 06085361438724534418 | (251)625-0909   BT4052798 |
| 08/04/2015 | 60 | 0 | 30 | SIG: TK 1 T PO BID | | | |

| RX 2043523 | OXYCODONE 10MG IMMEDIATE REL TABS | KVK TECH | 6.60 | 406.09 | C2 | 08/04/2015 | CMRKMPD |
| TARABEIN, R 27535 US HIGHWAY 98 DAPHNE, AL 36605 | | | | | | 06085501441208825419 | (251)625-0909   BT4052798 |
| 09/01/2015 | 26 | 0 | 26 | SIG: TK 1 T PO D PRF BREAKTHROUGH PAIN | | | |

| RX 2043524 | KEB/DNN | | 2.29 | 9.91 | C2 | 09/03/2015 | CMRKMPD |
| TARABEIN, R 27535 US HIGHWAY 98 DAPHNE, AL 36605 | | | ORIG PURDUE | | | 06085511441208825712 | (251)625-0909   BT4052798 |
| 09/03/2015 | 26 | 0 | 26 | SIG: TK 1 T PO BID PRN | | | |

| RX 2043525 | KEB/DNN | | | | | 09/03/2015 | CMRKMPD |
| TARABEIN, R 27535 US HIGHWAY 98 DAPHNE, AL 36605 | | | ORIG | | | 15246319103817699 | |
| 09/03/2015 | 52 | 0 | 26 | SIG: TK 1 T PO QD HS | | | |

| RX 2030527 | OXYCONTIN 30MG CONTROLLED REL TABS | PURDUE | 5.72 | 352.01 | C4 | | CMRKMPD |
| TARABEIN, R 27535 US HIGHWAY 98 DAPHNE, AL 36605 | | | ZOLPIDEM 10MG TABLETS | | TEVA | 06085521441208826012 | (251)625-0909   BT4052798 |
| 09/01/2015 | 30 | 0 | 0 | | | | |

| PAT LAST NAME | FIRST | | PAT ADDRESS | | PAT PHONE# BIRTH DATE |
|---|---|---|---|---|---|

| RX NUMBER | DRUG NAME | | DRUG MFR | | CTL PLAN | RX IMAGE ID DEA# |
| DOC NAME | DOC ADDRESS | | | | | DOC PHONE# |
| ORIG DATE | QTY REFILLS DAYS SUPPLY | | | | | |
| ENTER DATE CIND ENT/VER | FILL QTY REFILL | RX COMMENTS | CUST AMT | TOT AMT | FILL SOLD DATE | CLAIM # PARTIAL CODE PLAN |
| AUTH NBR AUTH BY | | | | | | |

BROCKEL , BRUCE 4013 MARYDALE DR MOBILE, AL 36605 (251)727-8511

RX 0985421 MORPHINE SULFATE IMM REL 15MG TAB ROXANE C2 CHKRMPD 0650756143553368911
TARABEIN, R 27535 US HIGHWAY 98 DAPHNE, AL 36605 (251)625-0909 BT4052798
SIG: TK 1 T PO BID FOR BREAKTHROUGH PAIN
09/29/2015 60 0 30

| RX NUMBER | PAT LAST NAME | FIRST | PAT ADDRESS | PAT PHONE# BIRTH DATE |
|---|---|---|---|---|
| DOC NAME | | DOC ADDRESS | | DOC PHONE# DEA# |
| DRUG NAME | | DRUG MFR | | RX IMAGE ID |
| ORIG DATE | QTY | REFILLS | | CTL PLAN |
| ENTER DATE | CTIND | ENT/VER | DAYS SUPPLY RX COMMENTS CUST AMT TOT AMT | FILL SOLD DATE CLAIM # PARTIAL CODE PLAN |
| AUTH NBR | AUTH BY | FILL QTY REFILL | | |

RX 0985422
09/29/2015 MORPHINE SULFATE 30MG ER TABS (12H) 60 ORIG ZYDUS 2.65 10.03 09/29/2015 C2 CMRKMPD 152725121084110699 CMRKMPD
TARABEIN, R 27535 US HIGHWAY 98 DAPHNE, AL 36605
SIG: TK 1 T PO BID PRN 0650757144355369212 (251) 625-0909 BT4052798
09/29/2015 60 0 30

RX 0909927
09/29/2015 MORPHINE SULFATE INM REL 15MG TAB 60 ORIG ROXANE 2.65 52.57 09/29/2015 C2 CMRKMPD 152725123085180999 CMRKMPD
TARABEIN, R 27535 US HIGHWAY 98 DAPHNE, AL 36605
SIG: TK 1 T PO BID PRF BREAKTHROUGH PAIN 0650796144614837212 (251) 625-0909 BT4052798
10/29/2015 60 0 30

RX 0909929
MORPHINE SULFATE 30MG ER TABS (12H) 60 ORIG ZYDUS 0.00 12.68 10/29/2015 C2 CMRKMPD 153025365842170998 CMRKMPD
TARABEIN, R 27535 US HIGHWAY 98 DAPHNE, AL 36605
SIG: TK 1 T PO BID PRN 0650796144614837515 (251) 625-0909 BT4052798
10/29/2015 60 30

LSC/LGD 0 60 30 0.00 55.22 10/29/2015 153025367566081999 CMRKMPD
LGD/LGD

# DOCUMENT 124

[top margin partially illegible; portion redacted]

**PAT LAST NAME / FIRST:** BROCKEL, BRUCE  
**PAT ADDRESS:** 4013 HARVADALE DR MOBILE, AL 36605  
**PAT PHONE#:** (251)727-8511

| RX NUMBER | DRUG NAME / DOC NAME & ADDRESS | ORIG DATE | ENTER DATE | QTY | REFILLS | DAYS SUPPLY | REFILL / RX COMMENTS | DRUG MFR | CUST AMT | TOT AMT | CTL | FILL SOLD DATE | DOC PHONE# | RX IMAGE ID / CLAIM # | DEA# | PLAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RX 2083047 | MORPHINE SULFATE 30MG ER TABS (12H) — TARABEIN, R 27535 US HIGHWAY 98 DAPHINE, AL 36605 — SIG: TK 1 T PO BID PRF 30 DAYS | 11/30/2015 | 11/30/2015 | 60 | 0 | 30 | DNN/ABL ORIG | ZYDUS | 0.00 | | C2 | 11/30/2015 | (251)625-0909 | 15334542017770899998 / 06085493145148982919 | BT4052798 | CMRKMPD |
| RX 2056405 | MORPHINE SULF 60MG ER TABS (12H) — TARABEIN, R 27535 US HIGHWAY 98 DAPHINE, AL 36605 — SIG: TK 1 T PO BID PRF 30 DAYS | 11/30/2015 | 12/16/2015 | 60 | 0 | 30 | BKK/JPD ORIG | ZYDUS | 0.00 | 55.22 | C2 | 11/30/2015 | (251)625-0909 | 15364367516124999 / 06088501451489891 14 | BT4052798 | CMRKMPD |
| RX 2096406 | MORPHINE SULFATE IMM REL 15MG TAB — TARABEIN, R 27535 US HIGHWAY 98 DAPHINE, AL 36605 — SIG: TK 1 T PO BID PRF BREAKTHROUGH PAIN | 12/30/2015 | 12/30/2015 | 60 | 0 | 30 | BKK/JPD ORIG | ROXANE | 0.00 | 107.27 | C2 | 12/30/2015 | (251)625-0909 | 15364367516124999 / 060885014514898911 4 | BT4052798 | CMRKMPD |
| RX 2096407 | MORPHINE SULFATE IMM REL 15MG TAB — TARABEIN, R 27535 US HIGHWAY 98 DAPHINE, AL 36605 — SIG: TK 1 T PO BID PRF BREAKTHROUGH PAIN | 12/16/2015 | 12/16/2015 | 60 | 0 | 30 | BKK/JPD ORIG | TEVA | 0.00 | 12.68 | C4 | 12/30/2015 | (251)625-0909 | 15364346933371019999 / 060855114514898341 3 | BT4052798 | CMRKMPD |
| RX 2110439 | ZOLPIDEM 10MG TABLETS — TARABEIN, R 27535 US HIGHWAY 98 DAPHINE, AL 36605 — SIG: TK 1 T PO QHS | 12/30/2015 | 12/30/2015 | 30 | 0 | 30 | BKK/JPD ORIG | ROXANE | 0.00 | 1.93 | C2 | 12/30/2015 | (251)625-0909 | 15364347088715499999 / 060885314540782611 3 | BT4052798 | CMRKMPD |
| RX 2110440 | MORPHINE SULF 60MG ER TABS (12H) — TARABEIN, R RGAII NEUROLOGY CLINIC 28150 N MAIN ST DAPHINE, AL 36605 — SIG: TK 1 T PO BID PRN FOR 30 DAYS | 01/25/2016 | 01/29/2016 | 60 | 0 | 30 | BKK/DNN ORIG | ZYDUS | 2.95 | 10.23 | C2 | 01/29/2016 | (251)623-0909 | 16029312130125899999 / 060854145407826618 | BT4052798 | CMRKMPD |
| | | | 01/25/2016 | 60 | 0 | 30 | | | 2.95 | 104.82 | | 01/29/2016 | | 16029312314109339999 | | CMRKMPD |

| RX NUMBER | DRUG NAME | DRUG MFR | CTL | PLAN | RX IMAGE ID |
| DOC NAME | DOC ADDRESS | | | DOC PHONE# | DEA# |
| ORIG DATE | QTY REFILLS DAYS SUPPLY | RX COMMENTS | | | |
| ENTER DATE | CI/ND ENT/VER FILL QTY | REFILL | CUST AMT | TOT AMT | FILL SOLD DATE | CLAIM # | PARTIAL CODE | PLAN |
| AUTH NBR | AUTH BY | | | | | |

PAT LAST NAME: BROCHEL    FIRST: , BRUCE    PAT ADDRESS: 4013 MARYDALE DR MOBILE, AL 36605    PAT PHONE# (251)727-8511    BIRTH DATE

RX 1556557    MORPHINE SULFATE 16M REL 15MG TAB    ROXANE    C2    CMRKHPD    07609141448659099614
TARABEIN, R RGAZI NEUROLOGY CLINIC 28150 N MAIN ST DAPHNE, AL 36605    (251)625-0909    BT4052798
SIG: TAKE 1 T PO BID PRN FOR BREAK THU PAIN
11/28/2015    4    0    2
11/28/2015

RX 1556558    MORPHINE SULFATE 30MG ER TABS (12H)    ZYDUS    0.00    1.31    11/28/2015    15332007669017099    CMRKHPD
CDA/CDA    4    ORIG    C2    CMRKHPD    07609141448691001
TARABEIN, R RGAZI NEUROLOGY CLINIC 28150 N MAIN ST DAPHNE, AL 36605    (251)625-0909    BT4052798
SIG: TAK1 1 T PO BID PRN
11/28/2015    4    0    2

| PAT LAST NAME | FIRST | PAT ADDRESS | | | PAT PHONE# BIRTH DATE |

| RX NUMBER | DRUG NAME | DRUG MFR | CTL | PLAN | RX IMAGE ID |
| DOC NAME | DOC ADDRESS | | | DOC# | DOC PHONE# DEA# |
| ORIG DATE | QTY | REFILLS | | | |
| ENTER DATE | CIND | QTY ENT/VER | DAYS SUPPLY | RX COMMENTS | FILL SOLD DATE |
| AUTH NBR | AUTH BY | FILL QTY | REFILL | CUST AMT | TOT AMT CLAIM # PARTIAL CODE PLAN |

| 11/28/2015 | CDA/CDA | 4 | ORIG | 0.00 | 4.15 | 11/28/2015 | 1533200811115209999 | CHKRXMPD |

| RX NUMBER | DRUG NAME | DRUG MFR | CTL | PLAN | RX IMAGE ID |
| DOC NAME | DOC ADDRESS | | | | DOC PHONE# DEA# |
| ORIG DATE | QTY | REFILLS | DAYS SUPPLY | | |
| ENTER DATE | CIND ENT/VER | FILL QTY | RX COMMENTS | | |
| AUTH NBR | AUTH BY | REFILL | CUST AMT | TOT AMT | FILL SOLD DATE | CLAIM # | PARTIAL CODE | PLAN |

PAT LAST NAME          FIRST                          PAT ADDRESS                                                    PAT PHONE#  BIRTH DATE

BROCKEL    , BRUCE          4013 MARYDALE DR MOBILE, AL 36605                                              (251)727-8511

RX 0996116   MORPHINE SULFATE IMM REL 15MG TAB                    ROXANE          C2          CMRKMPD      0650713140890652916
TARABEIN, R 27535 US HIGHWAY 98 DAPHNE, AL 36605                                                           (251)625-0909    BT4052798
SIG: TK 1 T PO BID PRN FOR BREAKTHROUGH PAIN
11/30/2015   60          0          30
                                                                                   5.00       11/30/2015   15334827267033999

RX 0996122   OXYCODONE 10MG IMMEDIATE REL TABS        JDW/TJP   60     ORIG       RVK TECH    C2   CMRKMPD  0650714144890653211
TARABEIN, R 27535 US HIGHWAY 98 DAPHNE, AL 36605                                                           (251)625-0909    BT4052798
SIG: TK 1 T PO QD PRN FOR BREAKTHROUGH PAIN
11/30/2015   10          0          10                              5.72   12.68   5.00       11/30/2015   15334542232057999
11/30/2015   JDW/TJP     10         ORIG                                                                                    CMRKMPD

RX NUMBER                                                    RX IMAGE ID
PAT LAST NAME        FIRST        PAT ADDRESS              PAT PHONE#  BIRTH DATE

DOC NAME                DOC ADDRESS                    DOC PHONE#  DEA#
DRUG NAME              DRUG MFR                      CTL  PLAN
ORIG DATE    QTY   REFILLS   DAYS SUPPLY   RX COMMENTS
ENTER DATE CIND  ENT/VER   FILL QTY   REFILL   CUST AMT   TOT AMT   FILL SOLD DATE   CLAIM #   PARTIAL CODE   PLAN
AUTH NBR     AUTH BY

RX 2124195                                                      (251)721-5962
BROCKEL        , BRUCE        4013 MARYDALE DR MOBILE, AL 36605

TARABEIN, R RGAZI NEUROLOGY CLINIC 28150 N MAIN ST DAPHNE, AL 36605    CMRKNPD   0608503145667561716  BT4052798
                                                                        (251)625-0909
MORPHINE SULFATE IMM REL 15MG TAB    ROXANE                      C2
SIG: TK 1 T PO BID PRF BREAKTHROUGH PAIN
02/23/2016          60        0         30

| RX NUMBER | DRUG NAME | | | DRUG MFR | CUST AMT | TOT AMT | CTL PLAN | FILL SOLD DATE | CLAIM # | PARTIAL CODE PLAN |
|---|---|---|---|---|---|---|---|---|---|---|
| DOC NAME | DOC ADDRESS | QTY | REFILLS | | | | | DOC PHONE# | RX IMAGE ID | PAT PHONE# |
| ORIG DATE | | NTN/JPD | ECC/ECC | | | | | | DEA# | BIRTH DATE |
| ENTER DATE CIND | | CDC/ECC | | | | | | | | |
| AUTH NBR | ENT/VER FILL BY | DAYS SUPPLY | RX REFILL | | | | | | | |

---

**02/28/2016**
RX 2124197  MORPHINE SULF 60MG ER TABS (12H)  NTN/JPD  ORIG  ZYDUS  2.95  16.33  C2  02/28/2016 CMRKMPD  1605936556571142999  CMRKMPD
TARABEIN, R RGAZI NEUROLOGY CLINIC 28150 N MAIN ST DAPHNE, AL 36605
SIG: TK 1 T PO BID PRN  60  60  0  06085041456575625212
02/23/2016  30  (251) 625-0909  BT4052798

**02/28/2016**
RX 2137859  MORPHINE SULF 60MG ER TABS (12H)  NTN/JPD  ORIG  ZYDUS  2.95  104.82  C2  02/28/2016 CMRKMPD  1605936582781999999  CMRKMPD
TARABEIN, R RGAZI NEUROLOGY CLINIC 28150 N MAIN ST DAPHNE, AL 36605
SIG: TK ONE T PO BID PRN  60  60  0  06085991459257003 11
03/23/2016  30  (251) 625-0909  BT4052798

**03/29/2016**
RX 2137860  MORPHINE SULFATE IMM REL 15MG TAB  ECC/ECC  ORIG  ROXANE  2.95  104.82  C2  03/29/2016 CMRKMPD  1608929441931409998  CMRKMPD
TARABEIN, R RGAZI NEUROLOGY CLINIC 28150 N MAIN ST DAPHNE, AL 36605
SIG: TK ONE T PO BID PRP BREAKTHROUGH PAIN  60  60  0  06085301459257010115
03/23/2016  30  (251) 625-0909  BT4052798

**03/29/2016**
RX 2151516  MORPHINE SULF 60MG ER TABS (12H)  CDC/ECC  ORIG  ZYDUS  2.95  16.33  C2  03/29/2016 CMRKMPD  1608929464172069999  CMRKMPD
TARABEIN, R RGAZI NEUROLOGY CLINIC 28150 N MAIN ST DAPHNE, AL 36605
SIG: TK ONE T PO BID PRN  60  60  0  06085931461859160114
04/27/2016  30  (251) 625-0909  BT4052798

**04/28/2016**
RX 2151517  MORPHINE SULFATE IMM REL 15MG TAB  CDC/ECC  ORIG  ROXANE  2.95  104.82  C2  04/28/2016 CMRKMPD  1611935045281369999  CMRKMPD
TARABEIN, R RGAZI NEUROLOGY CLINIC 28150 N MAIN ST DAPHNE, AL 36605
SIG: TK ONE T PO TID PRN  60  60  0  06085904146185460517
04/27/2016  90  30  (251) 625-0909  BT4052798

**04/28/2016**
90  30  ORIG  ROXANE, AL 36605  2.95  25.46  04/28/2016  1611935067621159999  CMRKMPD
BT4052798

| RX NUMBER | DRUG NAME | | | | DRUG MFR | CTL | PLAN |
| --- | --- | --- | --- | --- | --- | --- | --- |
| DOC NAME | DOC ADDRESS | | | | | RX IMAGE ID | |
| ORIG QTY | REFILLS | | RX COMMENTS | | | FILL SOLD DATE | DOC PHONE# DEA# |
| ENTER DATE | ENT/VER | DAYS SUPPLY | CUST AMT | TOT AMT | | CLAIM # | PARTIAL CODE PLAN |
| AUTH NBR | AUTH BY | FILL QTY | REFILL | | | | |

| PAT LAST NAME | FIRST | PAT ADDRESS | PAT PHONE# | BIRTH DATE |
| --- | --- | --- | --- | --- |
| BROCKEL | , BRUCE | 4013 MARYDALE DR MOBILE, AL 36605 | (251)727-8511 | |

```
RX 0928744   OXYCODONE 30MG IMM REL TABLETS        KVK        C2      CMRKMED
COUCH, J 3715 DAUPHIN ST MOBILE, AL 36605                  06507101415620096616   (251)727-8511
SIG: TK 1 T PO Q 6 H FOR 30 DAYS          22
11/08/2014   90   0   22

RX 0933302   OXYCODONE 30MG IMM REL TABLETS        KVK        C2   11/10/2014   CMRKMED
COUCH, J 3715 DAUPHIN ST MOBILE, AL 36605     83.40        06507531180519945112   (251)406-8990   BC4507349
SIG: TK 1 T PO Q 6 H FOR 30 DAYS          ORIG
12/04/2014   90   22

RX 0937908   OXYCODONE 30MG IMMEDIATE REL TABS     ACTAVIS    C2   12/08/2014   CMRKMED
COUCH, J 3715 DAUPHIN ST MOBILE, AL 36605   0.00  50.82   14342333621550639996   06507911420477461611   (251)406-8990   BC4507349
SIG: TK 1 T PO Q 6 H FOR 30 DAYS          ORIG
11/10/2014   90   22

RX 0942508   MORPHINE SULF 100MG ER TABS (12H)     ENDO       C2   01/29/2015   CMRKMED
COUCH, J 3715 DAUPHIN ST MOBILE, AL 36605                  06507461422574079915   (251)406-8990   BC4507349
SIG: TK 1 T PO TID FOR 30 DAYS
01/29/2015   90   0   30

RX 0942509   OXYCODONE 30MG IMMEDIATE REL TABS     ACTAVIS    C2   01/29/2015   CMRKMED
COUCH, J 3715 DAUPHIN ST MOBILE, AL 36605                  06507471422574084 11   (251)406-8990   BC4507349
SIG: TK 1 T PO Q 8 H FOR 30 DAYS
01/29/2015   90   0   30

RX 0942510   GABAPENTIN 800MG TABLETS              GLENMARK   RX   01/29/2015   CMRKMED
COUCH, J 3715 DAUPHIN ST MOBILE, AL 36605                  06507481422574088 16   (251)406-8990   BC4507349
SIG: TK 1 T PO QID
01/29/2015   120   30

RX 0942511   ROZEREM 8MG TABLETS                   TAKEDA     RX   01/29/2015   CMRKMED
COUCH, J 3715 DAUPHIN ST MOBILE, AL 36605   2.65  87.85   15029630244800969999   06507491422574095 16   (251)406-8990   BC4507349
SIG: TK 1 T PO QHS FOR 30 DAYS           FNJ/TJP 1 120   30
01/29/2015   30
```

| RX NUMBER | | | PAT LAST NAME | FIRST | | PAT ADDRESS | | PAT PHONE# BIRTH DATE | |
| DOC NAME | DRUG NAME | | | | | DRUG NFR | CTL PLAN | RX IMAGE ID | DEA# |
| ORIG DATE | DOC ADDRESS | | | | | | | DOC PHONE# | |
| ENTER DATE | QTY | REFILLS | DAYS SUPPLY | RX COMMENTS | | | FILL SOLD DATE | CLAIM # | PARTIAL CODE PLAN |
| AUTH NBR | CIND | ENT/VER | FILL QTY | | | | | | |
| | AUTH BY | | REFILL | | CUST AMT | TOT AMT | | | |

RX 0942512    TIZANIDINE 4MG TABLETS                                    ORIG                    DR.REDDY'S   6.60      243.10    01/29/2015     1502963040742205999    CMRKMPD
COUCH, J 3715 DAUPHIN ST MOBILE, AL 36605                                                                                      RX    CMRKMPD  0650750142257410014
01/29/2015    TK 1 T PO Q 8 H PRN . DO NOT EXCEED 3 DOSES IN 24 H                                                                    (251)406-8990          BC4507349
    90            30
01/29/2015

RX 0942513    TJP/TJP       90              TJP/TJP       90                           ORIG     WATSON       2.65      27.19     01/29/2015     1502963095181139998    CMRKMPD
COUCH, J 3715 DAUPHIN ST MOBILE, AL 36605                                                                                      C3    CMRKMPD  0650751142574110719
01/29/2015    TESTOSTERONE CYP 200MG/ML 10ML                                                                                         (251)406-8990          BC4507349
              SIG: INJECT =ML INTO MUSCLE EVERY WEEK FOR 30 DAYS
01/29/2015    10           1              30

| RX NUMBER | DOC NAME | | | | | PAT PHONE# | BIRTH DATE |
|---|---|---|---|---|---|---|---|
| PAT LAST NAME | FIRST | PAT ADDRESS | | | | PAT PHONE# | BIRTH DATE |
| DRUG NAME | DOC ADDRESS | | DRUG MFR | | CTL | PLAN | RX IMAGE ID |
| ORIG DATE | QTY | REFILLS | DAYS SUPPLY | RX COMMENTS | | DOC PHONE# | DEA# |
| ENTER DATE | CIND | ENT/VER | FILL QTY | | | | |
| AUTH NBR | AUTH BY | | REFILL | CUST AMT | TOT AMT | FILL SOLD DATE | CLAIM # | PARTIAL CODE | PLAN |

BROCKEL          , BRUCE          4013 MARYDALE DR MOBILE, AL 36605          (251)727-8511

RX 0957500  OXYCODONE 30MG IMMEDIATE REL TABS          ACTAVIS          C2          065078914298798113
COUCH, J 3715 DAUPHIN ST MOBILE, AL 36605                                              (251)406-8990     BC4507349
SIG: TK 1 T PO Q 6 H FOR 30 DAYS
04/23/2015          120          0          30

04/24/2015          LSC/LGD          120          ORIG          2.65          110.36          04/24/2015          151143652771117999          CHRKMPD

PAT LAST NAME | FIRST | PAT ADDRESS | PAT PHONE# BIRTH DATE

| RX NUMBER | DRUG NAME | DRUG MFR | CTL | PLAN | RX IMAGE ID |
| DOC NAME | DOC ADDRESS | | | DOC PHONE# | DEA# |
| ORIG DATE | QTY | REFILL | CUST AMT | TOT AMT | FILL SOLD DATE | CLAIM # | PARTIAL CODE PLAN |
| ENTER DATE | REFILLS | | | | | |
| CIND | ENT/VER | FILL QTY | | | | |
| AUTH NBR | AUTH BY | | | | | |

BROCKEL , BRUCE   4013 MARYDALE DR MOBILE, AL 36605   (251) 727-8511

RX 2015754
06/30/2015
OXYCONTIN 30NG CONTROLLED REL TABS
TARABEIN, R 27535 US HIGHWAY 98 DAPHNE, AL 36605
SIG: TK 1 T PO BID PRN FOR 30 DAYS
60   0   0   30   PURDUE   ORIG   C2   CHRKMPD   0608570143570303516   (251) 625-0909   BT4052798

RX 2028300
06/30/2015
OXYCONTIN 30MG CONTROLLED REL TABS
TARABEIN, R 27535 US HIGHWAY 98 DAPHNE, AL 36605
SIG: TK 1 T PO BID PRN FOR 5 DAYS
HMS/EAP
60   10   0   5   6.60   406.09   PURDUE   ORIG   C2   06/30/2015   CHRKMPD   15181626998621299   060852214382795161 7   (251) 625-0909   BT4052798   CHRKMPD

RX 2028301
07/30/2015
ZOLPIDEM 10MG TABLETS
TARABEIN, R 27535 US HIGHWAY 98 DAPHNE, AL 36605
SIG: TK 1 T PO QD HS
07/28/2015
ECC/DNN
10   0   5   1.10   68.10   TEVA   ORIG   C4   07/30/2015   CHRKMPD   152114736856216999   060852314382795191 6   (251) 625-0909   BT4052798   CHRKMPD
07/28/2015

| RX NUMBER | PAT LAST NAME | FIRST | PAT ADDRESS | | PAT PHONE# BIRTH DATE |
| DOC NAME | | DOC ADDRESS | | DRUG MFR | DOC PHONE# DEA# |
| ORIG DATE | DRUG NAME | QTY | REFILLS DAYS SUPPLY | RX COMMENTS | CTL PLAN |
| ENTER DATE CIND | ENT/VER FILL QTY | | REFILL | CUST AMT TOT AMT | FILL SOLD DATE CLAIM # PARTIAL CODE PLAN |
| AUTH NBR AUTH BY | | | | | |

RX 2028302  GABAPENTIN 800MG TABLETS  TEVA  ORIG
TARABEIN, R 27535 US HIGHWAY 98 DAPHNE, AL 36605
07/30/2015
SIG: TK 1 T PO QID FOR 30 DAYS
07/28/2015        120        0        30        0.44        0.30
120                                    ECC/DNN        5        ORIG

07/30/2015 RX CHKRMPD
(251)625-0909 BT4052798
1521147413191118999
06085241438279522111

RX 2028303  TIZANIDINE 4MG TABLETS  DR. REDDY'S  ORIG
TARABEIN, R 27535 US HIGHWAY 98 DAPHNE, AL 36605
07/30/2015
SIG: TK 1 T PO TID FOR 30 DAYS
07/28/2015        120        0        30        2.65        87.85
90                                     ECC/DNN        90        30

07/30/2015 RX CHKRMPD
(251)625-0909 BT4052798
1521147458585218998
06085251438279525510

RX 2028304  OXYCODONE 10MG IMMEDIATE REL TABS  KVK TECH  ORIG
TARABEIN, R 27535 US HIGHWAY 98 DAPHNE, AL 36605
07/30/2015
SIG: TK 1 T PO QD PRE BREAKTHROUGH PAIN
07/28/2015        5        0        5        2.65        27.19
90                                     MES/DNN        90        30

07/30/2015 CHKRMPD
C2 CHKRMPD
(251)625-0909 BT4052798
15211486991308998
06085261438279528816

07/28/2015        5        0        5        0.44        2.31        07/30/2015        1521147549901968999        CHKRMPD
ECC/DNN

| RX NUMBER | DRUG NAME | | | DRUG MFR | CTL | PLAN | RX IMAGE ID | |
| PAT LAST NAME | FIRST | PAT ADDRESS | | | | | PAT PHONE# BIRTH DATE | |
| DOC NAME | DOC ADDRESS | | | | | | DOC PHONE# | DEA# |
| ORIG DATE | QTY | REFILLS | DAYS SUPPLY | RX COMMENTS | | | | |
| ENTER DATE | CIND | ENT/VER | FILL QTY | REFILL | CUST AMT | TOT AMT | FILL SOLD DATE | CLAIM # | PARTIAL CODE | PLAN |
| AUTH NBR | AUTH BY | | | | | | | |

BROCKEL          , BRUCE        4013 MARYDALE DR MOBILE, AL 36605                                        (251)727-8511

RX 1470213      SERTRALINE 50MG TABLETS                              GREENSTONE                    RX        07609461432587094410
LINTON, J 2200 LAKESHORE DRIVE BIRMINGHAM, AL 36605                                                         (205)655-0585
SIG: TK 1 T PO QD
05/25/2015        30         2          0                06152015 RTS                                       BL9278373

| PAT LAST NAME | | FIRST | | PAT ADDRESS | | | PAT PHONE# | BIRTH DATE |
|---|---|---|---|---|---|---|---|---|

| RX NUMBER | DRUG NAME | | | DRUG MFR | | CTL | PLAN | RX IMAGE ID |
|---|---|---|---|---|---|---|---|---|
| DOC NAME | DOC ADDRESS | | | | | | | DOC PHONE# DEA# |
| ORIG DATE | QTY | REFILLS | DAYS SUPPLY | RX COMMENTS | | | | CLAIM # |
| ENTER DATE | CIND | ENT/VER | FILL QTY | | | | | |
| AUTH NBR | AUTH BY | | REFILL | CUST AMT | TOT AMT | FILL SOLD DATE | PARTIAL CODE | PLAN |

RX 1470214   HYDROCODONE/ACETAMINOPHEN 7.5-325 T                    ACTAVIS                        C2    CHKRMED   0760947143258789813
LINTON, J 2200 LAKESHORE DRIVE BIRMINGHAM, AL 36605                                                    (205) 655-0585   BL9278373
SIG: TK 1 T PO  Q 6 H PRN MODERATE P FOR 7 DAYS
05/25/2015        30           0          7
05/25/2015                                                0.61          8.87       05/25/2015    1514557955890'4999       CHKRMED

| | TDJ/KDT | 0 | 30 | ORIG |
|---|---|---|---|---|

| RX NUMBER | DRUG NAME | PAT ADDRESS | DRUG MFR | | | PAT PHONE# | BIRTH DATE |
|---|---|---|---|---|---|---|---|
| DOC NAME / DOC ADDRESS | | | | RX IMAGE ID | | | |
| ORIG DATE | QTY | REFILLS | DAYS SUPPLY | RX COMMENTS | CUST AMT | TOT AMT | FILL SOLD DATE | DOC PHONE# | DEA# | CLAIM # | PARTIAL CODE | PLAN |
| ENTER DATE | CIND | ENT/VER | FILL QTY | | | | | | | | | |
| AUTH NBR | AUTH BY | | | | | | | | | | | |

**PAT LAST NAME:** BROCKEL , BRUCE  4013 MARYDALE DR MOBILE, AL 36605  (251)727-8511

---

**RX 0965536** — HYDROCODONE/ACETAMINOPHEN 7.5-325 T
SIMPSON, S 831C HILLCREST RD MOBILE, AL 36605
ACTAVIS
06/09/2015  90  0  30  — ORIG
SIG: TK 1 T PO Q 8 H PRF PAIN UP TO 10 DAYS
LGD/LGD  2.65  24.80  C2  06/09/2015  CHRKMPD
65507061433086863314  (251)633-4949  BS8273423  CHRKMPD

---

**RX 0968916** — OXYCODONE 10MG IMMEDIATE REL TABS
TARABEIN, R 27535 US HIGHWAY 98 DAPHNE, AL 36605
KVK TECH
06/30/2015  90  0  30  — ORIG
SIG: TK 1 T PO QD PRN FOR BREAKTHROUGH PAIN
JDW/KAM  2.65  24.80  C2  06/09/2015  CHRKMPD
65506093970217998  (251)625-0909  BT4052798  CHRKMPD

---

**RX 0968917** — ZOLPIDEM 10MG TABLETS
TARABEIN, R 27535 US HIGHWAY 98 DAPHNE, AL 36605
TEVA
06/30/2015  30  0  30  — ORIG
SIG: TK 1 T PO QHS
JDW/KAM  2.65  11.35  C4  06/30/2015  CHRKMPD
65507931435659631613  (251)625-0909  BT4052798  CHRKMPD

---

**RX 0968918** — GABAPENTIN 800MG TABLETS
TARABEIN, R 27535 US HIGHWAY 98 DAPHNE, AL 36605
GLENMARK
06/30/2015  120  0  30  — ORIG
SIG: TK 1 T PO QID FOR 30 DAYS
JDW/KAM  1.93  0.00  RX  06/30/2015  CHRKMPD
06507951433569632117  (251)625-0909  BT4052798  CHRKMPD

---

**RX 0968919** — TIZANIDINE 4MG TABLETS
TARABEIN, R 27535 US HIGHWAY 98 DAPHNE, AL 36605
DR. REDDY'S
06/30/2015  120  0  30  — ORIG
SIG: TK 1 T PO TID FOR 30 DAYS
LSC/KAM  2.65  87.85  RX  06/30/2015  CHRKMPD
15181560610604699  06507961435693624917  (251)625-0909  BT4052798  CHRKMPD

06/30/2015  90  30  ORIG  2.65  27.19  06/30/2015  15181560756732054999  CHRKMPD

| RX NUMBER | PAT LAST NAME | FIRST | PAT ADDRESS | | PAT PHONE# | BIRTH DATE |
|---|---|---|---|---|---|---|
| DRUG NAME | DOC NAME | DOC ADDRESS | DRUG MFR | CTL | PLAN | RX IMAGE ID | DEA# | PARTIAL CODE | PLAN |
| ORIG DATE | QTY | REFILLS | CUST AMT | TOT AMT | FILL SOLD DATE | DOC PHONE# | CLAIM # |
| ENTER DATE CIND | ENT/VER FILL QTY | DAYS SUPPLY | RX COMMENTS | REFILL |
| AUTH NBR | AUTH BY | | REFILL |

BROCKEL , BRUCE 4013 MARYDALE DR MOBILE, AL 36605 (251) 727-8511

**RX 1189144** OXYCODONE/ACETAMINOPHEN 10-325MG TB
COUCH, J 28150 N PLAIN ST UNIT 8 DAPHNE, AL 36605 WATSON C2 CMRKMPD 0769171378389062 (251)445-4195 BC4507349
09/04/2013 SLE/TLV 60 10 2.65 39.52 09/04/2013 CMRKMPD
SIG: TK 1 T PO Q 4-6 H PRN
09/04/2013 0

**RX 1194569** MORPHINE SULFATE IMM REL 30MG TAB ORIG ROXANE 2.65 39.52 C2 09/04/2013 CMRKMPD
COUCH, J 28150 N PLAIN ST UNIT 8 DAPHNE, AL 36605 07713247710523311132999 07609521379194670812 (251)445-4195 BC4507349
09/04/2013 SLE/TLV 60 10
SIG: TK 1 T PO QID PRN
08/14/2013 0

**RX 1194570** MORPHINE SULF 60MG ER TABS (12H) ORIG MALLINCKRODT 2.65 32.59 09/16/2013 C2 CMRKMPD
COUCH, J 28150 N PLAIN ST UNIT 8 DAPHNE, AL 36605 1326000737441121999 07609511379396737317 (251)445-4195 BC4507349
09/16/2013 RLJ/RLJ 120 30
SIG: TK 1 T PO Q10D PRN
09/16/2013 0

**RX 1206801** MORPHINE SULF 60MG ER TABS (12H) ORIG MALLINCKRODT 2.65 85.18 09/16/2013 C2 CMRKMPD
COUCH, J 28150 N PLAIN ST UNIT 8 DAPHNE, AL 36605 1326001042461423999 0760956138176475315 (251)445-4195 BC4507349
09/16/2013 RLJ/RLJ 90 30
SIG: TK 1 T PO TID
08/14/2013 0
09/16/2013 RLJ/RLJ 90 30 ORIG
10/14/2013 90 30 ORIG 10/14/2013 CMRKMPD
SIG: TK 1 T PO TID
10/14/2013 0 SHJ/KDT 90 30 1328737399442021999 CMRKMPD

| PAT LAST NAME | FIRST | PAT ADDRESS | | PAT PHONE# BIRTH DATE |
|---|---|---|---|---|
| BROCKEL | , BRUCE | 4013 MARYSDALE DR MOBILE, AL 36605 | | (251) 727-8511 |

| RX NUMBER | DRUG NAME | DRUG MFR | CTL | PLAN | RX IMAGE ID |
| DOC NAME | DOC ADDRESS | | | DOC PHONE# | DEA# |
| ORIG DATE | QTY REFILLS DAYS SUPPLY RX COMMENTS | CUST AMT | TOT AMT | FILL SOLD DATE | CLAIM # PARTIAL CODE |
| ENTER DATE CIND ENT/VER FILL QTY REFILL | | | | | PLAN |
| AUTH NBR AUTH BY | | | | | |

RX 1193751   ZOLPIDEM ER 12.5MG TABLETS
COUCH, J 28150 N PLAIN ST UNIT 8 DAPHNE, AL 36605
SIG: TK 1 T PO QHS
XFER TO STORE:  6507   RX#: 0867936   RPH INIT: LNG   ENT INIT: JDW   11/05/2013
08/19/2013   30   1

09/16/2013          TDJ/RLJ   30            ORIG      ANCHEN                          09/14/2013   13257772818512229 8
COUCH, J 28150 N PLAIN ST UNIT 8 DAPHNE, AL 36605                                                 C4    CMRKMPD    07609321379212 05718      CMRKMPD
SIG: TK 1 T PO QHS                                                                                      07609861384156078513
11/11/2013   120   0   30                                              2.65         131.20          (251) 445-4195   BC4507349

RX 1218993          MORPHINE SULFATE IMM REL 30MG TAB         ORIG      ROXANE                     09/14/2013   C2    CMRKMPD    13132501410491449999      CMRKMPD
COUCH, J 28150 N PLAIN ST UNIT 8 DAPHNE, AL 36605                                                       07609971384150078714
SIG: TK 1 T PO QID                                                                                      (251) 445-4195   BC4507349
11/11/2013   120   0   30                                              2.65         32.59

RX 1218994          MORPHINE SULF 60MG ER TABS (12H)          ORIG      MALLINCKRODT               11/11/2013   C2    CMRKMPD    13131014366212390 8       CMRKMPD
COUCH, J 28150 N PLAIN ST UNIT 8 DAPHNE, AL 36605                                                       07609541386602471 9
SIG: TK 1 T PO TID                                                                                      (251) 445-4195   FC3361374
11/11/2013   90        30                                              2.65         190.79

RX 1230857          LUNESTA 3MG TABLETS                       ORIG      SEPRACOR                   11/11/2013   C4    CMRKMPD    13343366542070999         CMRKMPD
COUCH, J 28150 N PLAIN ST UNIT 8 DAPHNE, AL 36605                                                       07609551386525212 12
SIG: TK ONE T PO ONCE D HS                                                                              (251) 445-4195   FC3361374
12/09/2013   60        60                                              0.00         580.53

RX 1230859          GABAPENTIN 800MG TABLETS                  ORIG      GLENMARK                   12/09/2013   RX    CMRKMPD    13343366581590379998      CMRKMPD
COUCH, J 28150 N PLAIN ST UNIT 8 DAPHNE, AL 36605                                                       07609551386525212
SIG: TK 1 T PO QID PRN                                                                                  (251) 445-4195   FC3361374
12/09/2013   120   1   30                                              0.00         141.77

RX 1230860          MORPHINE SULF 60MG ER TABS (12H)          ORIG      MYLAN                      12/09/2013   C2    CMRKMPD    13343366815903799 98      CMRKMPD
COUCH, J 28150 N PLAIN ST UNIT 8 DAPHNE, AL 36605                                                       07609551386605256517
SIG: TK 1 T PO TID PRN                                                                                  (251) 445-4195   FC3361374
12/09/2013   90        30                                              0.00         193.44

| RX NUMBER | DRUG NAME | | DRUG MFR | CTL | PLAN | RX IMAGE ID | PLAN |
| LOC NAME | DOC ADDRESS | | | | | DEA# | |
| ORIG DATE | QTY | REFILLS | DAYS SUPPLY | RX COMMENTS | | DOC PHONE# | |
| ENTER DATE | CIND | ENT/VER | FILL QTY | REFILL | CUST AMT | TOT AMT | FILL SOLD DATE | CLAIM # | PARTIAL CODE |
| AUTH NBR | AUTH BY | | | | | | | | |

PAT LAST NAME          FIRST          PAT ADDRESS          PAT PHONE# BIRTH DATE

RX 1230861   MORPHINE SULFATE IMM REL 30MG TAB                    ROXANE                    C2       076095713866052601Q
CODE#: J 281150 N PLAIN ST UNIT 6 DAPHNE, AL 36605                                          CHRKMPD  (251)445-4195  FC33611374
SIG:  TK 1 T PO QID PRN
12/09/2013        120        30                              0.00      35.24   12/09/2013   133433672423120999
12/09/2013    RLJ/RLJ   0   120   30   ORIG                                                                    CHRKMPD

RX NUMBER
DOC NAME
ORIG DATE     QTY
ENTER DATE  CIND  ENT/VER
AUTH NBR      AUTH BY

DRUG NAME
DOC ADDRESS
REFILLS  DAYS SUPPLY  RX
FILL QTY  REFILL

PAT LAST NAME          FIRST                    PAT ADDRESS

DRUG MFR          CUST AMT      TOT AMT

CTL     PLAN     RX IMAGE ID     DOC PHONE#     DEA#
FILL SOLD DATE     CLAIM #     PARTIAL CODE     PLAN

PAT PHONE#  BIRTH DATE

BROCKEL,        , BRUCE          4013 MARYDALE DR MOBILE, AL 36605                    (251)727-8511

RX 0867936   ZOLPIDEM ER 12.5MG TABLETS
COUCH, J 28150 N PLAIN ST UNIT 8 DAPHNE, AL 36605
SIG: TK 1 T PO QHS
08/19/2013          30                    30

11/05/2013     JDW/LNG     30     0     30     ORIG     ANCHEN

                                                       2.65     131.20     C4     CHKNPD     65075213836816316     06507349
                                                                                            (251)445-4195     BC4507349

11/05/2013     11/05/2013     13309504748603099     CHKNPD

| RX NUMBER | DRUG NAME | DRUG MFR | CTL | PLAN | RX IMAGE ID |
| --- | --- | --- | --- | --- | --- |
| DOC NAME | DOC ADDRESS | | | | DEA# |
| ORIG DATE | QTY | REFILLS | DAYS SUPPLY | RX COMMENTS | DOC PHONE# |
| ENTER DATE | CIND | ENT/VER | FILL QTY | CUST AMT | TOT AMT | FILL SOLD DATE | CLAIM # |
| AUTH NBR | AUTH BY | REFILL | | | | PARTIAL CODE | PLAN |

PAT LAST NAME          FIRST          PAT ADDRESS                                        PAT PHONE# BIRTH DATE

BROCKEL          , BRUCE          4013 MARYDALE DR MOBILE, AL 36605          (251)727-8511

RX 1278858   CARISOPRODOL 350MG TABLETS                    WATSON                    C4          CMRKMPD    0760954139585666212
COUCH, J 28150 N PLAIN ST UNIT 8 DAPHNE, AL 36605                                                          (251)445-4195    BC4507349
SIG: TK 1 T PO   BID
XFER TO STORE:     0        RX#: 0000000   RPH INIT:                           ENT INIT: KDT   04/27/2014   XFER COMPETITOR WAG 10851
CLOSE CMMTS: PORSHA                                                                              XFER FROM STORE DEA:          RPH INIT: KDT
03/27/2014          60          1          30                                                                      (251)342-0957
03/27/2014          KDT/JRT          60          ORIG                                                               CHRKMPD

RX 1278860   MORPHINE SULFATE IMM REL 30MG TAB             ROXANE     2.55     2.83     03/29/2014    CMRKMPD    140866096380088999
COUCH, J 28150 N PLAIN ST UNIT 8 DAPHNE, AL 36605                                                    C2    CMRKMPD    0760955139595666518
SIG: TK 1 T PO   QID                                                                                               (251)445-4195    BC4507349
03/27/2014          120          0          30

| RX NUMBER | DRUG NAME | DRUG MFR | CTL | PLAN | RX IMAGE ID |
| DOC NAME | DOC ADDRESS | CUST AMT | TOT AMT | FILL SOLD DATE | DOC PHONE# DEA# |
| ORIG DATE QTY REFILLS DAYS SUPPLY | RX COMMENTS | | | CLAIM # | PARTIAL CODE PLAN |
| ENTER DATE CID ENT/VER FILL QTY REFILL | | | | | |
| AUTH NSR AUTH BY | | | | | |
|---|---|---|---|---|---|
| PAT LAST NAME | FIRST | PAT ADDRESS | | PAT PHONE# | BIRTH DATE |

RX 1278861   MORPHINE SULF 60MG ER TABS (12H)   MYLAN   C2   CMRKMPD   076095613955666816
COUCH, J 28150 N PLAIN ST UNIT 8 DAPHNE, AL 36605   (251)445-4195   BC4507349
SIG: TK 1 T PO TID
03/27/2014   90   0   30   ORIG
    90   0   30

RX 1279544   MORPHINE SULF 60MG ER TABS (12H)   MYLAN   C2   CMRKMPD   0760953139609439617
COUCH, J 28150 N PLAIN ST UNIT 8 DAPHNE, AL 36605   (251)445-4195   BC4507349
SIG: TAKE 1 TABLET BY MOUTH THREE TIMES A DAY
03/29/2014   90   0   30   2.55   171.42   03/29/2014   C2 CMRKMPD   140802533428134999
JRT/JRT   90   0   30   ORIG

RX 1279545   MORPHINE SULFATE IMM REL 30MG TAB   ROXANE   C2   CMRKMPD   0760954139609439914
COUCH, J 28150 N PLAIN ST UNIT 8 DAPHNE, AL 36605   (251)445-4195   BC4507349
SIG: TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY
03/29/2014   120   0   30   2.55   35.85   03/29/2014   CMRKMPD   140802533865816599
JRT/JRT   120   0   30   ORIG   CMRKMPD

| RX NUMBER<br>DOC NAME<br>ORIG DATE<br>ENTER DATE<br>AUTH NBR | DRUG NAME<br>DOC ADDRESS<br>QTY  REFILLS  DAYS SUPPLY<br>CIND  ENT/VER  FILL QTY<br>AUTH BY | PNB/PNB<br>REFILL  RX COMMENTS<br>REFILL | DRUG MFR<br>CUST AMT  TOT AMT | CTL  PLAN<br>FILL SOLD DATE | RX IMAGE ID<br>DOC PHONE#<br>CLAIM # | DEA#<br>PARTIAL CODE  PLAN |
|---|---|---|---|---|---|---|
| PAT LAST NAME | PAT ADDRESS | | | | PAT PHONE#  BIRTH DATE | |

BROCKEL , BRUCE    4013 MARYDALE DR MOBILE, AL 36605    (251)727-8511

| RX 0445478<br>COUCH, J 2001 SPRINGHILL AVE. MOBILE, AL 36605<br>SIG: TK 1 T PO TID<br>04/24/2014 | MORPHINE SULF 60MG ER TABS (12H)<br>90    0    30 | PNB/PNB  90<br>ORIG | MALLINCKRODT | C2<br>CHRKMPD | 14117511853221D4099<br>108515013986257D811<br>(251)478-4900  BC4507349 | CHRKMPD |
| RX 0445479<br>COUCH, J 2001 SPRINGHILL AVE. MOBILE, AL 36605<br>SIG: TK 1 T PO QID<br>04/24/2014 | GABAPENTIN 800MG TABLETS<br>120    1    30 | PNB/PNB  120<br>ORIG | GLENMARK<br>2.55    124.92 | 04/27/2014<br>RX    CMRKMPD | 14117512055321689999<br>108515113986266715<br>(251)478-4900  BC4507349 | CHRKMPD |
| RX 0445480<br>COUCH, J 3715 DAUPHIN ST MOBILE, AL 36605<br>SIG: TK 1 T PO BID<br>03/27/2014 | CARISOPRODOL 350MG TABLETS<br>60    0    30 | PNB/PNB  60<br>ORIG | WATSON<br>2.55    2.83 | 04/27/2014<br>C4    CMRKMPD | 14117519334691148999 | CMRKMPD |

MORPHINE SULF 60MG ER TABS (12H)    90    0    30    2.55    171.42

| RX NUMBER | DRUG NAME | | DRUG MFR | CTL | PLAN | RX IMAGE ID | | |
| DOC NAME | DOC ADDRESS | | | | DOC PHONE# | DEA# | | |
| ORIG DATE | QTY | REFILLS | DAYS SUPPLY | RX COMMENTS | | | | |
| ENTER DATE | C2ND | ENT/VER | FILL QTY | REFILL | | FILL SOLD DATE | CLAIM # | PARTIAL CODE | PLAN |
| AUTH NBR | | AUTH BY | | CUST AMT | TOT AMT | | | |

BROCKEL , BRUCE    4013 MARYDALE DR MOBILE, AL 36605    (251)727-8511

RX 1553245   MORPHINE SULFATE INM REL 30MG TAB         ROXANE              C2   VIVAMPD  060855/11347896657317
COUCH, J 2001 SPRINGHILL AVE. MOBILE, AL 36605                                           (251)478-4900  BC457349
SIG: TK 1 T PO TID
09/17/2012        90         0         30
09/17/2012     MNJ/SLB     90        30       ORIG        2.60   21.83   09/17/2012   12261385975146999   VIVAMPD

| PAT LAST NAME | PAT FIRST | | | PAT ADDRESS | | | | PAT PHONE# | BIRTH DATE |
|---|---|---|---|---|---|---|---|---|---|

| RX NUMBER | DRUG NAME | | | | DRUG MFR | | CTL | PLAN | RX IMAGE ID | |
| DOC NAME | DOC ADDRESS | | | | | | | | DOC PHONE# | DEA# |
| ORIG DATE | QTY | REFILLS | DAYS SUPPLY | | | | | | | |
| ENTER DATE | CIND | ENT/VER | FILL QTY | RX COMMENTS | CUST AMT | TOT AMT | FILL SOLD DATE | CLAIM # | PARTIAL CODE | PLAN |
| AUTH NBR | | AUTH BY | REFILL | | | | | | | |

BROCKEL          , BRUCE          4013 MARYDALE DR MOBILE, AL 36605          (251)727-8511

| RX 1594786 | MORPHINE SULFATE IMM REL 30MG TAB | | | ROXANE | | | C2 | VIVAMPD | 0608534135517843311 | |
| COUCH, J 2001 SPRINGHILL AVE. MOBILE, AL 36605 | | | | | | | | | (251)478-4900 | BC4507349 |
| 12/10/2012 | 90 | 0 | 30 | | | | | | | |
| 12/10/2012 | DNN/SLB | 90 | ORIG | | 2.60 | 21.83 | 12/10/2012 | 1234538917481219999 | | VIVAMPD |

| RX 1594787 | MORPHINE SULF 60MG ER TABS (12H) | | | MALLINCKRODT | | | C2 | VIVAMPD | 0608531135517849911 | |
| COUCH, J 2001 SPRINGHILL AVE. MOBILE, AL 36605 | | | | | | | | | (251)478-4900 | BC4507349 |
| 12/10/2012 | 90 | 0 | 30 | | | | | | | |
| 12/10/2012 | DNN/SLB | 90 | ORIG | | 2.60 | 76.57 | 12/10/2012 | 1234538931931920999 | | VIVAMPD |

| RX 1594788 | OXYCODONE/ACETAMINOPHEN 10-325MG TB | | | WATSON | | | C2 | VIVAMPD | 0608536135517855512 | |
| COUCH, J 2001 SPRINGHILL AVE. MOBILE, AL 36605 | | | | | | | | | (251)478-4900 | BC4507349 |
| 12/10/2012 | 40 | 0 | 7 | | | | | | | |
| 12/10/2012 | DNN/SLB | 40 | ORIG | | 2.60 | 23.21 | 12/10/2012 | 1234538950691116999 | | VIVAMPD |

SIG: TK 1 T PO TID
SIG: TK 1 T PO TID
SIG: TK 1 TO 2 TS PO Q 4 TO 6 H PRN P

REPORT: RX4520   06/01/14   ALL WALGREENS PURGED DATA FOR STORE 06803   PAGE: 00001

| RX NUMBER | DRUG NAME | | | DRUG MFR | CUST AMT | TOT AMT | CTL | PLAN | RX IMAGE ID | PARTIAL CODE |
| DOC NAME | DOC ADDRESS | | | | | | | | DOC PHONE# | DEA# |
| ORIG DATE | QTY | REFILLS | DAYS SUPPLY | RX COMMENTS | | | | FILL SOLD DATE | CLAIM # | PLAN |
| ENTER DATE | CIND | ENT/VER | FILL QTY | REFILL | | | | | | |
| AUTH NBR | | AUTH BY | | | | | | | | |

PAT LAST NAME ____ FIRST ____ PAT ADDRESS ____ PAT PHONE# BIRTH DATE

BROCKEL , BRUCE     4013 MARYDALE DR MOBILE, AL 36605     (251)727-8511

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| RX 1594781 | ZOLPIDEM ER 12.5MG TABLETS | | | ANCHEN | | | C4 | CMRKMPD | 06085331351157783718 | VIVAMED |
| COUCH, J 2001 SPRINGHILL AVE. MOBILE, AL 36605 | | | | | | | | | (251)478-4900 | BC4507349 |
| 12/10/2012 | 30 | 1 | 30 | | | 136.27 | | 12/10/2012 | 1234538739652116999 | |
| 02/01/2013 | RNW/SLB | DNN/DNN | | ORIG | | | | | | |
| SIG: TK ONE T PO HS PRE SLP | | | | | | | | | | |
| 12/10/2012 | | | | | | | | | | |

| RX 1622653 | MORPHINE SULFATE IMM REL 30MG TAB | | | ROXANE | 2.65 | 136.22 | C2 | CMRKMPD | 1301323599360719999 | CMRKMPD |
| COUCH, J 2001 SPRINGHILL AVE. MOBILE, AL 36605 | | | | | 2.60 | 136.27 | | 02/01/2013 | 06085161135999999211 | |
| 01/07/2013 | 90 | 0 | 30 | | | | | | (251)478-4900 | BC4507349 |
| 02/04/2013 | RNW/SLB | 0 | | ORIG RFL001 | | | | | | |
| SIG: TK 1 T PO TID | | | | | | | | | | |
| 01/07/2013 | | | | | | | | | | |

| RX 1622654 | MORPHINE SULF 60MG ER TABS (12H) | | | MALLINCKRODT | 2.65 | 24.09 | C2 | CMRKMPD | 1303542216720659999 | CMRKMPD |
| COUCH, J 2001 SPRINGHILL AVE. MOBILE, AL 36605 | | | | | | | | 02/04/2013 | 06085171359995995715 | |
| 02/04/2013 | 90 | 0 | 30 | | | | | | (251)478-4900 | BC4507349 |
| 02/04/2013 | CJL/AMC | 0 | | ORIG | | | | | | |
| SIG: TK 1 T PO TID | | | | | | | | | | |
| 02/04/2013 | | | | | | | | | | |

| RX 1637037 | OXYCODONE 15MG* IMMEDIATE REL TABS | | | ACTAVIS | 2.65 | 76.52 | C2 | CMRKMPD | 1303542226851000999 | CMRKMPD |
| COUCH, J 2001 SPRINGHILL AVE. MOBILE, AL 36605 | | | | | | | | 02/04/2013 | 06085113624179381 4 | |
| 03/04/2013 | 90 | 0 | 30 | | | | | | (251)478-4900 | BC4507349 |
| 03/04/2013 | CJL/AMC | 0 | | ORIG | | | | | | |
| SIG: TK 1 T PO TID | | | | | | | | | | |
| 03/04/2013 | | | | | | | | | | |

| RX 1637038 | MORPHINE SULF 60MG ER TABS (12H) | | | MALLINCKRODT | 2.65 | 37.08 | C2 | CMRKMPD | 1306341154540864999 | CMRKMPD |
| COUCH, J 2001 SPRINGHILL AVE. MOBILE, AL 36605 | | | | | | | | 03/04/2013 | 06085141362417939410 | |
| 03/04/2013 | 90 | 0 | 30 | | | | | | (251)478-4900 | BC4507349 |
| 03/04/2013 | RNW/EAP | 0 | | ORIG | | | | | | |
| SIG: TK 1 T PO TID | | | | | | | | | | |
| 03/04/2013 | | | | | | | | | | |

| | 90 | | 30 | | 2.65 | 76.52 | | 03/04/2013 | 1306341158640683999 | CMRKMPD |

REPORT: RX0520          AL WALGREENS PURDUE DATA FOR STORE: 07003          PAGE: 130064
08/01/14

| RX NUMBER DOC NAME ORIG DATE ENTER DATE AUTH NBR | PAT LAST NAME DRUG NAME QTY CND | PAT ADDRESS DOC ADDRESS REFILLS ENT/VER AUTH BY | DRUG MFR REFILL DAYS SUPPLY FILL QTY REFILL | RX COMMENTS | CUST AMT | TOT AMT | CTL PLAN FILL SOLD DATE | RX IMAGE ID DOC PHONE# CLAIM # | PARTIAL CODE PLAN |
|---|---|---|---|---|---|---|---|---|---|

BROCKEL    , BRUCE        4013 MARYDALE DR MOBILE, AL 36605        (251)727-8511

RX 1120587  OXYCODONE/ACETAMINOPHEN 10-325MG TB
COUCH, J 2001 SPRINGHILL AVE. MOBILE, AL 36605
SIG: TAKE 1 TABLET BY MOUTH 3 TIMES A DAY
03/29/2013   30   0   10   ORIG   WATSON   2.65   17.01   C2   03/29/2013   CHRKMPD   1308815647401125999
0760958113648813791 (251)478-4900   BC4507349   CHRKMPD

RX 1122249  MORPHINE SULF 60MG ER TABS (12H)
COUCH, J 2001 SPRINGHILL AVE. MOBILE, AL 36605
SIG: TAKE 1 T PO TID
03/04/2013   90   0   30   ORIG   MALLINCKRODT   2.65   76.52   C2   04/01/2013   CHRKMPD   1309203033631226999
0760958136480811816 (251)478-4900   BC4507349   CHRKMPD

RX 1122250  OXYCODONE 15MG* IMMEDIATE REL TABS
COUCH, J 2001 SPRINGHILL AVE. MOBILE, AL 36605
SIG: TAKE 1 T PO TID PRN
03/04/2013   90   0   30   ORIG   ACTAVIS   2.65   76.52   C2   04/01/2013   CHRKMPD   1309203031341126999
0760958136480811816 (251)478-4900   BC4507349   CHRKMPD

RX 1134051  MORPHINE SULF 60MG ER TABS (12H)
COUCH, J 2001 SPRINGHILL AVE. MOBILE, AL 36605
SIG: TK 1 T PO TID
04/01/2013   90   0   30   ORIG   MALLINCKRODT   2.65   37.08   C2   04/01/2013   CHRKMPD   13092030361761442999
0760933136720459871   0 (251)478-4900   BC4507349   CHRKMPD

RX 1134052  MORPHINE SULFATE IMM REL 30MG TAB
COUCH, J 2001 SPRINGHILL AVE. MOBILE, AL 36605
SIG: TK 1 T PO QID PRN
04/29/2013   120   0   30   ORIG   ROXANE   2.65   76.52   C2   04/29/2013   CHRKMPD   13119344728509099
0760934136724598913 (251)478-4900   BC4507349   CHRKMPD

04/29/2013   120   30   2.65   32.59   04/29/2013   13119345014403B999   CHRKMPD

REPORT: RXW52U    11/04/14    AL WALGREENS FORGED DATA FOR 31X05  1/005    FROM: 11/1/13

| RX NUMBER | DRUG NAME | DRUG MFR | | | | PAT PHONE# BIRTH DATE |
|---|---|---|---|---|---|---|
| PAT LAST NAME | FIRST | | PAT ADDRESS | | | |
| DOC NAME | DOC ADDRESS | | | | RX IMAGE ID | |
| ORIG DATE | QTY | REFILLS | DAYS SUPPLY | RX | CTL PLAN | DOC PHONE# DEA# |
| ENTER DATE | CIND | ENT/VER | FILL QTY | REFILL | | |
| AUTH NBR | AUTH BY | | | | FILL SOLD DATE | CLAIM # PARTIAL CODE PLAN |

BROCKEL     , BRUCE     4013 MARYDALE DR MOBILE, AL 36605     (251)727-0511

RX 1134050   ZOLPIDEM ER 12.5MG TABLETS   ANCHEN    C4   CMRKMPD   0760932136724598418
COUCH, J 2001 SPRINGHILL AVE. MOBILE, AL 36605      (251)478-4900   BC4507349
SIG: TK ONE T PO HS PRN SLP
04/29/2013   30   1   30

RX 1134053   CARISOPRODOL 350MG TABLETS   WATSON   2.65   136.22   04/29/2013   CMRKMPD   1311934454501334999
04/29/2013   SHJ/CRH   30   ORIG   2.65   136.22   05/31/2013   CMRKMPD   1315174239951104999
05/31/2013   FNA/FNA   30   RFL001     C4   CMRKMPD   0760935136724599211
COUCH, J 2001 SPRINGHILL AVE. MOBILE, AL 36605      (251)478-4900   BC4507349
SIG: TK 1 T PO BID
   60

RX 1147007   MORPHINE SULFATE IMM REL 30MG TAB   ROXANE   1.41   4.22   06/29/2013   CMRKMPD   1311934517660969999
04/29/2013   SHJ/SCM   60   ORIG   1.41   4.22   05/27/2013   CMRKMPD   1314705575566114999
05/27/2013   CMA/CMA   60   RFL001     C2   CMRKMPD   0760941136974509615
COUCH, J 2001 SPRINGHILL AVE. MOBILE, AL 36605      (251)478-4900   BC4507349
SIG: TK 1 T PO 3 TO 4 TIMES D
04/29/2013   120   0   30

RX 1147008   GABAPENTIN 800MG TABLETS   CAMBER   2.65   32.59   05/28/2013   CMRKMPD   1314828626641222998
05/28/2013   TLV/TLV   120   ORIG     RX   CMRKMPD   0760940136974569312
COUCH, J 2001 SPRINGHILL AVE. MOBILE, AL 36605      (251)478-4900   BC4507349
SIG: TK 1 T PO QID
04/29/2013   120   1   30

| RX NUMBER | DRUG NAME | QTY | CIND | RX COMMENTS | DRUG MFR | CUST AMT | TOT AMT | CTL | FILL SOLD DATE | RX IMAGE ID / CLAIM # | DEA# | PARTIAL CODE PLAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RX 1147672 05/28/2013 05/29/2013 | MORPHINE SULF 60MG ER TABS (12H) | 90 | SH3/TLV 120 ORIG | SIG: TK 1 T PO TID | MALLINCKRODT | 2.65 | 125.07 | C2 | 05/28/2013 CHRKMPD | 1314828663411322999 0760972113698491314 (251)478-4900 | BC4507349 | CHRKMPD |
| RX 1158198 05/29/2013 | CARISOPRODOL 350MG TABLETS | 60 | SH3/TLV 90 ORIG | SIG: TK 1 T PO BID UTD BY YOUR PHYSICIAN | WATSON | 2.65 | 76.52 | C4 | 05/29/2013 CHRKMPD | 1314945886111135999 0760915137208236612 (251)478-4900 | BC4507349 | CHRKMPD |
| RX 1161105 06/24/2013 | ZOLPIDEM ER 12.5MG TABLETS | 30 | LPC/RLJ 60 ORIG | SIG: TK 1 T PO QHS | ANCHEN | 2.65 | 2.98 | C4 | 06/24/2013 CHRKMPD | 1317533084305093998 0760980137264999013 (251)478-4900 | BC4507349 | CHRKMPD |
| RX 1181199 06/24/2013 07/22/2013 | MORPHINE SULFATE IMM REL 30MG TAB | 60 | CMA/CMA 60 RFL001 | SIG: TK 1 T PO THREE TO FOUR TIMES D | ROXANE | 2.65 2.65 | 2.98 2.98 | C2 | 06/24/2013 07/22/2013 CHRKMPD | 1320305821601322999 0760916137220829311 (251)478-4900 | BC4507349 | CHRKMPD CHRKMPD |
| RX 1169518 07/22/2013 | MORPHINE SULF 60MG ER TABS (12H) | 90 | CMA/CMA 90 ORIG | SIG: TAKE 1 TABLET BY MOUTH 3 TIMES A DAY | MALLINCKRODT | 2.65 | 76.52 | C2 | 07/22/2013 CHRKMPD | 1320305765521147999 0760946137474786515 (251)478-4900 | BC4507349 | CHRKMPD |

COUCH, J 2001 SPRINGHILL AVE. MOBILE, AL 36605

REPORT: RX0260                    02/08/12                    AL WALGREENS PHARMACY DATA FOR STORE 03111                    PAGE: 26.30

PAT LAST NAME          FIRST                                                                    PAT PHONE# BIRTH DATE

PAT ADDRESS                                                                                     PAT PHONE# BIRTH DATE

RX NUMBER   DRUG NAME                                    DRUG MFR                    CTL  PLAN   RX IMAGE ID
DOC NAME    DOC ADDRESS                                                                         DOC PHONE#    DEA#
ORIG DATE   QTY  REFILLS  DAYS SUPPLY  RX COMMENTS                                   FILL SOLD DATE   CLAIM #   PARTIAL CODE  PLAN
ENTER DATE  CIND ENT/YER  FILL QTY  REFILL  CUST AMT  TOT AMT
AUTH NBR    AUTH BY

BROCKEL          , BRUCE               4013 MARYDALE DR MOBILE, AL 36605                         (251)727-8511

RX 0547739    GABAPENTIN 600MG TABLETS              GLENMARK              RX:  BADVMPD     0760994127638323415
JANUSH, R 350 TAYLOR ROAD MONTGOMERY, AL 36605                                    (334)260-8988    BJ5063639
SIG: TK 1/2 T PO TID AND 1= TS PO HS
XFER TO STORE:  0   RX#: 0000000   RPH INIT:            ENT INIT: WAB   08/20/2010   XFER FROM STORE DEA:   RPH INIT: WAB
CLOSE CMNTS: STEVE                                                                 XFER COMPETITOR CVS    (251)471-2591
05/11/2010              90              30

07/12/2010   CWW/WAB    90     ORG      6.00     37.17    07/12/2010   10193509165400399    BADVMPD

REPORT: RX0920    02/01/12    ALL WALGREENS FORCED DATA FOR STORE 07003

| PAT LAST NAME | FIRST | PAT ADDRESS | | PAT PHONE# BIRTH DATE |
|---|---|---|---|---|
| RX NUMBER | DRUG NAME | DRUG MFR | CTL PLAN | RX IMAGE ID |
| | DOC NAME DOC ADDRESS | | | DOC PHONE# DEA# |
| ORIG DATE | QTY REFILLS DAYS SUPPLY | RX COMMENTS | FILL SOLD DATE | CLAIM # PARTIAL CODE PLAN |
| ENTER DATE | CTIND ENT/VER FILL QTY REFILL | CUST AMT | TOT AMT | |
| AUTH NBR | AUTH BY | | | |

BROCKEL , BRUCE          4013 MARYDALE DR MOBILE, AL 36605          (251)727-8511

RX 0743931   METHADONE 10MG TABLETS          ROXANE          C2   BADVMPD   0760945128913503616
JANUSH, R 350 TAYLOR ROAD MONTGOMERY, AL 36605          (334)260-8986   BJ5063639
SIG: TK 2 TS PO Q 8 H. MAX OF 8 TS PER DAY
10/23/2010   240          0   40
10/26/2010   240   ORIG          12.00   19.57   10/26/2010   102996589077006999   BADVMPD

REPORT: RXNU?U                    US/UI/12        ALL WALGREENS FORGED DATA FOR SLOBE U/UUS

| PAT LAST NAME | PAT FIRST NAME | PAT ADDRESS | | PAT PHONE# BIRTH DATE |
|---|---|---|---|---|

FIRST

| RX NUMBER | DRUG NAME | | DRUG MFR | | CTL | PLAN | RX IMAGE ID | DEA# |
|---|---|---|---|---|---|---|---|---|
| DOC NAME | DOC ADDRESS | | | | | DOC PHONE# | | |
| ORIG DATE | QTY REFILLS DAYS SUPPLY RX COMMENTS | | | | | | | |
| ENTER DATE CIND ENT/VER FILL QTY REFILL CUST AMT | | | TOT AMT | FILL SOLD DATE | | | CLAIM # PARTIAL CODE PLAN | |
| AUTH NBR AUTH BY | | | | | | | | |

BROCKEL            ,  BRUCE        4013 MARYDALE DR MOBILE, AL 36605                    (251)727-8511

RX 0796795    ZOLPIDEM 10MG TABLETS                MYLAN                          C4          ALBCMPD    0991498129400435514
JANUSH, R 350 TAYLOR ROAD MONTGOMERY, AL 36605                                                          (334)260-8988    BJ5063639
SIG: TK 1 T PO QHS
10/04/2010           30

03/05/2011           30              ORIG          2.19          0.00    03/05/2011    ALBCMPD    1106454290410065995
03/05/2011    CRC/AHR               REL001                       0.00                            (334)260-8988    BJ5063639

RX 0796806    MORPHINE SULFATE ER 30MG TABLETS     MALLINCKRODT                   C2          ALBCMPD    0760932129935923119
COUCH, J 2001 SPRINGHILL AVE. MOBILE, AL 36605                                                          (251)478-4900    BC4507349
SIG: TK 1 T PO BID
02/28/2011           60

03/05/2011           60              ORIG          2.72                  03/05/2011    ALBCMPD    1106454290410065994      R
03/05/2011    CRC/AHR        25      REL001                      17.31    03/08/2011    ALBCMPD    0760932129935923119      C
                                                                                                (251)478-4900    BC4507349

RX 0796807    MORPHINE SULFATE IMM REL 15MG TAB    ROXANE                         C2          ALBCMPD    1106454590750010998
COUCH, J 2001 SPRINGHILL AVE. MOBILE, AL 36605                                                          0760935129935927219
SIG: TK 1 T PO BID TO TID                                                                               (251)478-4900    BC4507349
02/28/2011           90

                                                       45

REPORT: RX05240        03/01/11        ALL WALGREENS PHARMACY HELD FOR SIGNS VIEWS

| PAT LAST NAME | FIRST | | PAT ADDRESS | | | PAT PHONE# BIRTH DATE | |
|---|---|---|---|---|---|---|---|

| RX NUMBER | DRUG NAME | | DRUG MFR | | CTL | PLAN | RX IMAGE ID |
|---|---|---|---|---|---|---|---|
| DOC NAME | DOC ADDRESS | | | | | | DOC PHONE# DEA# |
| ORIG DATE | QTY | REFILLS | DAYS SUPPLY | RX COMMENTS | CUST AMT | TOT AMT | FILL SOLD DATE CLAIM # |
| ENTER DATE C/IND | ENT/VER | FILL QTY | REFILL | | | | PARTIAL CODE PLAN |
| AUTH NBR | AUTH BY | | | | | | |

| 03/05/2011 | CRC/AHR | 90 | ORIG | 13.39 | 0.00 | 03/05/2011 | 110645598348015999 | ALBCHPD |
|---|---|---|---|---|---|---|---|---|

| REFILL REQUEST | | 02/03/12 | RE: PROCESSING REFILL REQUEST FOR STORE 0000 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| PAT LAST NAME | | FIRST | PAT ADDRESS | | | PAT PHONE# BIRTH DATE |

| RX NUMBER | DRUG NAME | | DRUG MFR | CTL | PLAN | RX IMAGE ID |
| --- | --- | --- | --- | --- | --- | --- |
| DOC NAME | DOC ADDRESS | | | | DOC PHONE# | DEA# |
| ORIG DATE | QTY | REFILLS DAYS SUPPLY | RX COMMENTS | | | |
| ENTER DATE CIND | ENT/VER | FILL QTY | REFILL | TOT AMT | FILL SOLD DATE | CLAIM # PARTIAL CODE PLAN |
| AUTH NBR | AUTH BY | | CUST AMT | | | |

BROCKEL          , BRUCE                4013 MARYDALE DR MOBILE, AL 36605                                                    (251)727-8511

RX 0700062    ZOLPIDEM 10MG TABLETS                         TEVA                                    C4      ALBCMPD    0991498129400433514
JANUSH, R 350 TAYLOR ROAD MONTGOMERY, AL 36605                                                             (334)260-8988    BJ5063639
SIG: TK 1 T PO QHS
XFER TO STORE: 7609    RX#: 0796795    RPH INIT: AHR    ENT INIT: STJ  03/05/2011    XFER FROM STORE DEA: BW7173242    RPH INIT: HAL
10/04/2010        30             1            30

02/03/2010        30          DIS/BJG        30          ORIG       5.74       0.00    02/03/2011    11034638599102I1999              ALBCMPD

| PAT LAST NAME | FIRST | PAT ADDRESS | | PAT PHONE# BIRTH DATE |
|---|---|---|---|---|

| RX NUMBER | DRUG NAME | | | | CTL | PLAN | | |
|---|---|---|---|---|---|---|---|---|
| DOC NAME | DOC ADDRESS | | DRUG MFR | | | DOC PHONE# | DEA# | RX IMAGE ID |
| ORIG DATE | QTY | REFILLS | DAYS SUPPLY | RX COMMENTS | | | | |
| ENTER DATE | CIND | ENT/VER | FILL QTY | REFILL | CUST AMT | TOT AMT | FILL SOLD DATE | CLAIM # | PARTIAL CODE | PLAN |
| AUTH NBR | AUTH BY | | | | | | | |

BROCKEL            , BRUCE            4013 MARYDALE DR MOBILE, AL 36605                    (251)727-8511

RX 1181623    ZOLPIDEM 10MG TABLETS                                                C4
JANUSH, R 350 TAYLOR ROAD MONTGOMERY, AL 36605          TEVA              BADVMPD    0925685126418094519    (251)727-8511
SIG: TK 1 T PO QHS PRN                                                              (334)260-8998    BJ5063639
01/22/2010        30                          30
                  30        ORIG              4.84        0.00        03/21/2010    1008059008530011999

03/21/2010        CCH/DMD        30                                                                    BADVMPD

REPORT: RXQ520          08/05/11          ALL WALGREENS PHARMACY DATA FOR STORE #xxxxx          FROM: xxxx

| PAT LAST NAME | FIRST | | PAT ADDRESS | | | PAT PHONE# BIRTH DATE |

| RX NUMBER | DRUG NAME | | DRUG MFR | | CTL | PLAN | RX IMAGE ID |
| DOC NAME | DOC ADDRESS | | | | | | DEA# |
| ORIG DATE | QTY | REFILLS | DAYS SUPPLY | RX COMMENTS | | DOC PHONE# | |
| ENTER DATE | C2ND | ENT/VER | FILL QTY | REFILL | CUST AMT | TOT AMT | FILL SOLD DATE | CLAIM # | PARTIAL CODE | PLAN |
| AUTH NBR | AUTH BY | | | | | | |

BROCKEL          , BRUCE          4013 MARYDALE DR MOBILE, AL 36605          (251) 727-8511

RX 0395615     ZOLPIDEM 10MG TABLETS          TEVA          C4     BADVMPD     0925685126418094519
JANUSH, R 350 TAYLOR ROAD MONTGOMERY, AL 36605          (334)260-8968     BJ5063639
SIG: TK 1 T PO  QHS PRN
XFER TO STORE:  6085     RX#: 1161623     RPH INIT: DMD     ENT INIT: CCH  03/21/2010
01/22/2010          30          1          30     XFER FROM STORE DEA: BW8880622     RPH INIT: JCB

02/20/2010          30          ORIG          4.84          0.00     02/20/2010     10051534256005999          BADVMPD

AT WALGREENS FOLDED HERE FOR SLOPE V52CU

RX NUMBER    DRUG NAME                                      DRUG MFR                    CTL    PLAN    RX IMAGE ID
DOC NAME     DOC ADDRESS                                                                       DOC PHONE#    DEA#
ORIG DATE    QTY    REFILLS    DAYS SUPPLY    RX COMMENTS                          RX
ENTER DATE   CIND   ENT/VER    FILL QTY    REFILL    COST AMT    TOT AMT    FILL SOLD DATE    CLAIM #    PARTIAL CODE    PLAN
AUTH NBR     AUTH BY

PAT LAST NAME                FIRST                    PAT ADDRESS                                                   PAT PHONE# BIRTH DATE

BROCKEL              , BRUCE              4013 MARYDALE DR MOBILE, AL 36605                                         (251)727-8511

RX: 0869113    SERTRALINE 100MG TABLETS              GREENSTONE                      RX:    BADVMPD    0925641264101539318
JANUSH, R 350 TAYLOR ROAD MONTGOMERY, AL 36605                                                   (334)260-8988    BJ50063639
STG: TK 1 T PO  BID ( QAM AND NOON) DISCONTINUE PREVIOUS
XFER TO STORE:    0    RX#: 0000000  RPH INIT:                                                   RPH INIT: MLG
CLOSE CMNTS: TO JON              ENT INIT: MLG    03/23/2010    XFER FROM STORE DEA:             (251)471-2591
01/20/2010       60              4              30

01/21/2010       NNH/JRW    60         ORIG                       01/21/2010    1002148733138010999              BADVMPD
02/18/2010       AME/DBK    60         REL001                     02/18/2010    100495014987009999              BADVMPD
RX: 0869734    ZOLPIDEM 10MG TABLETS    TEVA    3.00    5.77      C4    BADVMPD    0925685126418094519
JANUSH, R 350 TAYLOR ROAD MONTGOMERY, AL 36605                                                   (334)260-8988    BJ50063639
STG: TK 1 T PO  QHS PRN
XFER TO STORE:    2203    RX#: 0395615  RPH INIT: CMW  ENT INIT: DLT  02/20/2010    XFER FROM STORE DEA: BW9061172  RPH INIT: JRW
01/22/2010       30         2              30

| RX NUMBER | DRUG NAME | QTY | DDW/DBR | REFILLS | DAYS SUPPLY | RX COMMENTS | DRUG MFR | CUST AMT | TOT AMT | CTL | PLAN | FILL SOLD DATE | DOC PHONE# | FX IMAGE ID | DEA# | CLAIM# | PARTIAL CODE | PLAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**PAT LAST NAME** FIRST **PAT ADDRESS** **DRUG MFR** CUST AMT TOT AMT CTL PLAN FILL SOLD DATE DOC PHONE# FX IMAGE ID DEA# CLAIM# PARTIAL CODE PLAN

---

01/22/2010  RX 0884422  OXYCODONE/APAP 10MG/325MG  30  RNH/JRW  ORIG  WATSON  4.84  0.00  01/22/2010  C2  BADVMPD  1002241011949009999  (334)260-8968  0925672126652294819  BJ5063639
JANUSH, R 350 TAYLOR ROAD MONTGOMERY, AL 36605
02/18/2010  45  22
SIG: TAKE ONE TABLET BY MOUTH EVERY TWELVE TO TWENTY-FOUR HOURS AS DIRECTED

02/18/2010  RX 0884506  SIMVASTATIN 40MG TABLETS  30  DDW/DBR  45  ORIG  LUPIN  6.00  31.33  02/18/2010  RX  BADVMPD  1004950281410059999  0925622126652714218  (334)585-6421  AM2131667
MEADOWS, R 217 DOTHAN ROAD ABBEVILLE, AL 36605
02/24/2009  30  30
SIG: TK ONE T PO ONCE D

02/18/2010  RX 0884507  ALBUTEROL 0.083% INH SOLN 60 X 3ML  30  KRC/TKM  0  ORIG  NEPHRON  3.00  3.33  02/18/2010  RX  BADVMPD  1004954916460089999  0925623126652714712  (334)347-3404  BH3901027
HARRELSON, R 101 PROFESSIONAL LN ENTERPRISE, AL 36605
11/05/2009  360  0
SIG: USE ONE VIAL PER NEBULIZER QID UTD

RX 0884508  GABAPENTIN 600MG TABLETS  90  KRC/TKM  0  ORIG  GLENMARK  RX  BADVMPD  0925624126652715217  (334)585-6421  AM2131667
MEADOWS, R 217 DOTHAN ROAD ABBEVILLE, AL 36605
08/09/2009  90  30
SIG: TK ONE T PO TID

02/18/2010  RX 0885022  PROAIR INHALER (200 PUFFS) 8.5GM  KRC/TKM  ORIG  IVAX  6.00  37.17  02/21/2010  RX  BADVMPD  1004954977114005999  0925623126660914711  (334)585-6421  AM2131667
MEADOWS, R 217 DOTHAN ROAD ABBEVILLE, AL 36605
02/19/2010  1 PUFFS PO QID PRN
SIG: INHALE 2 PUFFS PO QID PRN
XFER TO STORE: 7609  RX#: 0637966  RPH INIT: CDA  ENT INIT: CDA  03/11/2010

02/19/2010  RX 0885719  METHADONE 10MG TABLETS  240  JAR/MLG  25  ORIG  MALLINCKRODT  35.00  4.92  02/19/2010  C2  BADVMPD  1005050283010079999  0925632667939383312  (334)260-8988  BJ5063639
JANUSH, R 350 TAYLOR ROAD MONTGOMERY, AL 36605
02/21/2010  240
SIG: TK 2 TS PO Q 6 H
XFER FROM STORE DEA#: BW9061172  RPH INIT: JRW

02/21/2010  RX 0885720  BUSPIRONE 10MG TABLETS  240  RGA/JRW  240  ORIG  MYLAN  12.00  19.57  02/21/2010  RX  BADVMPD  1005261500780069997  0925634126679338016  (334)260-8988  BJ5063639
JANUSH, R 350 TAYLOR ROAD MONTGOMERY, AL 36605
02/21/2010  40
SIG: TK 2 TS PO QAM AND 2 TS AT NOON FOR 10 DAYS AND THEN TK THREE TS PO QAM AND 3 TS AT NOON

02/21/2010  RX 0885721  160  RGA/JRW  160  ORIG  6.00  18.40  02/21/2010
02/21/2010  30
1005261906130089999  BADVMPD

REPORT: RX0520    05/05/11    AL  WALGREENS FORGED DATA FOR STORE  07005                        ERROR: 12/3/33

| PAT LAST NAME | FIRST | PAT ADDRESS | PAT PHONE# BIRTH DATE |
|---|---|---|---|

| RX NUMBER | DRUG NAME | | DRUG MFR | CTL | PLAN | RX IMAGE ID |
| DOC NAME | DOC ADDRESS | | | | DOC PHONE# | DEA# |
| ORIG DATE | QTY | REFILLS DAYS SUPPLY | RX COMMENTS | | RX | CLAIM # |
| ENTER DATE | CIND ENT/VER | FILL QTY | REFILL | CUST AMT | TOT AMT | FILL SOLD DATE |
| AUTH NBR | AUTH BY | | | | | PARTIAL CODE  PLAN |

BROCKEL          , BRUCE          4013 MARYDALE DR MOBILE, AL 36605                              (251)727-8511

RX: 0657966   PROAIR INHALER (200 PUFFS) 8.5GM            IVAX                           RX   BAD/MPD   0925623126660914711
MEADOWS, R 217 DOTHAN ROAD ABBEVILLE, AL 36605                                            (334)585-6421     AM2131667
SIG: INHALE 2 PUFFS PO QID PRN
XFER TO STORE: 1777   RX#: 0524681   RPH INIT: WAB   ENT INIT: WAB   04/27/2010   XFER FROM STORE DEA: BW8574344   RPH INIT: KYE
02/19/2010      8.500         2              25

03/11/2010    CDA/CDA      8.500    ORIG    35.00    4.92    03/11/2010   1007005699500299
                                                                          BAD/MPD

| PAT LAST NAME | FIRST | PAT ADDRESS | | PAT PHONE# | BIRTH DATE |
|---|---|---|---|---|---|
| BROCKEL | , BRUCE | 4013 MARYDALE DR MOBILE, AL 36605 | | (251) 727-8511 | |

| RX NUMBER | DRUG NAME | DRUG MFR | CTL | PLAN | RX IMAGE ID |
|---|---|---|---|---|---|
| DOC NAME | DOC ADDRESS | | | | DOC PHONE# DEA# |
| ORIG DATE | QTY REFILLS DAYS SUPPLY RX COMMENTS | | RX | FILL SOLD DATE | CLAIM # PARTIAL CODE PLAN |
| ENTER DATE CTNO ENT/VER FILL QTY REFIL | | CUST AMT | TOT AMT | | |
| AUTH NBR AUTH BY | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| RX 0524681 | PROAIR INHALER (200 PUFFS) 8.5GM | IVAX | RX | BADVMPD | 09256231266691471T |
| MEADOWS, R 217 DOTHAN ROAD ABBEVILLE, AL 36605 | | | | | (334)585-6421 AM2131667 |
| SIG: INHALE 2 PUFFS PO QID PRN | | | | XFER FROM STORE DEA: BW9010024 RPH INIT: ANL |
| XFER TO STORE: 7609 Rx#: 0695734 RPH INIT: KYE | | | | | |
| 02/19/2010 8.500 1 25 | | | ENT INIT: SIC 06/21/2010 | | |

| | | | | | |
|---|---|---|---|---|---|
| 04/27/2010 | WAB/WAB 8.500 | ORIG | | 04/27/2010 | 1011731255582094999 |
| RX 0547766 | METHADONE 10MG TABLETS | ROXANE | | C2 BADVMPD | 01777811278963085418 BADVMPD |
| JAHUSH, R 350 TAYLOR ROAD MONTGOMERY, AL 36605 | | | | | (334)260-8988 BJ506G3639 |
| SIG: TK 2 TS PO Q 4-6 H | | | 35.00 | 4.92 | |
| 07/12/2010 350 | | ORIG | | | |
| 07/12/2010 350 NSJ/CMW 0 350 30 | | ORIG | 6.00 | 39.12 | 07/12/2010 1019353270560056999 BADVMPD |

REPORT: RX0520    11/07/11    ALL WALGREENS PHARMS DATA FOR STORE  07005    PHARM: RX0505

| PAT LAST NAME | FIRST | PAT ADDRESS | PAT PHONE# BIRTH DATE |
|---|---|---|---|

| RX NUMBER | DRUG NAME | DRUG MFR | CTL | PLAN | RX IMAGE ID |
|---|---|---|---|---|---|
| | DOC NAME | DOC ADDRESS | | | DEA# PHONE# |
| | ORIG DATE | QTY | REFILLS | DAYS SUPPLY | RX COMMENTS |
| | ENTER DATE CIND | ENT/VER | FILL QTY | REFILL | CUST AMT | TOT AMT | FILL SOLD DATE | CLAIM # | PARTIAL CODE PLAN |
| | AUTH NBR AUTH BY | | | | |

BROCKEL                , BRUCE          4013 MARYDALE DR MOBILE, AL 36605                    (251)727-8511

RX 0692886    METHADONE 10MG TABLETS        ROXANE          C2    BAD/MPD    0760993127638290813
JANUSH, R 350 TAYLOR ROAD MONTGOMERY, AL 36605                       (334)260-8988    BJ5063639
SIG: TK 2 TS PO Q 4 TO 6 H
06/12/2010    350        0        30

REPORT: KAYXU          11/02/11          AL  WALGREENS  PURGED DATA FOR STORE  07805          PAGE: 11030?

PAT LAST NAME          FIRST          PAT ADDRESS          PAT PHONE# BIRTH DATE

| RX NUMBER | DRUG NAME | | DRUG MFR | CTL | PLAN | RX IMAGE ID | DEA# |
| DOC NAME | DOC ADDRESS | | | | | | |
| ORIG DATE | QTY | REFILLS | DAYS SUPPLY | RX COMMENTS | CUST AMT | TOT AMT | FILL SOLD DATE | DOC PHONE# | CLAIM # | PARTIAL CODE | PLAN |
| ENTER DATE | CIND | ENT/VER | FILL QTY | REFILL | | | | | | | |
| AUTH NBR | | AUTH BY | | | | | | | | | |

RX 0692887  GABAPENTIN 600MG TABLETS  350  ORIG  GLENMARK  6.00  39.12  06/12/2010  101636422020004998  BADVMPD
JANUSH, R 350 TAYLOR ROAD MONTGOMERY, AL 36605                                      RX  BADVMPD  076099412776383223415
SIG: TK 1/2 T PO TID AND 1= TS PO HS                                                (334)260-8988  BJ5063639
XFER TO STORE: 1777   RX#: 0547739   RPH INIT: KPH  ENT INIT: CMW  07/12/2010
05/11/2010          90          5          30
06/12/2010          JBA/LLF          350

RX 0695734          JBA/LLF          90          ORIG  IVAX  6.00  37.17  06/12/2010  10163644959310029999  BADVMPD
MEADOWS, R 217 DOTHAN ROAD ABBEVILLE, AL 36605                                      RX  BADVMPD  092556231286609197111
PROAIR INHALER (200 PUFFS) 8.5GM                                                    (334)585-6421  AN2131667
SIG: INHALE 2 PUFFS PO QID PRN
02/19/2010          8.500          0          25
06/21/2010          8.500          SLC/KYE          8.500          ORIG          4.92          35.00          06/21/2010          101723063870201099  BADVMPD

# EXHIBIT 3

2. Leg swelling      M79.89
3. Uncontrolled diabetes mellitus      E11.65

Lipid panel
Fingerstick A1C
CBC and Differential (Hillcrest)
Comprehensive metabolic panel
Urinalysis, Chemstrip
Urine Microscopic
Sedimentation rate, automated
Thyroid Prof(TSH+FRT4)

4. Chronic pain disorder      G89.4

**Plan:**

Ultrasound left testicle
Schedule CT scan of testicle or possible hernia
Refill medications
Rx Cipro for orchitis

**Orders Placed This Encounter**
Procedures
- Lipid panel
- Fingerstick A1C
- CBC and Differential (Hillcrest)
- Comprehensive metabolic panel
- Urinalysis, Chemstrip
- Urine Microscopic
- Sedimentation rate, automated
- Thyroid Prof(TSH+FRT4)

**Follow-up and Disposition**
     Return in about 4 weeks (around 2/11/2016).

Documented by Megan Haber acting as a scribe for Dr. Simpson. Physical findings, diagnosis, and treatment plan were discussed with the patient who verbalized understanding and agreement.

I, Dr. Simpson, have reviewed this note that was performed by my scribe. This document accurately describes all work, procedures and medical decision making by me.

Meds at end of visit:
**Patient's Medications**
**New Prescriptions**
     No medications on file
**Current Medications**
ALBUTEROL (PROVENTIL HFA / VENTOLIN HFA / PROAIR) 90 MCG/ACTUATION INHALER      Inhale 1-2 Puffs by mouth every 4 hours as needed for Wheezing.

     TAKE 1 CAP BY MOUTH DAILY.

DILTIAZEM CD (CARDIZEM CD) 120 MG
CAPSULE
DULOXETINE (CYMBALTA) 30 MG CAPSULE Take 30 mg by mouth daily.
GABAPENTIN (NEURONTIN) 400 MG Take 800 mg by mouth 4 times daily.
CAPSULE
MORPHINE (AVINZA) 60 MG SR CAPSULE Take 60 mg by mouth daily.
MORPHINE (MS IR) 15 MG TABLET Take 15 mg by mouth every 4 hours as
needed for Severe pain.
RAMELTEON (ROZEREM) 8 MG TABLET Take 8 mg by mouth at bedtime.
TIZANIDINE (ZANAFLEX) 4 MG TABLET Take 1 Tab by mouth every 8 hours as
needed for Spasm or Pain.
ZOLPIDEM (AMBIEN) 10 MG TABLET Take 10 mg by mouth nightly as needed for
Sleep.

## Modified Medications

| Modified Medication | Previous Medication |
|---|---|
| HYDROCHLOROTHIAZIDE (MICROZIDE) 12.5 MG CAPSULE | hydrochlorothiazide (MICROZIDE) 12.5 mg capsule |
| Take 1 Cap by mouth daily. | Take 1 Cap by mouth daily. |
| METFORMIN (GLUCOPHAGE) 500 MG TABLET | metFORMIN (GLUCOPHAGE) 500 mg tablet |
| Take 2 Tabs by mouth 2 times daily. | Take 2 Tabs by mouth 2 times daily. |

## Discontinued Medications

FAMOTIDINE (PEPCID) 20 MG TABLET Take 20 mg by mouth 2 times daily as
needed.
IBUPROFEN (MOTRIN) 600 MG TABLET Take 1 Tab by mouth every 6 hours as
needed (pain).
OXYCODONE (OXY-IR) 30 MG IMMEDIATE Take 30 mg by mouth every 6 hours.
RELEASE TABLET
OXYCODONE (OXYCONTIN) 80 MG SR 12 Take 80 mg by mouth every 12 hours.
HR TABLET
SERTRALINE (ZOLOFT) 50 MG TABLET Take 1 Tab by mouth daily.

*Stephen T. Simpson, Jr., MD*
Electronically signed 1/14/2016 10:39 AM
ST2011059102

Medicare Advantage on 1/14/2016

# Brockel, Bruce R

MRN: 0012914294
Description: 46 year old male

**Progress Notes** Encounter Date: 6/9/2015

Stephen T Simpson Jr., MD
Internal Medicine

**Assessment and Plan:**

**Patient's Medications**

**New Prescriptions**

No medications on file

**Current Medications**

| | |
|---|---|
| ALBUTEROL (PROVENTIL HFA / VENTOLIN HFA / PROAIR) 90 MCG/ACTUATION INHALER | Inhale 1-2 Puffs by mouth every 4 hours as needed for Wheezing. |
| DILTIAZEM CD (CARDIZEM CD) 120 MG CAPSULE | TAKE 1 CAP BY MOUTH DAILY. |
| DULOXETINE (CYMBALTA) 30 MG CAPSULE | Take 30 mg by mouth daily. |
| GABAPENTIN (NEURONTIN) 400 MG CAPSULE | Take 800 mg by mouth 4 times daily. |
| MORPHINE (AVINZA) 60 MG SR CAPSULE | Take 60 mg by mouth daily. |
| MORPHINE (MS IR) 15 MG TABLET | Take 15 mg by mouth every 4 hours as needed for Severe pain. |
| RAMELTEON (ROZEREM) 8 MG TABLET | Take 8 mg by mouth at bedtime. |
| TIZANIDINE (ZANAFLEX) 4 MG TABLET | Take 1 Tab by mouth every 8 hours as needed for Spasm or Pain. |
| ZOLPIDEM (AMBIEN) 10 MG TABLET | Take 10 mg by mouth nightly as needed for Sleep. |

**Modified Medications**

| Modified Medication | Previous Medication |
|---|---|
| HYDROCHLOROTHIAZIDE (MICROZIDE) 12.5 MG CAPSULE | hydrochlorothiazide (MICROZIDE) 12.5 mg capsule |
| Take 1 Cap by mouth daily. | Take 1 Cap by mouth daily. |
| METFORMIN (GLUCOPHAGE) 500 MG TABLET | metFORMIN (GLUCOPHAGE) 500 mg tablet |
| Take 2 Tabs by mouth 2 times daily. | Take 2 Tabs by mouth 2 times daily. |

**Discontinued Medications**

| | |
|---|---|
| FAMOTIDINE (PEPCID) 20 MG TABLET | Take 20 mg by mouth 2 times daily as needed. |
| IBUPROFEN (MOTRIN) 600 MG TABLET | Take 1 Tab by mouth every 6 hours as needed (pain). |
| OXYCODONE (OXY-IR) 30 MG IMMEDIATE RELEASE TABLET | Take 30 mg by mouth every 6 hours. |
| OXYCODONE (OXYCONTIN) 80 MG SR 12 HR TABLET | Take 80 mg by mouth every 12 hours. |
| SERTRALINE (ZOLOFT) 50 MG TABLET | Take 1 Tab by mouth daily. |

Stephen T. Simpson, Jr., MD
Electronically signed on 1/14/2016 at 10:51 AM
ST 19536

Medicare Advantage on 1/14/2016

# Brockel, Bruce R

MRN: 0012914294
Description: 47 year old male

**Progress Notes** Encounter Date: 1/14/2016

**Patient's Medications**

**New Prescriptions**
No medications on file

**Current Medications**

| | |
|---|---|
| ALBUTEROL (PROVENTIL HFA / VENTOLIN HFA / PROAIR) 90 MCG/ACTUATION INHALER | Inhale 1-2 Puffs by mouth every 4 hours as needed for Wheezing. |
| CANAGLIFLOZIN (INVOKANA) 100 MG TAB | Take 1 Tab by mouth every morning (before breakfast). |
| DILTIAZEM CD (CARDIZEM CD) 120 MG CAPSULE | TAKE 1 CAP BY MOUTH DAILY. |
| DULOXETINE (CYMBALTA) 30 MG CAPSULE | Take 30 mg by mouth daily. |
| GABAPENTIN (NEURONTIN) 400 MG CAPSULE | Take 800 mg by mouth 4 times daily. |
| HYDROCHLOROTHIAZIDE (MICROZIDE) 12.5 MG CAPSULE | Take 1 Cap by mouth daily. |
| METFORMIN (GLUCOPHAGE) 500 MG TABLET | Take 2 Tabs by mouth 2 times daily. |
| MORPHINE (AVINZA) 60 MG SR CAPSULE | Take 60 mg by mouth daily. |
| MORPHINE (MS IR) 15 MG TABLET | Take 15 mg by mouth every 4 hours as needed for Severe pain. |
| TIZANIDINE (ZANAFLEX) 4 MG TABLET | Take 1 Tab by mouth every 8 hours as needed for Spasm or Pain. |
| ZOLPIDEM (AMBIEN) 10 MG TABLET | Take 10 mg by mouth nightly as needed for Sleep. |

**Modified Medications**
No medications on file

**Discontinued Medications**

| | |
|---|---|
| RAMELTEON (ROZEREM) 8 MG TABLET | Take 8 mg by mouth at bedtime. |

*Stephen T. Simpson, Jr., MD*
Electronically signed 3/16/2016 10:14 AM
ST2011059102

Office Visit on 3/16/2016

# Brockel, Bruce R

MRN: 0012914294
Description: 47 year old male

**Progress Notes** Encounter Date: 1/14/2016

Stephen T Simpson Jr., MD
Internal Medicine

Expand All   Collapse All

**Provider:** Stephen T. Simpson, Jr., MD
**Reason for exam:** Annual Assessment for VIVA

# EXHIBIT 4



Who Is Zydus    Our Affiliates    Products    Patients    Healthcare Professionals    Trade Partners

Interactive Catalog    Contact

## Company Overview

Zydus Pharmaceuticals (USA) Inc. is located in Pennington, NJ, and is the U.S. division of Cadila Healthcare. Since our first commercial launch in August of 2005, we have grown steadily and are now one of the top 10 U.S. generic companies in total prescriptions dispensed. We are also proud to note that since 2005 we have been recognized annually by IMS Health as one of the fastest growing pharmaceutical companies in the U.S. Zydus is focused on providing outstanding customer service, along with high-quality, affordable generic products to our customers and their patients.

Zydus is a vertically integrated generic pharmaceutical company. We manufacture over 50% of our product's active pharmaceutical ingredient (API) and in fact take it a few steps further by even manufacturing our own bottles. This allows us to ensure and maintain our excellent supply record to our customers. We have also already completed 2D bar-coding on all of our manufactured products to meet the future pedigree requirements.

We have an exciting pipeline coming in the next few years including several first-to-file and 505B2 opportunities, nasal sprays, dermatological, injectable, oncology products, and metered dose inhalers. With our purchase of Nesher Pharmaceuticals in St. Louis, MO, we now are also providing controlled substances and additional difficult to manufacture extended release products.

To learn more, please Contact Us through this website or call (609) 730-1900.



FEATURED PRODUCTS



FACILITIES SLIDESHOW

WHAT ARE GENERICS?

VIEW OUR INTERACTIVE CATALOG

Products    Press Releases    Disclaimer & Privacy Policy    Career Opportunities    Contact Us



73 Route 31 N, Pennington, NJ 08534

© 2018 Zydus Pharmaceuticals, Inc. All rights reserved.
Site created by Connections Marketing



Interactive Catalog   Contact   🔍

Who Is Zydus      Our Affiliates      Products      Patients      Healthcare Professionals      Trade Partners

Our Products: A - Z

LIST   PRINT

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**A:**

Acamprosate Calcium DR Tablets

Acetazolamide ER Capsules

Acyclovir Tablets

Amantadine HCl Capsules, USP

Amiodarone HCl Tablets

**A:**

Amlodipine Besylate Tablets

Anastrozole Tablets

Atenolol Tablets, USP

Azathioprine Tablets, USP

**B:**

Benzonatate Capsules, USP

Benztropine Mesylate Injection, USP

Bicalutamide Tablets

Bromocriptine Mesylate Capsules

Bupropion ER Tablets

**B:**

Buspirone Hydrochloride Tablets, USP

**C:**

Carvedilol Tablets

Clarithromycin ER Tablets

Clarithromycin for Oral Suspension, USP

Clarithromycin Tablets, USP

Cyproheptadine HCl Tablets

**D:**

Dextroamphetamine Sulfate Tablets, USP

Dipyridamole Tablets, USP

Divalproex Sodium Capsules (Sprinkle)

Divalproex Sodium DR Tablets, USP

Divalproex Sodium ER Tablets

**D:**

Donepezil HCl OD Tablets

Doxycycline Capsules, USP

Duloxetine DR Capsules, USP

**E:**



Eletriptan HBr Tablets

Etodolac ER Tablets

Etomidate Injection

Famotidine for Oral Suspension, USP

Fenofibrate Tablets

**Image Coming Soon**

Fenofibric Acid DR Capsules

Fluconazole Tablets, USP

Gabapentin Tablets

Galantamine HBr Tablets, USP

Glipizide/Metformin HCl Tablets, USP

Glyburide Tablets, USP

Glyburide/Metformin HCl Tablets, USP

Haloperidol Tablets, USP

Hydroxychloroquine Sulfate Tablets, USP

Indomethacin Capsules, USP

Isosorbide Mononitrate ER Tablets

Lamotrigine CD Tablets

Lamotrigine Tablets

Lansoprazole DR Capsules

Levofloxacin Tablets

Losartan Potassium Tablets, USP

Losartan Potassium/HCTZ Tablets, USP

Meloxicam Tablets, USP

Mesalamine DR Tablets (1.2gm)

Mesalamine DR Tablets (800mg)

Metformin HCl ER Tablets, USP

Metformin HCl Tablets, USP

Methotrexate Tablets, USP

Minocycline HCl Capsules, USP

Morphine Sulfate ER Tablets

Nadolol Tablets

Nateglinide Tablets, USP

Niacin ER Tablets

**Image Coming Soon**

Nitroglycerin Transdermal System



Olmesartan Medoxomil Tablets

Omeprazole DR Capsules, USP

Oseltamivir Phosphate Capsules, USP

Oseltamivir Phosphate for Oral Suspension

Oxycodone HCl Tablets, USP

Paricalcitol Capsules

Paroxetine Tablets, USP

Potassium Chloride ER Capsules, USP

Potassium Chloride ER Tablets, USP

Potassium Citrate ER Tablets

Pramipexole Dihydrochloride Tablets

Pravastatin Sodium Tablets, USP

Promethazine HCl Tablets, USP

Pyridostigmine Bromide Tablets, USP

Ramipril Capsules

Ranitidine Injection, USP

Ribavirin Capsules

Ribavirin for Inhalation Solution, USP

Ribavirin Tablets

Risperidone OD Tablets

Risperidone Tablets, USP

Ropinirole HCl Tablets

Simvastatin Tablets, USP

Sirolimus Tablets

Sodium Phenylacetate/Sodium Benzoate Injection

Tamsulosin HCl Capsules, USP

Telmisartan Tablets, USP

Topiramate Capsules Sprinkle

Topiramate Tablets

Tramadol HCl Tablets

Tramadol HCl/APAP Tablets

Venlafaxine HCl ER Capsules

Venlafaxine HCl Tablets

Voriconazole Tablets

Warfarin Sodium Tablets, USP



Zolmitriptan Orally
Disintegrating Tablets

Products          Press Releases          Disclaimer & Privacy Policy          Career Opportunities          Contact Us

**zydus**
*pharmaceuticals*

73 Route 31 N, Pennington, NJ 08534

© 2018 Zydus Pharmaceuticals, Inc. All rights reserved.
Site created by Connections Marketing

# EXHIBIT 5

# BRUCE BROCKEL

4013 MARYDALE DR, MOBILE, AL 36605

**MORPHINE SULFATE 30MG**

MFG ZYDUS - Generic for MS CONTIN 30M

**TAKE 1 TABLET BY MOUTH TWICE DAILY NEEDED**

RX 2317168-06085

QTY 60

NO REFILLS

*Walgreens*

THREE NOTCH RD, MOBILE, AL

(251) 666-0249

# EXHIBIT 6

Created: 10/14/2013  8:35AM

## OxyContin 80 mg oral tablet,oral only,ext.rel.12 hr

**Active**

**SIG:** Take 1 tablet po bid

| 04/24/2015 | **Prescribed** | DISP:  (60) Tablet,oral only,ext.rel.12 hr with 0 refills | Provider: John P. Couch MD |
| | | Est. Completion:  -- | User: shoman |
| | | Created: 04/24/2015  9:18AM | |
| | | Printed: 04/24/2015 | |
| | | Comment: ms contin not available at pharmacy replaced with this until available per ben crnp | |

## Percocet 10-325 mg oral tablet

**Discontinued**

**SIG:** take 1 tablet by oral route every 6 hours as needed

| 05/25/2011 | **Prescribed** | DISP:  (120) tablets with 0 refills | Provider: John P. Couch MD |
| | | Est. Completion: 06/24/2011 | User: jcouch |
| | | Created: 05/25/2011 10:27AM | |
| | | Comment: Plan to wean to tid after this month and treatments | |
| | | *Maintenance Medication.* | |
| 10/14/2013 | **Discontinued** | Discontinued by Patient | Provider: John P. Couch MD |
| | | Medication Intolerance | User: jpalmer |
| | | Created: 10/14/2013  8:35AM | |

**Roxicodone 30 mg oral tablet**                                                  Expired

**Roxicodone 30 mg oral tablet**                                                  Expired

**Roxicodone 30 mg oral tablet**                                                  Expired

**Roxicodone 30 mg oral tablet**                                                  Expired

**Roxicodone 30 mg oral tablet**                                                  Expired

**Roxicodone 30 mg oral tablet**                                                  Expired

Roxicodone 30 mg oral tablet

Expired

Roxicodone 30 mg oral tablet

Expired

Roxicodone 30 mg oral tablet

Expired

Roxicodone 30 mg oral tablet

Expired

Roxicodone 30 mg oral tablet

Expired

Roxicodone 30 mg oral tablet

Expired

Roxicodone 30 mg oral tablet

Expired

Roxicodone 30 mg oral tablet

Expired

Roxicodone 30 mg oral tablet

Expired

Roxicodone 30 mg oral tablet

Expired

Roxicodone 30 mg oral tablet

Expired

Roxicodone 30 mg oral tablet

Expired

Roxicodone 30 mg oral tablet

Expired

**Roxicodone 30 mg oral tablet**

Expired

**Roxicodone 30 mg oral tablet**

Expired

**SIG:** take 1 tablet (30 mg) by oral route every 6 hours for 30 days

| 05/22/2014 | **Prescribed** | DISP: (90) tablets with 0 refills<br>Est. Completion: 06/21/2014<br>Created: 05/22/2014 8:55AM<br>Printed: 05/22/2014 | Provider: John P. Couch MD<br>User: jpalmer |

**SIG:** take 1 tablet by oral route every 6 hours for 30 days *DO NOT FILL UNTIL 06/19/14*

| 06/16/2014 | **Adjusted** | DISP: (90) tablets with 0 refills<br>Est. Completion: 07/16/2014<br>Created: 06/16/2014 3:33PM<br>Printed: 06/16/2014 | Provider: John P. Couch MD<br>User: achristy |
| 07/17/2014 | **Refilled** | DISP: (90) tablets with 0 refills<br>Est. Completion: 08/16/2014<br>Created: 07/17/2014 3:07PM<br>Printed: 07/17/2014 | Provider: John P. Couch MD<br>User: chileanfletcher |

**SIG:** take 1 tablet by oral route every 6 hours for 30 days

| 07/17/2014 | **Adjusted** | DISP: (90) tablets with 0 refills<br>Est. Completion: 08/16/2014<br>Created: 07/17/2014 3:08PM | Provider: John P. Couch MD<br>User: chileanfletcher |
| 07/17/2014 | **Refilled** | DISP: (90) tablets with 0 refills<br>Est. Completion: 08/16/2014<br>Created: 07/17/2014 3:08PM<br>Printed: 07/17/2014 | Provider: John P. Couch MD<br>User: chileanfletcher |
| 08/15/2014 | **Refilled** | DISP: (90) tablets with 0 refills<br>Est. Completion: 09/14/2014<br>Created: 07/17/2014 3:09PM<br>Printed: 07/17/2014 | Provider: John P. Couch MD<br>User: chileanfletcher |
| 09/12/2014 | **Refilled** | DISP: (90) tablets with 0 refills<br>Est. Completion: 10/12/2014<br>Created: 09/12/2014 9:16AM<br>Printed: 09/12/2014 | Provider: John P. Couch MD<br>User: chileanfletcher |
| 10/10/2014 | **Refilled** | DISP: (90) tablets with 0 refills<br>Est. Completion: 11/09/2014<br>Created: 09/12/2014 9:18AM<br>Printed: 09/12/2014 | Provider: John P. Couch MD<br>User: chileanfletcher |
| 11/06/2014 | **Refilled** | DISP: (90) tablets with 0 refills<br>Est. Completion: 12/06/2014<br>Created: 11/06/2014 10:19AM | Provider: Judge Lee, Jr.<br>User: judgelee |

Printed: 11/06/2014

| 12/04/2014 | **Refilled** | DISP: (90) tablets with 0 refills<br>Est. Completion: 01/03/2015<br>Created: 11/06/2014 10:22AM<br>Printed: 11/06/2014 | Provider: John P. Couch MD<br>User: judgelee |

| 12/01/2014 | **Refilled** | DISP: (90) tablets with 0 refills<br>Est. Completion: 12/31/2014<br>Created: 11/06/2014 10:23AM<br>Printed: 11/06/2014 | Provider: John P. Couch MD<br>User: judgelee |

| 11/10/2014 | **Refilled** | DISP: (90) tablets with 0 refills<br>Est. Completion: 12/10/2014<br>Created: 11/10/2014 8:36AM | Provider: John P. Couch MD<br>User: judgelee |

| 11/06/2014 | **Refilled** | DISP: (90) tablets with 0 refills<br>Est. Completion: 12/06/2014<br>Created: 11/10/2014 8:37AM<br>Printed: 11/10/2014 | Provider: John P. Couch MD<br>User: judgelee |

| 12/04/2014 | **Refilled** | DISP: (90) tablets with 0 refills<br>Est. Completion: 01/03/2015<br>Created: 11/10/2014 8:37AM | Provider: John P. Couch MD<br>User: judgelee |

| 12/29/2014 | **Refilled** | DISP: (90) tablets with 0 refills<br>Est. Completion: 01/28/2015<br>Created: 11/10/2014 8:38AM<br>Printed: 11/10/2014 | Provider: John P. Couch MD<br>User: judgelee |

| 01/29/2015 | **Refilled** | DISP: (90) tablets with 0 refills<br>Est. Completion: 02/28/2015<br>Created: 01/29/2015 8:32AM<br>Printed: 01/29/2015 | Provider: John P. Couch MD<br>User: monicacarroll |

| 03/02/2015 | **Refilled** | DISP: (90) tablets with 0 refills<br>Est. Completion: 04/01/2015<br>Created: 02/27/2015 8:35AM<br>Printed: 02/27/2015 | Provider: John P. Couch MD<br>User: shoman |

| 02/27/2015 | **Refilled** | DISP: (90) tablets with 0 refills<br>Est. Completion: 03/29/2015<br>Created: 02/27/2015 10:16AM<br>Printed: 02/27/2015 | Provider: John P. Couch MD<br>User: chileanfletcher |

**SIG:** take 1 tablet by oral route Q 6 hours for 30 days *DO NOT FILL UNTIL 03/27/15*

| 03/23/2015 | **Adjusted** | DISP: (120) tablets with 0 refills<br>Est. Completion: 04/22/2015<br>Created: 03/23/2015 10:31AM<br>Printed: 03/23/2015 | Provider: John P. Couch MD<br>User: achristy |

**SIG:** take 1 tablet (30 mg) by oral route every 6 hours for 30 days

| 03/26/2015 | **Adjusted** | DISP: (120) tablets with 0 refills<br>Est. Completion: 04/25/2015<br>Created: 03/26/2015 12:57PM<br>Printed: 03/26/2015 | Provider: John P. Couch MD<br>User: bclark |

04/23/2015   **Refilled**      DISP: (120) tablets with 0 refills      Provider: John P. Couch MD
                               Est. Completion: 05/23/2015             User: shoman
                               Created: 04/23/2015 12:53PM
                               Printed: 04/23/2015

**Rozerem 8 mg oral tablet**                                                 Expired

**Rozerem 8 mg oral tablet**                                                 Expired

**Rozerem 8 mg oral tablet**                                                 Expired

**Rozerem 8 mg oral tablet**                                                 Expired

**Rozerem 8 mg oral tablet**                                                 Expired
**SIG:** take 1 tablet (8 mg) by oral route once daily at bedtime for 30 days

01/29/2015   **Prescribed**      DISP: (30) tablets with 0 refills      Provider: Ben Clark CRNP
                               Est. Completion: 02/28/2015             User: bclark
                               Created: 01/29/2015 5:00PM
                               Printed: 01/29/2015

03/02/2015   **Refilled**      DISP: (30) tablets with 0 refills      Provider: John P. Couch MD
                               Est. Completion: 04/01/2015             User: shoman
                               Created: 02/27/2015 8:35AM
                               Printed: 02/27/2015

02/27/2015   **Refilled**      DISP: (30) tablets with 0 refills      Provider: John P. Couch MD
                               Est. Completion: 03/29/2015             User: chileanfletcher
                               Created: 02/27/2015 10:16AM
                               Printed: 02/27/2015

**SIG:** take 1 tablet by oral route QHS for 30 days *DO NOT FILL UNTIL 03/27/15*

03/23/2015   **Adjusted**      DISP: (30) tablets with 0 refills      Provider: John P. Couch MD
                               Est. Completion: 04/22/2015             User: achristy
                               Created: 03/23/2015 10:31AM
                               Printed: 03/23/2015

**SIG:** take 1 tablet by oral route QHS for 30 days

03/26/2015   **Adjusted**      DISP: (30) tablets with 1 refills      Provider: John P. Couch MD
                               Est. Completion: 05/25/2015             User: bclark
                               Created: 03/26/2015 12:57PM
                               Printed: 03/26/2015

# EXHIBIT 7

Printed: 03/27/2014

| 05/22/2014 | **Refilled** | DISP: (30) tablets with 1 refills | Provider: John P. Couch MD |
|---|---|---|---|

DISP: (30) tablets with 1 refills
Est. Completion: 07/21/2014
Created: 05/22/2014 7:23AM
Printed: 05/22/2014

Provider: John P. Couch MD
User: chileanfletcher

07/17/2014 **Refilled** DISP: (30) tablets with 1 refills
Est. Completion: 09/15/2014
Created: 07/17/2014 3:07PM
Printed: 07/17/2014

Provider: John P. Couch MD
User: chileanfletcher

09/12/2014 **Refilled** DISP: (30) tablets with 1 refills
Est. Completion: 11/11/2014
Created: 09/12/2014 9:16AM
Printed: 09/12/2014

Provider: John P. Couch MD
User: chileanfletcher

11/06/2014 **Refilled** DISP: (30) tablets with 2 refills
Est. Completion: 02/04/2015
Created: 11/06/2014 10:19AM
Printed: 11/06/2014

Provider: John P. Couch MD
User: judgelee

01/29/2015 **Refilled** DISP: (30) tablets with 1 refills
Est. Completion: 03/30/2015
Created: 01/29/2015 8:32AM
Printed: 01/29/2015

Provider: John P. Couch MD
User: monicacarroll

01/29/2015 **Discontinued** Discontinued by Patient
Medication Intolerance
Created: 01/29/2015 4:59PM

Provider: John P. Couch MD
User: bclark

**Fentora 800 mcg buccal tablet, effervescent**

Expired

**Fentora 800 mcg buccal tablet, effervescent**

Expired

**Fentora 800 mcg buccal tablet, effervescent**

**Discontinued**

**SIG:** place 1 tablet (800 mcg) by buccal route 4 times per day for 30 days

11/06/2014 **Prescribed** DISP: (84) Tab with 0 refills
Est. Completion: 12/06/2014
Created: 11/06/2014 11:49AM
Printed: 11/06/2014

Provider: John P. Couch MD
User: jpalmer

**SIG:** place 1 tablet (800 mcg) by buccal route 4 times per day for 30 days

12/03/2014 **Adjusted** DISP: (84) Tab with 0 refills
Est. Completion: 01/02/2015
Created: 11/06/2014 11:50AM
Printed: 11/06/2014

Provider: John P. Couch MD
User: jpalmer

01/29/2015 **Refilled** DISP: (84) Tab with 0 refills

Provider: John P. Couch MD

Est. Completion: 02/28/2015
Created: 01/29/2015 8:32AM
Printed: 01/29/2015

User: monicacarroll

01/29/2015    **Discontinued**    Discontinued by Patient
Medication Intolerance
Created: 01/29/2015 4:57PM

Provider: John P. Couch MD
User: bclark

**Lunesta 3 mg oral tablet**                                                Expired

**Lunesta 3 mg oral tablet**                                                Expired

**Lunesta 3 mg oral tablet**                                                Expired

**Lunesta 3 mg oral tablet**                                                Expired

**Lunesta 3 mg oral tablet**                                                Expired

**Lunesta 3 mg oral tablet**                                                Expired

**Lunesta 3 mg oral tablet**                                                Expired

**Lunesta 3 mg oral tablet**                                                Expired

**Lunesta 3 mg oral tablet**                                                Expired

**Lunesta 3 mg oral tablet**                                                **Discontinued**
**SIG:** take 1 tablet (3 mg) by oral route once daily at bedtime for 30 days

10/14/2013    **Prescribed**    DISP: (60) tablets with 1 refills
Est. Completion: 12/13/2013
Created: 10/14/2013 8:35AM

Provider: John P. Couch MD
User: jpalmer

# EXHIBIT 8

# Abstral PA denied

**Patient Name:**     Bruce Brockel       **Create Date:**     July 16, 2014
**Patient ID:**     8454
**Sex:**     Male
**Birthdate:**

Dr. Tara Bryant from Viva called stating she needed a cancer diagnosis to be able to approve Abstral. If a cancer diagnosis can be given then Abstral can be approved. Her number is 205-558-7403.

**Electronically Signed by:** Donna Newburn, MA -Author on July 16, 2014 01:40:18 PM